IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCUS C. GASKINS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 20-cv-01977-SAG |
| PHIL HAGER, *et al*. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \*

## MOTION TO DISMISS

COME NOW the Defendants, Phil Hager, Gregorio Africa and Sherri Dickerson, by and through undersigned counsel, and pursuant to Fed. R. Civ. Pro. 12 (b)(6) and Local Rule 105 and file this Motion to Dismiss and state for cause to this Honorable Court:

1. The Complaint fails to state a claim upon which relief may be granted against these Defendants.

2. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein.

WHEREFORE the Defendants respectfully request this Court enter an Order granting their Motion to Dismiss and dismissing the case with prejudice, and for such other and further relief as justice and their cause may require.

                                                           Respectfully submitted,

                                                           GREGORY J. SWAIN
                                                           County Attorney

        /S/ *Philip E. Culpepper*

Philip E. Culpepper
Federal Bar No. 28519
Senior Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410)222-7888
pculpepper@aacounty.org

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2020, a copy of the foregoing Notice of Substitution was mailed via first-class postage to:

Marcus C. Gaskins
4310 Varnum Place NE
Washington, DC 20017

*Plaintiff*

        /S/ *Philip E. Culpepper*

Philip E. Culpepper