EXHIBIT 1



**ANNE ARUNDEL COUNTY**
http://www.aacounty.org/Personnel/Index.cfm
**invites applications for the position of:**

# Engineer III

*An Equal Opportunity Employer*

| | |
|---|---|
| **ANNOUNCEMENT:** | 03609 |
| **SALARY:** | $60,561.00 - $106,049.00 Annually |
| **OPENING DATE:** | 11/25/15 |
| **CLOSING DATE:** | 12/14/15 11:59 PM |

## POSITION DESCRIPTION:

This posting will be used to fill a full time Engineer III within the Department of Planning and Zoning of Anne Arundel County Government.

This position is located in the Development Division of the Office of Planning and Zoning. The Development Division is responsible for the review and approval of all commercial and residential subdivisions, preliminary plans, site development plans grading permits, Board of Education permits, Capital Projects, and major projects that support economic development. We are looking for an energetic person who has a "can do" attitude, who will provide efficient, timely and realistic solutions to complex engineering issues in a fast paced environment. The ideal candidate will be able to multi-task, manage multiple high priority projects and problem solve.

The Engineer III position is a full performance level of professional engineering work. At the Engineer III level the employee is expected to perform a variety of engineering tasks independently and with minimal supervision.

(NOTE - The starting salary may be negotiable based on credentials from the minimum to $70K Annually)

NATURE AND VARIETY OF WORK

Work involves responsibility for performing increasingly more difficult engineering duties associated with the planning, location, design, construction, maintenance and operations of residential, commercial and public buildings and facilities. Work involves the application of thorough engineering knowledge to insure assigned projects are in compliance with applicable building and construction industry standards, federal, state and County codes relative to area of assignment.

Work is performed within established policies and professional standards and is reviewed through conferences and reports for adherence to schedules and standards applicable to the assignment by a higher level engineer or manage official.

## EXAMPLES OF DUTIES AND KNOWLEDGE, SKILLS AND ABILITIES:

(Note: The duties and responsibilities enumerated in this class specification are for the purpose of determining a common set of minimum qualifications and salary level for all positions in this class. They are not intended to include all of the essential job functions of all positions in this class).

CIVIL ENGINEERING:

Reviews commercial and/or residential building plans for compliance with adopted building, mechanical, energy, electrical, plumbing, and grading codes; computes cost for permits; assists engineers and architects in achieving compliance with code requirements.

Prepares the more difficult in-house designs; reviews subdivision and housing development plans submitted for County approval; and assists in the preparation of budget proposals for capital projects.

Prepares traffic operation projects and development review; conducts traffic studies; develops recommendations for changes in traffic operations.

Reviews development proposals for compliance with County traffic standards.

Plans, organizes, and directs the activities of the materials testing laboratory; may lead employees engaged in collecting samples and testing various construction materials.

Prepares scope of work and contract documents; analyzes proposals; participates in pre-design and final design conferences; reviews complex subdivision, residential, commercial, and industrial building permits, grading permits, and zoning hearing applications.

Monitors contractors' construction or repair activities for compliance with County codes, standards and for compliance with scope of services defined in the contract.

TRAFFIC ENGINEERING:

Conducts traffic studies.

Designs and monitors the installation of Neighborhood Traffic Calming devices (speed bumps, islands, traffic circles).

Monitors the construction and maintenance of new and existing traffic control devices.

Reviews proposed residential and commercial subdivision development plans, capital projects, and work zone traffic control signage for compliance with Federal, state and local laws, and regulations.

TECHNICAL ENGINEERING COMPUTER MODELING:

Conducts sewer and water (SWAMP) analyzes for the subdivision review process using hydraulic modeling simulation.

Calibrates and maintains hydraulic models of the County's water distribution system and sewer collection system in order to evaluate performance.

Conducts fire hydrant flow testing, analyzes test data results and prepare reports.

Collects monthly wastewater flow reports, maintains data base of statistics and prepare tables and graphs to track remaining capacity of pumping stations.

FIRE PROTECTION:

Reviews construction plans and specifications to determine compliance with Anne Arundel County Fire Prevention and Building Code, and other standards and codes in order to approve or disapprove requests for building/construction plan proposals.

Evaluates and reviews residential and commercial sprinkler systems, fire alarm installations, hazardous and fire protection equipment for compliance with fire code requirements.

Recommends materials, equipment, or methods for alleviation of conditions conducive to fire.

Reviews plans of engineering aspects of development projects, including storm drains, water or sanitary sewers, roads, record plats, grading drawings, contract packages, and utility plans.

Ensures compliance with federal, state and local environmental laws, policies and regulations, monitoring and reporting requirements.

WASTE MANAGEMENT SERVICES:

Manages the diverse environmental activities at the state-of-the-art Millersville Landfill and Resource Recovery Facility and two closed landfills. Responsibilities include regulatory compliance with all applicable local, state, and federal regulations for active and closed municipal solid waste disposal facilities and contract management to ensure consultant reports/projects are on time and meet objectives. Challenging multi-media work in a team oriented group.

KNOWLEDGE, SKILLS AND ABILITIES

Thorough knowledge of principles, materials, methods, and practices of engineering emphasized by the assignment such as civil, structural, hydrology, traffic, fire, design, environmental, mechanical, electrical, sanitation and other areas as assigned.

Knowledge of the application and use of the computer technology to related engineering analysis.

Knowledge of commercial, residential, and rehabilitation building and construction code requirements and accepted practices.

Ability to plan and conduct engineering research, field studies, plan evaluations, and laboratory appraisals.

Ability to provide technical guidance to less experienced professional engineers and technical support staff.

Ability to establish and maintain effective work relations with colleagues, developers, engineers, architects, contractors, inspectors and the public.

Ability to communicate effectively, orally and in writing.

## MINIMUM QUALIFICATIONS:

A bachelor's degree from an accredited four-year college or university with a degree in engineering or a related field; four (4) or more years of experience in professional engineering work; and a valid non-commercial Class C motor vehicle operator's license.

## SUPPLEMENTAL QUALIFICATIONS:

NOTE: Preference will be given to applicants who are familiar with the design of residential, commercial and industrial subdivisions with demonstrated expertise in the following areas: integrating the new Maryland State Stormwater Management Regulations into development proposals including the design of roads and storm drainage, review of Traffic Impact Studies, including the use of Highway Capacity Software, Synchro/Sim Traffic and SIDRA; in-depth knowledge of the following applications: TR-20, TR-55, HY-8 and HEC-RAS, design of public water and sewer plans, excellent communications skills and have experience interacting with the public.

APPLICATIONS MAY BE FILED ONLINE AT:
http://www.aacounty.org/Personnel/Index.cfm

Heritage Complex
2660 Riva Road, First Floor
Annapolis, MD 21401
(410) 222-7595

recruiter@aacounty.org

Position #03609
ENGINEER III
CP

**Engineer III Supplemental Questionnaire**

* 1. The supplemental questions are a very important first step in our screening process. Therefore, you are required to accurately and completely respond to each question by providing the information asked in each question. Your responses will be used to initially determine your qualifications and eligibility for this position. DO NOT INDICATE "SEE RESUME" IN RESPONSE TO THE SUPPLEMENTAL QUESTIONS. This response and a lack of detail and explanation in the supplemental questions and in your application may result in failure or disqualification for this position. THIS MEANS YOU WILL BE INELIGIBLE FOR FURTHER CONSIDERATION IN THIS RECRUITMENT PROCESS. Please check "yes" to show that you have read and understand this statement.
    ❑ Yes   ❑ No

* 2. Do you have a bachelor's degree from an accredited four-year college or university with a degree in engineering or a related field?
    ❑ Yes   ❑ No

* 3. If yes, please list your degree and major coursework completed.

* 4. Do you possess a valid non-commercial Class C motor vehicle operator's license from the State or an equivalent license from another State?
    ❑ Yes   ❑ No

* 5. Do you have four (4) or more years experience in professional engineering work?
    ❑ Yes   ❑ No

* 6. Please explain how you possess the experience described in the above question to include position title, MAJOR duties and length of time in position.

* 7. Are you familiar with the design of residential, commercial and industrial subdivisions?
    ❑ Yes   ❑ No

* 8. Please explain how you possess the experience described in the above question to include position title, MAJOR duties and length of time in position.

* 9. Do you possess demonstrated expertise with integrating the new Maryland State Stormwater Management Regulations into development proposals?
    ❑ Yes   ❑ No

* 10. If yes, please check what areas you have experience
    ❑ design of roads
    ❑ design of storm drainage
    ❑ review of traffic impact studies
    ❑ use of Highway Capacity Software
    ❑ use of Synchro/Sim Traffic
    ❑ use of SIDRA
    ❑ No experience with any listed

* 11. Please explain how you possess the experience described in the above question to include position title, MAJOR duties and length of time in position.


* 12. Do you possess in-depth knowledge of the following applications? If so please check the applications that you have knowledge.
    - ☐ TR-20
    - ☐ TR-55
    - ☐ HY-8
    - ☐ HEC-RAS
    - ☐ No knowledge of any of these applications

* 13. Please explain how you possess the experience described in the above question to include position title, MAJOR duties and length of time in position.


* 14. Do you possess experience in the design of public water and sewer plans?
    - ☐ Yes  ☐ No


* 15. Please explain how you possess the experience described in the above question to include position title, MAJOR duties and length of time in position.


* 16. This position requires an applicant to possess excellent communications skills and have experience interacting with the public. Do you possess these skills?
    - ☐ Yes  ☐ No


* 17. Please explain how you possess the experience you described above to include position title, MAJOR duties and length of time in position.


* Required Question