EXHBIT 2

**Subject:** Fwd: Engineer III

**From:** mgaskins1 (mgaskins1@gmail.com)

**To:** mcgaskins@yahoo.com;

**Date:** Saturday, August 26, 2017 7:48 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: pepitt00@aacounty.org
Date: 12/15/2015 9:51 AM (GMT-05:00)
To: mgaskins1@gmail.com
Cc:
Subject: Engineer III

December 15, 2015

Marcus Gaskins
PO Box 1124
College Park, MD 20741

Dear Marcus Gaskins,

Thank you for your recent application for employment with Anne Arundel County for Engineer III 03609 ending on December 14, 2015 11:59 PM.

Your application will be assessed and your qualifications will be compared with those of other applicants.

Should your education, experience and credentials place you in the most highly qualified group of applicants, you will be considered for the eligibility list of candidates. The hiring department will contact you if your name is forwarded for a certification interview.

Your application will remain active for the duration of the eligibility list(s) established from this

announcement. If your credentials qualify you for an interview for later vacancies in this position, you will be contacted at that time.

We also encourage you to apply for any other positions for which you qualify. Please visit our website (www.aacounty.org) to learn of other vacancies for which we are recruiting.

Thank you for your interest in employment with Anne Arundel County.


Sincerely,

Chello Pitts
Personnel Analyst