EXHIBIT 3

 **Gmail**                                                                    Gaskins Marcus <marcus.gaskins1@gmail.com>

## Fw: Fwd: Re: Engineer III - Anne Arundel County

**Marcus Gaskins** <mcgaskins@yahoo.com>                                      Sat, Aug 26, 2017 at 8:41 PM
Reply-To: Marcus Gaskins <mcgaskins@yahoo.com>
To: Marcus Gaskins <marcus.gaskins1@gmail.com>

On Saturday, August 26, 2017 7:53 PM, mgaskins1 <mgaskins1@gmail.com> wrote:

Sent from my T-Mobile 4G LTE Device

------ Original message ------
From: Marcus Gaskins <mgaskins1@gmail.com>
Date:03/29/2016 7:07 PM (GMT-05:00)
To: Janet Scott <pzscot02@aacounty.org>
Cc: David Braun <pzbrau93@aacounty.org>, Christopher Soldano <pzsold00@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>
Subject: Re: Engineer III - Anne Arundel County

Good evening,

Please take a look at my updated resume.

Thanks a lot,

Marcus Gaskins

> On Tue, Feb 23, 2016 at 12:51 PM, Janet Scott <pzscot02@aacounty.org> wrote:
> Thanks for your response. Your interview is confirmed for Tuesday, March 29th at 2 p.m. Please report to the receptionist on the 3rd Floor, Planning and Zoning Office, 2664 Riva Road, Annapolis, Maryland 21401. If you have any questions, you can give me a call at 410-222-7485. We look forward to meeting you.
>
>> On Tue, Feb 23, 2016 at 12:31 PM, Marcus Gaskins <mgaskins1@gmail.com> wrote:
>> Thanks a lot! Tuesday, March 29th at 2 p.m. will be a great time to schedule my interview.
>> Let me know if you need any additional information.
>>
>> Marcus Gaskins
>> (240)210-3644
>>
>> Sent from my iPhone
>>
>>> On Feb 23, 2016, at 9:34 AM, Janet Scott <pzscot02@aacounty.org> wrote:
>>>
>>> I am scheduling interviews for the Engineer III position that you applied for with Anne Arundel County. The two dates that we will be interviewing are Tuesday, March 29th and Thursday, March 31st at 2 and 3 p.m. each day. Please let me know if you are interested in coming for an interview. The interview will be held at 2664 Riva Road, Annapolis, Maryland.
>>>
>>> I look forward to your response.

Gmail - Fw: Fwd: Re: Engineer III - Anne Arundel County

file:///H:/AA County/Annual Review/12-15-2015, 03-29-2016, and ...

📎 **3-2016 Resume.docx**
25K