EXHIBIT 4 OMITTED FOR NOW