EXHIBIT 5

Marcus Christopher Gaskins

8238 Autumn Lake Court
Severn, MD 21144

(202) 630-7837
mcgaskins@yahoo.com

**Education:**

- **Howard University and Morgan State University, 08/2011-05/2014**
  Cumulative GPA, 3.65--Major: Master of Engineering-Hydraulics and Hydrology—Minor-Statistics—Honors: Magna Cum Laude—Master in Civil Engineering; Environmental Impact Assessment, Project Management, Advanced Statistics I and II, Urban Stormwater Management, Advanced Hydrology, Risk Assessment and Analysis, Geotechnical Engineering, Foundations, Traffic and Highway Engineering, Advanced Structural Dynamics, Construction Estimating, Geographic Information Systems, Advanced Engineering Mathematics, Environmental Engineering, Water Resource Engineering, Thermodynamics, Hydraulics and Hydrology, Structural Engineering, Technical and Report Writing, Advanced Government Writing, and Effective Speaking

- **Morgan State University, 12/2010**
  Cumulative GPA, 3.11--Bachelor of Science in Civil Engineering--Graduated in June 2011--Undergraduate Coursework Completed on December 15, 2010

**Professional Experience:**

- **MDOT SHA through KCI Technologies, 01/2016-Present**
  Transportation Engineer/Senior Construction Inspector 4—Salary: $57,000 per year—This position required me to obtain multiple certifications, such as the Soils and Aggregate Certification with the Portable Gauge Safety training certificate, the Maryland Department f the Environment Responsible Personnel Certification for Erosion and Sediment Control (Green Card), OSHA Fall Prevention Certificate, OSHA Confined Space Certificate, and the Maintenance of Traffic Training administered by the Maryland Department of Transportation State Highway Administration. In this position, I work out of District 5 in Annapolis, MD. From SHA in District 5, I am assigned to a construction job site where I perform Construction Management duties overseeing the construction workers with all of their duties, to include geometric roadway improvements, signal plan reconstruction, stormwater management best management practice installations, structural wall constructions, erosion and sediment control plans, landscape plan construction, grading, material management, compaction testing, concrete testing, as well as compliance with Maryland State Highway project requirements.

- **Maryland Department of Transportation State Highway Administration, 04/2015-01/2016**
  Transportation Engineer –Salary: $53,130.00 per year—This position required me attend Preliminary Investigation Meetings, Quarter-Final Review Meetings, Semi-Final Review Meetings, Final Review Meetings, Utility Coordination Meetings, Construction Stake-Out Meetings, as well as review full sets of plans (Roadway Plans, Signing and Marking Plans, Overhead Sign Structure Plans, Lighting Plans, and all Signal Plans) to provide typed up comments as well as mark-ups of the comments to formulate PS&E Packages for approval in the Office of Traffic & Safety. I also was required to design all of the above mentions plans and complete PS&E packages myself. Project duties increased to completing higher level work since a team member was promoted to a different division (Hellon Gallo), and the work load increased to the level of reviews equivalent to a TDE series level of work. I also was assigned as a Product Officer under the New Products Component of SHA managed by Rodney Wynn in BLDG 4 of SHA Hanover under the Office of Materials Technology. My duties here included the review of the new platform that was supposed to roll-out, review new products as the State Employee working with RK&K Consultant Amol Ranade, and teach the new person who replaced Retired Dave Anderson as a coordinator or potentially take the coordinator position. Work included the advanced use of Microstation, SHA's GIS platform, plan database management, research for SHA Plats and Plat Mosaic design, field surveys with limited equipment the Office of Traffic and Safety had. Also, I reviewed plans that were to be inserted into other Office projects, such as OOS, OHD, District 1 office, District 3 office, etc. Work included cost estimating for future projects of other offices, such as OHD and the District Offices. Work included American Disability Act Design for pedestrians and Bike Policy Design Reviews. The position required the advanced knowledge of the Traffic Control Devices Design Manual, The Bike Policy and Design Guide, Microstation CADD Standard Tutorial, knowledge of the Guidelines for Traffic Barriers,

the SHA Cost Estimating Manual, the Sign Book, the ADA guidelines, the new SHA Admin. Light Guidelines, the Pedestrian Best Practice Guidelines, the Electric Training Presentations, Light Training Presentations, the Standard Specifications for Construction and Materials, the Typical Pavement Marking Applications, the Pedestrian Best Practice Guidelines, the Signals Book, as well as Shelf Typicals specific to the Division, and Shelf Standard Specifications specific to the Division, and incorporate all of this knowledge towards the plan reviews and PS&E Packages. Duties also included managing task assignments to consultants and assisting new District consultants with plans which needed to be reviewed and/or approved by the Office of Traffic & Safety. The SHA/Office of Traffic and Safety/Traffic Engineering Design Division main goal is to try to save more lives on the roads with design reviews for traffic control devices, such as traffic signals, signs, pavement markings, and lights. I have completed Stormwater Management/Erosion Sediment Control Certificationa also. We did Categorical Exclusions for many of our projects environmental aspects or are evaluated MDE and PRD.

- **Prince Georges County Public Schools, 05/2014-04/2015**
  Substitute Teacher--$105 per day—I work on the days where substitute teaching work is available and when I have the availability to work. I teach children of all ages and classes at various schools in the Northern portion of the county.

- **Department of Energy Federal Energy Regulatory Commission, 08/2011-05/2014**
  Civil Engineer Trainee--$45,000 per year—The promotions in this position was just step increases from GS-7 step 1, to GS-7 step 2, to GS-7 step 3. The Duties and Responsibilites included the reviews of issued licenses, and exemptions to ensure compliance with their terms and onditions and with applicable Commission regulations, and reviews and acts on engineering and environmental amendments, transfers, surrenders, conduit exemptions, and for non-project use of project lands and waters. I also determined and assessed headwater benefits charges, and evaluated non-waterpower interests in Federal lands reserved for waterpower purposes. I reviewed filings and other data received by the Commission as it related to hydropower project features. This included, project boundary, civil engineering, land ownership, shoreline management, erosion and soil science, and related land and water resources. I reviewed data and determined the merits of the information to be incorporated into existing databases used by the Commission. I used computer technology to evaluate earth science issues associated with hydropower project. I extracted information from various sources (mainframe computer data files, USGS digital topographic data, raster image files, and vector files, etc.) necessary to build and conduct spatial evaluations of hydropower projects. I used sophisticated mapping and plotting software necessary to produce a presentation copy of analytical results. I reviewed applications for proposed changes to hydropower facilities that may affect land and water issues. I determined adequacy of applications and prepared correspondence and related documents pursuant to the review. I participated in meetings and conferences with other FERC staff, applicants, exemptees, licensees, and resource agencies to discuss compliance matters as they relate to project engineering resources or land use. I responded to complaints regarding project related impacts from the general public or federal and state agencies. I also did engineering drawing reviews (proj. boundaries, structures, and descriptions), multiple database reviews and updates, Mining Claim Reviews for the Bureau of Land Management Agency (DOI); Recreational Facilities Exemptions and Reviews; Land-Use and Occupancy Article Reviews; License Exemption Reviews; Aperture Card and Electronic Filing Format reviews; License/Exemption article compliance reviews; Fish Passage Facility reviews; Minimum Flow Deviation reviews; Database corrections/assessments for corrections; etc. The use of GIS was the most important during many of these reviews and we used AutoCAD too.

- **Geo-Technology Associates, 06/2011-08/2011**
  Field Engineer--$3,250.00 per month—Portable Gauge Safety Training; Geotechnical Field Engineering, Supervision of Construction workers in the field, Observation, Field Tests, & Management of Multiple Projects. Construction work consisted of conducting Field Geotechnical Proctor test for moisture content in materials to be used in the compaction of material over top of various storm drain pipes, water pipes, and sewer pipes. Once the proper materials were told to use, the Portable Gauge was required to test compaction of the soil. At the end of the day, a report on the progress of the project was fundamental to ensuring the project is on schedule.

- **University of Maryland College Park, 01/2011-06/2011**
  HVAC Mechanic--$1,600.00 per month-- EPA HVAC Technician Universal on the job training where we needed to know how to use the equipment necessary to fix all of the equipment involved with the position.

- **Morgan State University, 05/2010 – 01/2011**
  Civil Engineering Department Office Assistant to the Chairperson and Administrative Assistant-- Organized the Civil Engineering office's files and procurement process

- **Howard University Army Training, 01/2009 – 05/2010**
  ROTC Cadet--$1,200.00 Training---Leadership Training Course, Fort Knox, KY, Trained and Graduated as Honor Platoon with Land Navigation Awards

- **Walter Reed Army Medical Center, 08/2008 – 01/2009**
  Defense Travel System Supervisor--$50,000.00 per year---Department of Resource Management---Implemented the Defense Travel System and Assisted to Administer the Defense Travel System for the Budget Office

- **Land & Compass, Inc., 05/2006-08/2008**
  Engineering and Survey Tech II--$15.00 per hour---Work included surveying and engineering work in the office and in the field. As a Instrument Operator in the field, I was training to and Surveyor Field Crew Manager. I was taught how to write in a field book, how to set up a data collector, how to use an instrument to do a full survey including fly points, and how to use the instrument to locate points of interest. This position required installation of property corners at times with surveyor caps, as well as installation of control points, and location of specific features both on and off the roadway to ensure the most accurate plans and plats. In the office, I began as a land records researcher for all of the counties where we had projects. Some of the records were available electronically and others had to be obtained from the County Records Buildings. I had to conduct Utility Company research to obtain utility plains and incorporate those in the preliminary research process. The use of all available resources online were helpful, especially mdlandrec.com with plats.com. PG Atlas, and any other platforms were researched. Once this position was perfected, I was promoted to processing feasibility studies for clients to determine if Land & Compass would be a good choice for them. After this, I worked on deed mosaics and plats with AutoCAD and started to review Site Plans and Storm Drain Concepts. (At the Land Development Consulting Firm, I did work of organizing & creating binders, Feasibility studies, and Deeds/Land Records research, design of plat mosaics, Rod Man, Instrument Operator, Site Plans, Storm Drain Concepts, Stake-Outs, Brick-Point, Boundary Surveys, Topographic Surveys, GPS Surveys, and many other duties. Field work consisted of road surveys, and deep woods surveys during all seasons throughout the years.)

- **University of Maryland College Park Shuttle UM, 03/2005 – 05/2006**
  Shuttle Bus Driver--$1,800 per month--CDL Class B Bus Driver with Shuttle UM, 2005-2006

- **University of Maryland College Park Office of the Registrar, 08/2004 – 03/2005**
  Registrar Office Assistant--$1,040.00 per month---Assistant to the Manager of Special Programs. We implemented a faster way to do the technical office work.

- **Math Summer Program In Research And Learning (SPIRAL) Internship, 05/2004-08/2004**
  Summer SPIRAL Student Intern---At the University of Maryland College Park, we researched mathematics problems, and implemented the math with graduating seniors. This was considered an upper level math class, MATH 498G, Mathematics through Games

- **Bowie State University Model Institute for Excellence (MIE), Science, Engineering, and Mathematics (SEM) Fellowship Program, 08/2003 – 05/2004**
  Fellowship Program Participant--$625.00 per month---Work included the analysis of research, the development of data through integration from AutoCAD to ArcGIS, Assisted NOAA CREST Group Project with Satellite Based Fire Risk Prediction, Trained with the Moderate Resolution Imaging Spectroradiometer (MODIS)

- **Steve Gaskins Associates, 01/1999-08/2003**
  Journey Engineer--$2,080.00 per month-- The equipment specialist position was the first position in the Survey Engineering field I held. I had to carry heavy equipment (instruments, targets, tripods, brush hooks, stakes, heavy mallots, rebars, PK nails, machete's, bug spray, field books, data collector, manhole openers, shovels, etc.) and make sure the equipment was never lost or left

behind. Once this position was perfected, I was promoted and trained to be a Rod Man. In this position, I was trained on the proper use of a machete to cut line and limbs from trees to be able to use the surveying instruments, I was taught to set up a target on a tripod and on a rod. I was taught to set up the instrument on a tripod. I was taught how to use a level, a plumb bob, a level instrument, and to properly conduct a survey, such as Boundary Surveys, Topographic Surveys, location for septic tanks, utility location surveys, property corner location surveys, benchmark locations, as well as any other surveys possible. (Rod Man, Equipments Specialist, Surveyor in Training; Journey Engineering work included feasibility studies, utility relocation, construction, CADD design, Plats and Survey research, design, etc. Work performed was both office and field work. Work also consisted of organizing & creating binders, Feasibility studies, and Deeds/Land Records research (design of plat mosaics), Rod Man, Instrument Operator, Site Plans, Storm Drain Concepts, Stake-Outs, Brick-Point, Boundary Surveys, Topographic Surveys, GPS Surveys, and many other duties. Field work consisted of road surveys and deep woods surveys during all seasons throughout the years.)

## Technical Experience/Skills:

- Microstation
- Watershed Modeling System/ HEC Series/TR-55/TR-20
- Technical/Report Writing, and Delivering Effective Presentations
- Matlab, C++/Java Programming
- ArcGIS (Geographic Information Systems)
- AutoCAD (Computer Aid Design)
- StaadPro (Structural Design Program)

## Awards:

- Dean's List, 2003
- Honors Program, 2003 – 2004
- Academic Achievement Award, 2010
- Golden Key Honors Program Participant

References Furnished Upon Request