EXHIBIT 6 OMITTED FOR NOW

EXHIBIT 7 OMITTED FOR NOW

EXHIBIT 8 OMITTED FOR NOW

EXHIBIT 9 OMITTED FOR NOW