EXHIBITS 10, 11, AND 12

**Subject:** Fwd: Re: Engineer III - Anne Arundel County
**From:** mgaskins1 (mgaskins1@gmail.com)
**To:** mcgaskins@yahoo.com;
**Date:** Saturday, August 26, 2017 7:54 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Marcus Gaskins <mgaskins1@gmail.com>
Date: 08/04/2016 10:17 AM (GMT-05:00)
To: David Braun <ipbrau93@aacounty.org>
Cc:
Subject: Re: Engineer III - Anne Arundel County

David- After 2:00 PM will work better. I look forward to talking to you.

Thanks,

Marcus Gaskins

Sent from my iPhone

On Aug 4, 2016, at 10:08 AM, David Braun <ipbrau93@aacounty.org> wrote:

> Marcus:
> This would be the same position we discussed in our interview – engineering and traffic reviews of subdivision and site development plan applications. If you can call me before 11:00 this morning, or after 2:00 this afternoon, we can discuss further. Call my direct line at 410-222-6137.
> Thanks.
> David
>
>
> On Thu, Aug 4, 2016 at 9:39 AM, Marcus Gaskins <mgaskins1@gmail.com> wrote:
>> Good morning David,
>>
>> Yes, I am interested. Please let me know more information.
>>
>> Thanks a lot,
>>
>> Marcus Gaskins
>> (240)210-3644

Sent from my iPhone

On Aug 4, 2016, at 8:56 AM, David Braun <ipbrau93@aacounty.org> wrote:

> Marcus:
> We have another opening for an Engineer III unexpectedly - we would like to discuss this with you if you are still interested.
> Please call or email me when you have a chance. If it is after business hours, you can call me at 443-775-0257.
> Thanks, and look forward to hearing from you.
> David
>
>
> On Tue, Mar 29, 2016 at 7:07 PM, Marcus Gaskins <mgaskins1@gmail.com> wrote:
> Good evening,
>
> Please take a look at my updated resume.
>
> Thanks a lot,
>
> Marcus Gaskins
>
> On Tue, Feb 23, 2016 at 12:51 PM, Janet Scott <pzscot02@aacounty.org> wrote:
> Thanks for your response. Your interview is confirmed for Tuesday, March 29th at 2 p.m. Please report to the receptionist on the 3rd Floor, Planning and Zoning Office, 2664 Riva Road, Annapolis, Maryland 21401. If you have any questions, you can give me a call at 410-222-7485. We look forward to meeting you.
>
> On Tue, Feb 23, 2016 at 12:31 PM, Marcus Gaskins <mgaskins1@gmail.com> wrote:
> Thanks a lot! Tuesday, March 29th at 2 p.m. will be a great time to schedule my interview.
>
> Let me know if you need any additional information.
>
> Marcus Gaskins
> (240)210-3644
>
> Sent from my iPhone
>
> On Feb 23, 2016, at 9:34 AM, Janet Scott <pzscot02@aacounty.org> wrote:
>
>> I am scheduling interviews for the Engineer III position that you applied for with Anne Arundel County. The two dates that we will be interviewing are Tuesday, March 29th and Thursday, March 31st at 2 and 3 p.m. each day. Please let me know if you are interested in coming for an interview. The interview will be held at 2664 Riva Road, Annapolis, Maryland.

I look forward to your response.

--

Please note my new email address: ipbrau93@aacounty.org

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD 21401
410-222-7790

--

Please note my new email address: ipbrau93@aacounty.org

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD 21401
410-222-7790