EXHIBIT 13



**Department of Inspections and Permits**
*2664 Riva Road, Annapolis, MD 21401*
*Telephone: (410) 222-7790*
*Fax: (410) 222-7970*
*www.aacounty.org*

August 8, 2016

Mr. Marcus C. Gaskins
P.O. Box 1124
College Park, MD 20741

Dear Mr. Gaskins:

I am pleased to confirm your probationary appointment to the position of Engineer III (PSC# 49150), with the Anne Arundel County Department of Inspections and Permits. Your pay in this new position will be $59,374 per year with annual pay increases up to the maximum allowed by County Code based on an annual performance review. Your starting date in this position is August 25, 2016, and your work hours are from 8:00 a.m. to 4:30 p.m.

Because your first day of employment will be for orientation, you are to report to the Office of Personnel, 2660 Riva Road, Heritage Center, Annapolis, Maryland at 8:30 a.m. Please bring your Position Description Form with you to orientation. The Office of Personnel will shortly be sending you additional information concerning orientation.

I hope that you will find your new work experience here both productive and pleasant. If you have any questions, please feel free to call me.

Sincerely,

*[signature]*

Eva M. Kerchner
Assistant Director
Department of Inspections and Permits

cc: Joan Ott

Accept: _____        Decline: _____

_____
**Marcus C. Gaskins**                Date

| | |
|---|---|
| **Subject:** | Fwd: Message from KM_C454e |
| **From:** | mgaskins1 (mgaskins1@gmail.com) |
| **To:** | mcgaskins@yahoo.com; |
| **Date:** | Saturday, August 26, 2017 6:11 PM |

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Dana Wootton <ipwoot22@aacounty.org>
Date: 08/08/2016 11:28 AM (GMT-05:00)
To: mgaskins1@gmail.com
Cc:
Subject: Fwd: Message from KM_C454e

Good Morning Mr. Gaskins,

Attached is the acceptance letter for the Engineer III position. Please check accept, sign and date and email back to me. Also, can you please bring the original back to me when you come in for orientation on August 25. I am located on the 2nd Floor of Building 2664. Thank you and congratulations!

Dana Wootton

Secretary III

Anne Arundel County Department of Inspections and Permits

---------- Forwarded message ----------
From: **Dana Wootton** <ipwoot22@aacounty.org>
Date: Mon, Aug 8, 2016 at 11:19 AM
Subject: Fwd: Message from KM_C454e
To: Dana Wootton <ipwoot22@aacounty.org>

---------- Forwarded message ----------
From: <copier@aacounty.org>
Date: 2016-08-07 11:24 GMT-04:00
Subject: Message from KM_C454e

To: ipwoot22@aacounty.org

## Attachments

- SKM_C454e16080710240.pdf (37.62KB)