EXHIBIT 14

| Subject: | Fwd: Re: Message from KM_C454e |
|---|---|
| From: | mgaskins1 (mgaskins1@gmail.com) |
| To: | mcgaskins@yahoo.com; |
| Date: | Saturday, August 26, 2017 6:14 PM |

Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: Marcus Gaskins <mgaskins1@gmail.com>
Date: 08/08/2016 12:01 PM (GMT-05:00)
To: Dana Wootton <ipwoot22@aacounty.org>
Cc:
Subject: Re: Message from KM_C454e

Good morning Ms. Wootton,

Thank you so much for providing me with the acceptance letter. I really want this position. I was looking at the job requisition and it provided a note that I can negotiate the initial salary up to $70,000 based on credentials and experience. Currently, I have a Masters of Engineering degree in Civil and Environmental Engineering. Also, I have the following Certifications:
1) Temporary Traffic Control Manager
2) Soils and Aggregate
3) Hot Mix Asphalt
4) Yellow Card
5) Green Card

I also have Journey Survey and Engineering experience for multiple years and 4+ years of Federal and State Government Engineering work experience as a Government Employee and a Consultant/Contractor. I am currently making about $65,000 a year and was trying to see if I will be allowed to negotiate up to $70,000 since I have student loans, etc.

I can send you all the above certifications this evening. Please let me know if I can negotiate as soon as possible.

Very Respectfully,

Marcus Gaskins
(240) 210-3644

Sent from my iPhone

On Aug 8, 2016, at 11:28 AM, Dana Wootton <ipwoot22@aacounty.org> wrote:

> Good Morning Mr. Gaskins,
>
> Attached is the acceptance letter for the Engineer III position. Please check accept, sign and date and email back to me. Also, can you please bring the original back to me when you come in for orientation on August 25. I am located on the 2nd Floor of Building 2664. Thank you and congratulations!
>
> Dana Wootton
>
> Secretary III
>
> Anne Arundel County Department of Inspections and Permits
>
>
> ---------- Forwarded message ----------
> From: **Dana Wootton** <ipwoot22@aacounty.org>
> Date: Mon, Aug 8, 2016 at 11:19 AM
> Subject: Fwd: Message from KM_C454e
> To: Dana Wootton <ipwoot22@aacounty.org>
>
>
> ---------- Forwarded message ----------
> From: <copier@aacounty.org>
> Date: 2016-08-07 11:24 GMT-04:00
> Subject: Message from KM_C454e
> To: ipwoot22@aacounty.org
>
>
> <SKM_C454e16080710240.pdf>