EXHIBIT 15

**Subject:** Fwd: Engineer III
**From:** mgaskins1 (mgaskins1@gmail.com)
**To:** mcgaskins@yahoo.com;
**Date:** Saturday, August 26, 2017 6:32 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Dana Wootton <ipwoot22@aacounty.org>
Date: 08/08/2016 1:10 PM (GMT-05:00)
To: mgaskins1@gmail.com
Cc:
Subject: Engineer III

Hello Mr. Gaskins,

The Assistant Director is looking into your request and hopes to have an answer for you soon. Are you still employed with the Maryland Department of Transportation? Thanks.

Dana