EXHIBIT 16

**Subject:** Fwd: Re: Engineer III

**From:** mgaskins1 (mgaskins1@gmail.com)

**To:** mcgaskins@yahoo.com;

**Date:** Saturday, August 26, 2017 6:27 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Marcus Gaskins <mgaskins1@gmail.com>
Date:08/08/2016 1:36 PM (GMT-05:00)
To: Dana Wootton <ipwoot22@aacounty.org>
Cc: Marcus Gaskins <mcgaskins@yahoo.com>
Subject: Re: Engineer III

Hello Ms. Wootton,

Yes, I am currently a consultant at the Maryland Transportation Authority under MDOT. Please see my updated resume and supportive documentations.


Thanks a lot,

Marcus Gaskins
(240) 210-3644 (cell phone)
(202) 630-7837 (google voicemail)

On Mon, Aug 8, 2016 at 1:10 PM, Dana Wootton <ipwoot22@aacounty.org> wrote:
Hello Mr. Gaskins,

The Assistant Director is looking into your request and hopes to have an answer for you soon. Are you still employed with the Maryland Department of Transportation? Thanks.

Dana

---

## Attachments

- Resume--Marcus Gaskins_8-8-2016.docx (24.14KB)
- Certificates Combined.pdf (1.01MB)
- Marcus Gaskins Additional Mid-Atlantic Certifications.pdf (30.04KB)

- Marcus C Gaskins Master of Engineering Degree - HU.pdf (250.55KB)
- Marcus C Gaskins BS in Civil Engineering Degree - MSU.pdf (414.58KB)
- Howard and Morgan Transcripts.pdf (520.89KB)

# Marcus Christopher Gaskins

PO Box 2644, NE
Washington, DC

(202) 630-7837
mcgaskins@yahoo.com

## Education:

- **Howard University and Morgan State University, 08/2011-05/2014**
  Cumulative GPA, **3.65**-- Master of Engineering—Civil & Environmental Engineering, Major: Water Resources, Minor: Statistics—Honors: Magna Cum Laude; Courses include Environmental Impact Assessment, Project Management, Advanced Statistics I and II, Urban Stormwater Management, Advanced Hydrology, Risk Assessment and Analysis, Advanced Structural Dynamics, Advanced Engineering Mathematics, Hydraulic Project Research, and Risk Assessment and Analysis
- **Morgan State University, 12/2010**
  Cumulative GPA, **3.11**--Bachelor of Science in Civil Engineering—Graduated in June 2011—Undergraduate coursework completed on December 15, 2010

## Professional Experience:

- **Stantec, May 2016-Present**
  Engineering Project Specialist in Environmental Services—Work includes multiple Letter of Map Revision and Conditional Letter of Map Revision case reviews for FEMA National Flood Insurance Program, to include entire projects of traffic plans, site plans, culvert analyses, hydraulics and hydrology reviews, and work with Maryland Transportation Authority as an Environmental Engineer consultant who completed two Stormwater Pollution Prevention Plans and has been conducting Stormwater Monitoring with sampling.
- **KCI Technologies, Inc./State Highway Administration, January 2016-April 2016**
  Transportation Engineer/Senior Construction Inspector 4 in Construction Management, District 5—In this position, I acquired 7 certifications: MDE Yellow Card (SHA Erosion & Sediment Control Certification), MDE Responsible Personnel Card (Green Card), Temporary Traffic Control Traffic Manager (MOT), the MARTCP Soils and Aggregates Compaction, and the MARTCP Hot-Mix Asphalt, OSHA Confined Space, OSHA Fall Protection, and OSHA 10/30. The position required Construction Management over SHA Construction Projects, which included Safety, Stormwater Management BMP Construction, E&S, Geometric Improvements, Full Signal Reconstruction, Concrete and Asphalt Sampling, and Inspections
- **State Highway Administration, April 2015-January 2016**
  Transportation Engineer Project Manager work in Office of Traffic and Safety's Traffic Engineering Design Division—In this position, I completed the SHA two part Stormwater Management and Erosion & Sediment Control Design Process Certificate Training among many others. This position required me attend Preliminary Investigation Meetings, Quarter-Final Review Meetings, Semi-Final Review Meetings, Final Review Meetings, Utility Coordination Meetings, Construction Stake-Out Meetings, as well as review full sets of plans (Roadway Plans, Signing and Marking Plans, Overhead Sign Structure Plans, Lighting Plans, and all Signal Plans) to provide typed up comments as well as mark-ups of the comments to formulate PS&E Packages for approval in the Office of Traffic & Safety. I was also required to design all of the above mentions plans and complete PS&E packages.
- **Department of Energy Federal Energy Regulatory Commission, August 2011-May 2014**
  Civil Engineer Trainee/Project Manager in the Office of Energy Projects Division on Hydropower Administration and Compliance —The type of work that I did consisted of: hydropower project reviews of licenses, exemptions, and preliminary permits, engineering drawing reviews (project boundaries, structures, and descriptions), multiple database reviews and updates, mining claim reviews for the Bureau of Land Management Agency (DOI), recreational facilities exemptions and reviews, land-use and occupancy article reviews, license exemption reviews, aperture card and electronic filing format reviews, fish passage facility reviews, &d minimum flow deviation reviews.
- **Geo-Technology Associates, June 2011-August 2011**
  Field Engineer—This position required the Portable Gage Safety Training and was in the Geotechnical Field Engineering discipline, which required the supervision of construction workers in the field, observation, field tests, and management of multiple projects. Construction work consisted of conducting Field Geotechnical Proctor test for moisture content in materials to be used in the compaction of material over top of various storm drain pipes, water pipes, and sewer pipes. Once the proper materials were told to

use, the Portable Gauge was required to test compaction of the soil. At the end of the day, a report on the progress of the project was fundamental to ensuring the project is on schedule.

- **University of Maryland College Park, January 2011-June 2011**
  HVAC Mechanic--$1,600.00 per month-- EPA HVAC Technician Universal on the job training where we needed to know how to use the equipment necessary to fix all of the equipment involved with the position.
- **Morgan State University, May 2010-January 2011**
  Civil Engineering Department Office Assistant to the Chairperson and Administrative Assistant--Organized the Civil Engineering office's files and procurement process
- **Howard University Army Training, January 2009-May 2010**
  ROTC Cadet--$1,200.00 Training---Leadership Training Course, Fort Knox, KY, Trained and Graduated as Honor Platoon with Land Navigation Awards
- **Walter Reed Army Medical Center, August 2008-January 2009**
  Defense Travel System Supervisor--$50,000.00 per year—Department of Resource Management— Implemented the Defense Travel System & assisted to administer the Defense Travel System
- **Land & Compass, Inc., May 2006-August 2008**
  Engineering and Survey Tech II—Work included surveying and engineering work in the office and in the field. As an Instrument Operator in the field, I was training to become a Surveyor Field Crew Manager with a field book, a data collector, a total station and GPS equipment. I installed property corners, control points, and located of features on and off the roadway. In the office: I researched land records for all of the counties in MD electronically and obtained county records, utility company documents, and learned how to use the mdlandrec.com system with plats.com, and any other platforms. I was promoted then and processed feasibility studies, worked on deed mosaics and plats with AutoCAD, reviewed site plans and storm drain concepts
- **University of Maryland College Park Shuttle UM, March 2005-May 2006**
  Shuttle Bus Driver--$1,800 per month--CDL Class B Bus Driver with Shuttle UM, 2005-2006
- **University of Maryland College Park Office of the Registrar, August 2004-March 2005**
  Registrar Office Assistant--$1,040.00 per month—Assistant to the Manager of Special Programs. We implemented a faster way to do the technical office work.
- **Math-Summer Prog. in Research & Learning (SPIRAL) Internship, May2004-August 2004**
  Summer SPIRAL Student Intern—At the University of Maryland College Park, we researched mathematics problems, and implemented the math with graduating seniors. This was considered an upper level math class, MATH 498G, Mathematics through Games
- **Bowie State University Model Institute for Excellence (MIE), Science, Engineering, and Mathematics (SEM) Fellowship Program, August 2003-May 2004**
  Fellowship Program Participant--$625.00 per month—Work included the analysis of research, the development of data through integration from AutoCAD to ArcGIS, Assisted NOAA CREST Group Project with Satellite Based Fire Risk Prediction, Trained with the Moderate Resolution Imaging Spectroradiometer (MODIS)
- **Steve Gaskins Associates, January 1999-August 2003**
  Journey Engineer—Positions included equipment specialist (instruments, targets, tripods, brush hooks, stakes, rebars, PK nails, machete's, bug spray, field books, data collector, manhole openers, shovels, etc.) and equipment accountability, Rod Man (cut line and aid the instrument operator with survey equipment set-up, using targets, tripods, and a rod), use of levels, a plumb bob, and a level instrument was fundamental for Boundary Surveys, Topographic Surveys, location for septic tanks, utility location surveys, property corner location surveys, benchmark locations, utility relocation, construction, CADD design

## Technical Experience/Skills:

- **Watershed Modeling System/ HEC Series/TR-55**
- **Technical/Report Writing, and Delivering Effective Presentations**
- **Matlab, C++/Java Programming, and ArcGIS (Geographic Information Systems)**
- **AutoCAD (Computer Aid Design), Microstation, and StaadPro (Structural Design Program)**

## Awards:

- **Dean's List, 2003**
- **Honors Program, 2003 – 2004**
- **Academic Achievement Award, 2010**

- **Golden Key Honors Program Participant**



*MARTCP* MID-ATLANTIC REGION
TECHNICIAN CERTIFICATION PROGRAM

**Marcus C Gaskins**

is qualified as a technician in the following area(s)

CERTIFICATION     EXPIRES

Soils & Agg. Comp.   06/30/2021

Certification. No: 9079-MD

---

*MARTCP* MID-ATLANTIC REGION
TECHNICIAN CERTIFICATION PROGRAM

**Marcus C Gaskins**

is qualified as a technician in the following area(s)

CERTIFICATION     EXPIRES

HMA Field   06/30/2021

Certification. No. 9079-MD

---

This is to certify that the technician
indicated on the reverse side has been
qualified through written and
performance testing as a certified
technician in the material discipline (s)
indicated on the reverse
side of this card.

*Woody Houel*

Division Chief, Training & Certification

# Maryland Transportation Builders and Materials Association

2408 Pepper Mill Drive
Suite F
Glen Burnie, MD 21061
410-760-9505 (p) 410-760-6769 (f)
www.mdhighways.org

## Memorandum

Monday, April 25, 2016

*To:*  Marcus Gaskins
KCI Technologies, Inc.
936 Ridgebrook Road
Sparks MD 21152

*Subject:*  Online Yellow Card Certification

*From:*  Amanda Mangum
MTBMA

We are pleased to inform you that you have successfully completed the Online Yellow Card Certification. Enclosed is your Maryland State Highway Administration's Erosion & Sediment Control Certification card which will expire on 04/14/2019. If you have any questions concerning your test, please contact me at 410-760-9505.

We hope the information acquired from this course was interesting and will be beneficial to you in your job.

Please cut out the card below and keep it with you at all times. This Card is proof of your successful completion of this course:



**SHA**
State Highway
Administration

**EROSION AND SEDIMENT CONTROL CERTIFICATION**

**Marcus Gaskins**

This certifies that the above named person has successfully completed the Administration's Erosion and Sediment Control Certification Program.

**16-181**
Certification Number

**4/14/2019**
Expiration Date

# NUCLEAR GAUGE TRAINING ONLINE

HAZMAT

## Nuclear Gauge Certification

This certifies that

## Marcus Gaskins

has been trained and tested in accordance with the U.S. Department of Transportation and International Air Transport Association hazardous material requirements for general awareness/familiarization, function-specific, safety, and security awareness training as related to the transportation of nuclear gauges per 49 CFR 172 subpart H and IATA 1.5.2. This certificate expires three years from the training date shown below.

March 21, 2016

_____
date

_____



Training materials available from:
Nuclear Gauge Training Online
PO BOX 6044 Raleigh, NC 27628-6044
(866) 217-2658

# Certificate of Completion



**360training.com**

## This Certifies That

Marcus Gaskins

### is awarded this certificate for

OSHA 10 Hour Outreach Training Program - Construction

360training.com, Inc. is authorized by IACET to offer __1.0__ CEUs for this program



ACCREDITED IACET PROVIDER

**Credit Hours: 10.00**

**Completion Date:** 04/06/2016

_Marie Athey_

Marie Athey, Trainer C 0026383 and G 0034871

"As an OSHA authorized trainer, I verify that I have conducted this OSHA outreach training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my authorizing OSHA training organization. Upon successful review of my documentation, I will provide each student their completion card within 90 days of the end of the class."
360training.com, Inc. is accredited by the International Association for Continuing Education and Training (IACET) and is authorized to issue the IACET CEU.

360training.com ♦ 13801 Burnet Rd., Suite 100 ♦ Austin, TX 78727 ♦ 888-360-TRNG ♦ www.360training.com

# Certificate of Completion

This is to certify that

## Marcus Gaskins

has completed

### Fall Protection in Construction

**Completion Date** 03/27/2016

**Course Duration** 1.0

360training.com ♦ 13801 Burnet Rd., Suite 100 ♦ Austin, TX 78727 ♦ 800-442-1149 ♦ www.360trainingsupport.com

**360training.**com

# Certificate of Completion

This is to certify that

## Marcus Gaskins

has completed

## Confined Space Entry (C)

**Completion Date** 03/22/2016

**Course Duration** 1.0

360training.com ◆ 13801 Burnet Rd., Suite 100 ◆ Austin, TX 78727 ◆ 800-442-1149 ◆ www.360trainingsupport.com

360training.com

## Practical Skills Instruction for Nuclear Gauge Operators

In addition to completing the online training course in radiation safety and regulatory knowledge requirements, an individual must also receive hands-on training in the practical skills shown below in order to become certified as an authorized gauge operator. The hands-on training should be provided by the licensee's RSO or a certified gauge operator.

Setting up and making measurements
- Prepare site for direct transmission measurement and position gauge over hole
- Prepare backscatter measurement site and position the handle in the backscatter notch
- Unlock handle and lower source rod
- Maintain constant surveillance and control during gauge operations
- Return source rod to safe position and lock handle
- Verify shutter fully closed

Routine maintenance
- Dissemble sliding block
- Clean and lubricate of the sliding block using proper ALARA techniques to minimize radiation exposure
- Reassemble sliding block
- Clean the bottom surface of the gauge

Packaging and transporting the gauge
- Put gauge in shipping case
- Inspect shipping case
- Load shipping case in vehicle
- Secure the gauge using two independent physical controls
- Block and brace package against movement during transport
- Place shipping papers in designated location in vehicle

Storing the gauge
- Log the gauge in and out
- Secure the gauge storage area

**Trainee:**

Name (print) MARCUS GASKINS

Signature Marcus C. Gaskins          Date 3/23/16

**Trained by RSO or certified operator:**

Name (print) ADAM GARONN

Signature _____          Date 3/23/16

**Certified by licensee RSO:**

Name (print) Brianne Drankiewicz RSO

Signature BDrankiewicz          Date 3/23/16



# NUCLEAR GAUGE TRAINING ONLINE

## Nuclear Gauge Certification

This certifies that

## Marcus Gaskins

has successfully completed training on radiation safety and regulatory requirements for portable nuclear gauges on this date.

March 21, 2016

date

This training is not valid until signed by the licensee RSO.

I attest that the person named above, and no other, has completed the online course and tests. I certify that the individual has completed practical skills training for setting up and making measurements, routine maintenance, package and transport, storage, and emergency procedures for nuclear gauges.

Nuclear Gauge Training Online
PO BOX 6044 Raleigh, NC 27628-6044
(866) 217-2658

**Transportation Builders** and Traffic Control Safety

2400 Broadwell Ave.
Suite 7
Glen Burnie, MD 2101
www.milliontraps.net
phone (800) 000-0000 fax (0) 000-000-0000

To:

Date: _____ ___, __ 6

T: _____ Passate
    _____ echnologies, Inc
    ___ Bridgeton Rd Road
    Severn Glen, MD 21_

**Subject:** _____ Traffic Control Traffic Manager (TTC (M)) Course

From: _____ rangom.
        E N D

We are _____ inform you that you have successfully completed the _____
Traffic _____ affic manager (TTCTM) Course given on _ _ 20 20  with a grade of
80. _____ State Maryland **State Highway Administration** Traffic Manager's
Training ___ which will expire on 4/20/2020.  If you have any questions concerning
your ____, please contact me at 410 760-9505.

We hope the information acquired from this course was interesting and will be
beneficial _____ your job.

This Card is Proof that You have Passed this Course.
Please Cut and Keep With You at All Times.



# CERTIFICATE OF COMPLETION

This is to certify that

**Marcus Gaskins**

Participated in

# STORMWATER MANAGEMENT AND EROSION SEDIMENT CONTROL DESIGNER WORKSHOP

July 16, 2015

Baltimore, Maryland

Given by the Maryland State Highway Administration's Office of Highway Development

An attendee is eligible to earn 3.5 Professional Development Hours (PDHs) for attendance and successful completion of this course. If PDH credits are taken for Professional Engineer License renewal, the licensee is responsible for maintaining records including the assessment form.



# CERTIFICATE OF COMPLETION

This is to certify that

**Marcus Gaskins**

Participated in

## STORMWATER MANAGEMENT AND EROSION SEDIMENT CONTROL REVIEW AND APPROVAL PROCESS

July 16, 2015

Baltimore, Maryland

Given by the Maryland State Highway Administration's Office of Highway Development

An attendee is eligible to earn 3.5 Professional Development Hours (PDHs) for attendance and successful completion of this course. If PDH credits are taken for Professional Engineer License renewal, the licensee is responsible for maintaining records including the assessment form.

### Howard University Transcript Data

| | |
|---|---|
| College: | Graduate School |
| Major and Department: | Civil Engineering, Civil Engineering |

#### DEGREES AWARDED

| | | |
|---|---|---|
| Awarded: Master of Engineering | Degree Date: | May 10, 2014 |
| Major: | Civil Engineering | |

#### TRANSFER CREDIT ACCEPTED BY INSTITUTION  -Top-

**201308: Morgan State University**

| Subject | Course | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|
| CHEG | 504 | Adv Math for Chemical Engineer | T | 3.000 | 0.00 |
| CIEG | 536 | Dynamics of Structures | T | 3.000 | 0.00 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 0.000 | 6.000 | 0.000 | 0.00 | 0.00 |

#### Term: Spring 2012

| Subject | Course | Campus Level | | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| CIEG | 556 | Main | GR | Hydraulic Project Research | A | 3.000 | 12.00 |
| CUMD | 201 | Main | GR | ENCE 620 Risk Anal for Engr | B | 3.000 | 9.00 |

Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |
| Cumulative: | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |

#### Term: Summer 2012

| Subject | Course | Campus Level | | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| SOCI | 219 | Main | GR | Advanced Statistics I | A | 3.000 | 12.00 |

Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 9.000 | 9.000 | 9.000 | 9.000 | 33.00 | 3.67 |

#### Term: Fall 2012

| Subject | Course | Campus Level | | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| CIEG | 557 | Main | GR | Advanced Hydrology | A | 3.000 | 12.00 |

Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 12.000 | 12.000 | 12.000 | 12.000 | 45.00 | 3.75 |

#### Term: Spring 2013

| Subject | Course | Campus Level | | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| ACAD | 303 | Main | GR | Academic Comm (Grad Only) | P | 1.000 | 0.00 |
| CIEG | 551 | Main | GR | Graduate Seminar | B | 1.000 | 3.00 |
| CUMD | 200 | Main | GR | Urban Stormwater Mgmt | C | 3.000 | 6.00 |

Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 5.000 | 5.000 | 4.000 | 9.00 | 2.25 |
| Cumulative: | 18.000 | 17.000 | 17.000 | 16.000 | 54.00 | 3.38 |

#### Term: Fall 2013

| Subject | Course | Campus Level | | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| CUGW | 200 | Main | GR | Enviro Impact Assessment | B | 3.000 | 9.00 |
| GIST | 509 | Main | GR | Project Management | A | 3.000 | 12.00 |

Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

Morgan State University Academic Transcript

| | Attempt Hours | | Passed Hours | Earned Hours | GPA Hours | Quality Points | | GPA |
|---|---|---|---|---|---|---|---|---|
| Current Term: | | 6.000 | | | 6.000 | 6.000 | | 6.000 | 21.00 | 3.50 |
| Cumulative: | | 24.000 | | | 23.000 | 23.000 | | 22.000 | 75.00 | 3.41 |

Term: Spring 2014

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| SOCI | 319 | Main | GR | Advanced Statistics II | A | 3.000 | 12.00 |

Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 4.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 28.000 | | 26.000 26.000 | 25.000 | 87.00 | 3.48 |

TRANSCRIPT TOTALS (GRADUATE)   -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 28.000 26.000 | | 26.000 25.000 | | 87.00 | 3.48 |
| Total Transfer: | 6.000 0.000 | | 6.000 0.000 | | 0.00 | 0.00 |
| Overall: | 34.000 26.000 | | 32.000 25.000 | | 87.00 | 3.48 |

Morgan State University Academic Transcript

01231096 Marcus C. Gaskins
Jun 20, 2014 01:22 pm

Student Type:   Master's
Master of Engineering
College:   Graduate Studies
Major:   Engineering

DEGREES AWARDED

Awarded: Bachelor of Science   Degree Date: Dec 15, 2010
Major:   Civil Engineering

TRANSFER CREDIT ACCEPTED BY INSTITUTION   -Top-

01/2003:   BOWIE STATE UNIVERSITY

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| CEGR | 304 | Engineering Mechanics | TR | 4.000 | 0.00 | |
| CHEM | 110 | Gen Chem for Engr Stud | TR | 5.000 | 0.00 | |
| CHEM | 112 | Gen Chem & Qual Anal - Honors | TR | 4.000 | 0.00 | |
| COSC | 230 | Obj-Oric Progm for Engr | TR | 4.000 | 0.00 | |
| ENGL | 101 | Freshman Comp.1 | TR | 3.000 | 0.00 | |
| ENGL | 102 | Fresh Composition II | TR | 3.000 | 0.00 | |
| ENGL | 355 | Technical Writing | TR | 3.000 | 0.00 | |
| IEGR | 305 | Thermodynamics | TR | 3.000 | 0.00 | |
| MATH | 111 | College Mathematics | TR | 3.000 | 0.00 | |
| MATH | 141 | Precalculus | TR | 4.000 | 0.00 | |
| MATH | 241 | Calculus I | TR | 4.000 | 0.00 | |
| MATH | 242 | Calculus II | TR | 4.000 | 0.00 | |
| PHEC | 148 | Phys Educ Concepts & Eval | TR | 1.000 | 0.00 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 45.000 | 0.000 | 45.000 0.000 | | 0.00 | 0.000 |

08/2004:   UNIV MARYLAND COLLEGE PARK*

| Subject | Course | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|
| BUAD | 200 | Intro to Bus (Non Majors) | TR | 3.000 | 0.00 |
| CEGR | 201 | Compputer Aided Engr Design | TR | 3.000 | 0.00 |
| CEGR | 301 | Mechanics of Materials(No Lab) | TR | 3.000 | 0.00 |
| CEGR | 400 | Civil Engr Project Mgmt | TR | 3.000 | 0.00 |
| CEGR | 416 | Transportation Engr | TR | 3.000 | 0.00 |
| ECON | 211 | Prin of Economics I (geog 100) | TR | 3.000 | 0.00 |
| HEED | 100 | Healthful Living | TR | 2.000 | 0.00 |
| HIST | 101 | World histoty I (ccjs100) | TR | 3.000 | 0.00 |
| HIST | 102 | World History II (aasp100) | TR | 3.000 | 0.00 |

| Subject | Course | Title | | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|
| HUMA | 201 | Intro to Huma I (arch170) | | TR | 3.000 | 0.00 |
| HUMA | 202 | Intro to Hum II (comm 200) | | TR | 3.000 | 0.00 |
| MATH | 331 | Appl Prob & Statistics | | TR | 3.000 | 0.00 |
| MATH | 340 | Intro to Differential Equation | | TR | 3.000 | 0.00 |
| ORIE | 104 | Intro to Engineering | | TR | 1.000 | 0.00 |
| PHYS | 205 | University Physics I (No Lab) | | TR | 3.000 | 0.00 |
| PHYS | 206 | University Physics II | | TR | 4.000 | 0.00 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 46.000 | 0.000 | 46.000 | 0.000 | 0.00 | 0.000 |

August 2004: UNIV MARYLAND COLLEGE PARK*

| Subject | Course | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|
| CEGR | 105 | Intro to Civil Engineering | TR | 1.000 | 0.00 |
| CEGR | 304 | Engineering Mechanics | TR | 4.000 | 0.00 |
| CEGR | 314 | Structural Analysis I and Lab | TR | 4.000 | 0.00 |
| CEGR | 332 | Hydraulic Engineering | TR | 3.000 | 0.00 |
| CEGR | 334 | Geotech Engr Fund and Lab | TR | 4.000 | 0.00 |
| IEGR | 305 | Thermodynamics | TR | 3.000 | 0.00 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 19.000 | 0.000 | 19.000 | 0.000 | 0.00 | 0.000 |

01-2009: UNIV DISTRICT OF COLUMBIA

| Subject | Course | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|
| ELEC | 000 | 3509311 Theory of structures | TR | 3.000 | 0.00 |
| ELEC | 000 | 3509325 Hydraulics & Hydrology | TR | 3.000 | 0.00 |
| ELEC | 000 | 3509331 Prin Geotech Eng | TR | 3.000 | 0.00 |
| ELEC | 000 | 3509332 Prin of Geotech Eng Lab | TR | 1.000 | 0.00 |
| ELEC | 000 | 3509202 Eng Mechanics II | TR | 3.000 | 0.00 |
| ELEC | 000 | 3511208 Thermodynamics | TR | 3.000 | 0.00 |
| ELEC | 000 | 3515486 Estimating | TR | 3.000 | 0.00 |
| PSYC | 101 | General Psychology | TR | 3.000 | 0.00 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 22.000 | 0.000 | 22.000 | 0.000 | 0.00 | 0.000 |

Term: SPRING 2010

College: School of Engineering
Major: Civil Engineering

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| BIOL | 101 | UG | INTRODUCTORY BIOLOGY I | A | 4.000 | 16.00 | | |
| CEGR | 328 | UG | ENVIRON ENGINEERING I AND LAB | C | 4.000 | 8.00 | | |
| CEGR | 436 | UG | ELEM STRUCTURAL DESIGN | C | 3.000 | 6.00 | | |
| CEGR | 490 | UG | SENIOR DESIGN PROPOSAL | B | 1.000 | 3.00 | | |
| MATH | 243 | UG | CALCULUS III | B | 4.000 | 12.00 | | |

Term Totals (Undergraduate)

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 16.000 | 16.000 | 16.000 | 16.000 | 45.00 | 2.812 |
| Cumulative: | 28.000 | 16.000 | 16.000 | 16.000 | 45.00 | 2.812 |

Term: SUMMER 2010

College: School of Engineering
Major: Civil Engineering

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| HIST | 350 | UG | INTRO TO THE AFRICAN DIASPORA | C | 3.000 | 6.00 | | |
| PHIL | 109 | UG | INTRO TO LOGIC | A | 3.000 | 12.00 | | |

Term Totals (Undergraduate)

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 6.000 | 6.000 | 6.000 | 18.00 | 3.000 | | |
| Cumulative: | 34.000 | 22.000 | 22.000 | 22.000 | 63.00 | 2.853 | | |

**Term: FALL 2010**

College: School of Engineering

Major: Civil Engineering

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| CEGR | 309 | UG | ENGINEERING GEOLOGY | B | 3.000 | 9.00 | | |
| CEGR | 311 | UG | FLUID MECHANICS AND LAB | A | 4.000 | 16.00 | | |
| CEGR | 454 | UG | FOUNDATION ENGINEERING | B | 3.000 | 9.00 | | |
| CEGR | 465 | UG | TRAFFIC ENGINEERING | A | 3.000 | 12.00 | | |
| CEGR | 491 | UG | SENIOR PROJECT | C | 2.000 | 4.00 | | |
| EEGR | 310 | UG | PRIN OF ELECTRONICS | A | 3.000 | 12.00 | | |
| ENGL | 001 | UG | ENGLISH WRITING PROFICIENCY | PS | 0.000 | 0.00 | | |
| IEGR | 350 | UG | ENGINEERING ECONOMY | B | 3.000 | 9.00 | | |
| SPCH | 001 | UG | SPEECH PROFICIENCY | PS | 0.000 | 0.00 | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 21.000 | 21.000 | 21.000 | 21.000 | 71.00 | 3.380 |
| Cumulative: | 55.000 | 43.000 | 43.000 | 43.000 | 134.00 | 3.116 |

**Term: FALL 2011**

College: Graduate Studies

Major: Engineering

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| CEGR | 631 | GR | STRUCTURAL DYNAMICS | A | 3.000 | 12.00 | | |
| EEGR | 505 | GR | ADV ENGR MATH/COMPUT METH | A | 3.000 | 12.00 | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.000 |
| Cumulative: | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.000 |

**TRANSCRIPT TOTALS (GRADUATE)** -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.000 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.000 |
| Overall: | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.000 |

**TRANSCRIPT TOTALS (UNDERGRADUATE)** -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 55.000 | 43.000 | 43.000 | 43.000 | 134.00 | 3.116 |
| Total Transfer: | 132.000 | 0.000 | 132.000 | 0.000 | 0.00 | 0.000 |
| Overall: | 187.000 | 43.000 | 175.000 | 43.000 | 134.00 | 3.116 |