EXHIBIT 17

**Subject:** Fwd: Eng III
**From:** mgaskins1 (mgaskins1@gmail.com)
**To:** mcgaskins@yahoo.com;
**Date:** Saturday, August 26, 2017 6:33 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Eva Kerchner <ipkerc00@aacounty.org>
Date: 08/08/2016 3:11 PM (GMT-05:00)
To: mgaskins1@gmail.com
Cc: Dana Wootton <ipwoot22@aacounty.org>
Subject: Eng III

Marcus,

I am able to offer $62,342.

Eva M. Kerchner
Assistant Director
Inspections and Permits
410-222-7790