Exhibit 18

**Subject:** Fwd: Re: Eng III
**From:** mgaskins1 (mgaskins1@gmail.com)
**To:** mcgaskins@yahoo.com;
**Date:** Saturday, August 26, 2017 6:28 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Marcus Gaskins <mgaskins1@gmail.com>
Date: 08/08/2016 3:30 PM (GMT-05:00)
To: Eva Kerchner <ipkerc00@aacounty.org>
Cc: Dana Wootton <ipwoot22@aacounty.org>
Subject: Re: Eng III

Ms. Kerchner,

That sounds good to me.

Thanks a lot!

Marcus Gaskins

Sent from my iPhone

On Aug 8, 2016, at 3:11 PM, Eva Kerchner <ipkerc00@aacounty.org> wrote:

> Marcus,
>
> I am able to offer $62,342.
>
> Eva M. Kerchner
> Assistant Director
> Inspections and Permits
> 410-222-7790