EXHIBIT 19

**Subject:** Fwd: Message from KM_C454e
**From:** mgaskins1 (mgaskins1@gmail.com)
**To:** mcgaskins@yahoo.com;
**Date:** Saturday, August 26, 2017 6:34 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Dana Wootton <ipwoot22@aacounty.org>
Date: 08/15/2016 9:36 AM (GMT-05:00)
To: Marcus Gaskins <mgaskins1@gmail.com>
Cc:
Subject: Fwd: Message from KM_C454e

Good Morning Mr. Gaskins,

I made an error on your acceptance letter. The yearly salary should have read $62,343. Could you please sign the attached revised letter and send it back to me? Thanks.

Dana

---------- Forwarded message ----------
From: **Dana Wootton** <ipwoot22@aacounty.org>
Date: Mon, Aug 15, 2016 at 9:34 AM
Subject: Fwd: Message from KM_C454e
To: Dana Wootton <ipwoot22@aacounty.org>

---------- Forwarded message ----------
From: <copier@aacounty.org>
Date: 2016-08-14 9:42 GMT-04:00
Subject: Message from KM_C454e
To: ipwoot22@aacounty.org

---

# Attachments

- SKM_C454e16081408420.pdf (37.66KB)



**Department of Inspections and Permits**
**2664 Riva Road, Annapolis, MD 21401**
**Telephone: (410) 222-7790**
**Fax: (410) 222-7970**
**www.aacounty.org**

August 15, 2016 (Revised)

Mr. Marcus C. Gaskins
8238 Autumn Lake Court
Severn, MD 21144

Dear Mr. Gaskins:

I am pleased to confirm your probationary appointment to the position of Engineer III (PSC# 49150), with the Anne Arundel County Department of Inspections and Permits. Your pay in this new position will be $62,343 per year with annual pay increases up to the maximum allowed by County Code based on an annual performance review. Your starting date in this position is August 25, 2016, and your work hours are from 8:00 a.m. to 4:30 p.m.

Because your first day of employment will be for orientation, you are to report to the Office of Personnel, 2660 Riva Road, Heritage Center, Annapolis, Maryland at 8:30 a.m. Please bring your Position Description Form with you to orientation. The Office of Personnel will shortly be sending you additional information concerning orientation.

I hope that you will find your new work experience here both productive and pleasant. If you have any questions, please feel free to call me.

Sincerely,

Eva M. Kerchner
Assistant Director
Department of Inspections and Permits

cc: Joan Ott

Accept: _____          Decline: _____


_____
**Marcus C. Gaskins**                Date