EXHIBIT 20

**Subject:** Fwd: Re: Message from KM_C454e
**From:** mgaskins1 (mgaskins1@gmail.com)
**To:** mcgaskins@yahoo.com;
**Date:** Saturday, August 26, 2017 6:31 PM

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Marcus Gaskins <mgaskins1@gmail.com>
Date: 08/15/2016 10:34 AM (GMT-05:00)
To: Dana Wootton <ipwoot22@aacounty.org>
Cc: Marcus Gaskins <mcgaskins@yahoo.com>
Subject: Re: Message from KM_C454e

Good morning Ms. Wootton,

Here is the signed version of my acceptance letter. This one was signed electronically so your printout is the original.

Let me know if you need any additional information.

Thanks a lot,

Marcus Gaskins

On Mon, Aug 15, 2016 at 9:36 AM, Dana Wootton <ipwoot22@aacounty.org> wrote:
> Good Morning Mr. Gaskins,
>
> I made an error on your acceptance letter. The yearly salary should have read $62,343. Could you please sign the attached revised letter and send it back to me? Thanks.
>
> Dana
>
> ---------- Forwarded message ----------
> From: **Dana Wootton** <ipwoot22@aacounty.org>
> Date: Mon, Aug 15, 2016 at 9:34 AM
> Subject: Fwd: Message from KM_C454e
> To: Dana Wootton <ipwoot22@aacounty.org>

---------- Forwarded message ----------
From: <copier@aacounty.org>
Date: 2016-08-14 9:42 GMT-04:00
Subject: Message from KM_C454e
To: ipwoot22@aacounty.org

## Attachments

- Marcus Gaskins Acceptance Letter (Revised) 8-15-2016.pdf (177.59KB)



**Department of Inspections and Permits**
**2664 Riva Road, Annapolis, MD 21401**
Telephone: (410) 222-7790
Fax: (410) 222-7970
www.aacounty.org

August 15, 2016 (Revised)

Mr. Marcus C. Gaskins
8238 Autumn Lake Court
Severn, MD 21144

Dear Mr. Gaskins:

I am pleased to confirm your probationary appointment to the position of Engineer III (PSC# 49150), with the Anne Arundel County Department of Inspections and Permits. Your pay in this new position will be $62,343 per year with annual pay increases up to the maximum allowed by County Code based on an annual performance review. Your starting date in this position is August 25, 2016, and your work hours are from 8:00 a.m. to 4:30 p.m.

Because your first day of employment will be for orientation, you are to report to the Office of Personnel, 2660 Riva Road, Heritage Center, Annapolis, Maryland at 8:30 a.m. Please bring your Position Description Form with you to orientation. The Office of Personnel will shortly be sending you additional information concerning orientation.

I hope that you will find your new work experience here both productive and pleasant. If you have any questions, please feel free to call me.

Sincerely,

Eva M. Kerchner
Assistant Director
Department of Inspections and Permits

cc: Joan Ott

Accept: __X__    Decline: _____

_Marcus C. Gaskins_  August 15, 2016
Marcus C. Gaskins            Date