EXHIBIT 21



Marcus Gaskins <ipgask87@aacounty.org>

# Highmeadow Hills Street Tree, Lighting and Signing Plan
17 messages

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Tue, Feb 7, 2017 at 10:34 AM
To: Mike Werner <Mike@anarex.com>
Cc: David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>, Karen Llanes <pzllan00@aacounty.org>, SUBCOMMENTS <subcomments@aacounty.org>

Good morning Mr. Werner:

For Highmeadow Hills, the Street Tree, Lighting, and Signing Plan must be recorded as a Public Plan on Inspections and Permits Title Block. Please provide a copy of the DPW stamped Street Tree, Lighting, and Signing Plan as well as the Sheet with Inspection and Permits Title Block as soon as possible.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

**David Braun** <ipbrau93@aacounty.org>  Wed, Feb 8, 2017 at 6:51 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Kirsten Cook <ipcook77@aacounty.org>, Sarah Fowler <ipfowl22@aacounty.org>

Marcus:
This requirement has not been implemented yet. I still have to get OPZ and I&P agreement on the changes to the process. Please let the consultant know ASAP that the Street Tree, Lighting and Signing Plan does not need to be on the County title block.
Thanks.
David

[Quoted text hidden]

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD 21401
410-222-7790

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Wed, Feb 8, 2017 at 8:18 AM
To: Mike Werner <Mike@anarex.com>
Cc: David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>, Karen Llanes <pzllan00@aacounty.org>, SUBCOMMENTS <subcomments@aacounty.org>

Mr. Werner:

The Street Tree, Lighting, and Signing Plan that must be recorded as a Public Plan will not have to be on Inspections and Permits Title Block but will have to be submitted as a mylar.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

On Tue, Feb 7, 2017 at 10:34 AM, Marcus Gaskins <ipgask87@aacounty.org> wrote:
[Quoted text hidden]

---

Mark White <mark@anarex.com>   Wed, Feb 8, 2017 at 10:27 AM
To: markus gaskins <ipgask87@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Mike Werner <mike@anarex.com>

morning,

is this a new county policy? we have never been required to incorporate this plan with the approved road plan set.

a separate plan is prepared by us "Street Tree, Light and Signing Plan", and we send the plan to the Department of Public Works Traffic Division. Mary Lamb. When the plan is approved it is signed by them, and we are given the plan and an approved cost estimate which we incorporate in the public works agreement.

please check into this since we are currently working on numerous jobs.

thanks

```
Mark S. White
Anarex, Inc.
303 Najoles Rd
Millersville, Md 21108
410-987-6901
```

On 2/8/2017 9:17 AM, Mike Werner wrote:

> --------- Forwarded Message ---------
> **Subject:** Re: Highmeadow Hills Street Tree, Lighting and Signing Plan
> **Date:** Wed, 8 Feb 2017 08:18:17 -0500
> **From:** Marcus Gaskins <ipgask87@aacounty.org>
> **To:** Mike Werner <Mike@anarex.com>
> **CC:** David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>, Karen Llanes <pzllan00@aacounty.org>, SUBCOMMENTS <subcomments@aacounty.org>
>
> [Quoted text hidden]

---

Marcus Gaskins <ipgask87@aacounty.org>   Wed, Feb 8, 2017 at 10:57 AM

To: Mark White <mark@anarex.com>
Cc: David Braun <ipbrau93@aacounty.org>, Mike Werner <mike@anarex.com>

Mr. White and Mr. Werner:

I will ask these questions at our next internal meeting and provide an official response after that.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

Marcus Gaskins <ipgask87@aacounty.org>  Wed, Feb 8, 2017 at 11:01 AM
To: Mark White <mark@anarex.com>
Cc: David Braun <ipbrau93@aacounty.org>, Mike Werner <mike@anarex.com>

Mr. White and Mr. Werner:

The Street Tree, Lighting, and Signing Plan will not be a public plan, however, we do need a paper copy of the approved plan for our file.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

Kehyannah Hayley <pzhayl20@aacounty.org>  Wed, Feb 22, 2017 at 11:12 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Lori Allen <pzalle00@aacounty.org>, David Braun <davidbraun07@gmail.com>

Marcus,

Can you let me know if this was ever addressed by the consultant? Thanks.

---------- Forwarded message ----------
From: **Karen Llanes** <pzllan00@aacounty.org>
Date: Wed, Feb 8, 2017 at 8:02 AM
Subject: Fwd: Highmeadow Hills Street Tree, Lighting and Signing Plan
To: Kehyannah Hayley <pzhayl20@aacounty.org>


Looks like this may be your project.
[Quoted text hidden]

Karen Llanes, Planner
Office of Planning and Zoning
2664 Riva Road
Annapolis, Maryland 21401
410-222-6996

---

**Lori Allen** <pzalle00@aacounty.org>  Wed, Feb 22, 2017 at 11:23 AM
To: Kehyannah Hayley <pzhayl20@aacounty.org>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, David Braun <davidbraun07@gmail.com>

More specifically, you are asking for a street tree easement in your comments that says it must be on the plat prior to plat approval. It appears that this is a new comment. Does the developer know this? We are close to plat approval.
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Wed, Feb 22, 2017 at 11:54 AM
To: Lori Allen <pzalle00@aacounty.org>
Cc: Kehyannah Hayley <pzhayl20@aacounty.org>, David Braun <davidbraun07@gmail.com>, John Igbinovia <ipigbi00@aacounty.org>

Kehyannah- I do not believe the consultant addressed this comment. I have a copy of the street tree, signing, and lighting plan.

Lori- Yes, I am asking for the street tree easement on the plat. This was a new comment, but it is as a result of new information submitted. Under this condition, it was confirmed to be a valid comment. I do not believe the developer knows this yet and I will defer to John Igbinovia's good judgement for any comments related to proposed stormwater management facilities in the street tree easement at the plat signing stage and/or at the grading plan stage.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Lori Allen** <pzalle00@aacounty.org>  Wed, Feb 22, 2017 at 12:00 PM
To: Marcus Gaskins <ipgask87@aacounty.org>, David Braun <davidbraun07@gmail.com>, John Igbinovia <ipigbi00@aacounty.org>
Cc: Kehyannah Hayley <pzhayl20@aacounty.org>

Please let the consultant know as soon as possible if this is going to be a requirement. I believe this is the last issue prior to plat approval.
[Quoted text hidden]

---

**John Igbinovia** <ipigbi00@aacounty.org>  Wed, Feb 22, 2017 at 12:05 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Lori Allen <pzalle00@aacounty.org>, Kehyannah Hayley <pzhayl20@aacounty.org>, David Braun <davidbraun07@gmail.com>

Marcus,

Trees cannot be located in stormwater managment facilities.

On Wed, Feb 22, 2017 at 11:54 AM, Marcus Gaskins <ipgask87@aacounty.org> wrote:
[Quoted text hidden]

--

John Igbinovia, P.E.
Senior Engineer
Engineering Division
Department of Inspections and Permits
2664 Riva Road, MS 6202
Annapolis, MD 21401
410-222-7964

---

**Marcus Gaskins** <ipgask87@aacounty.org>   Wed, Feb 22, 2017 at 1:14 PM
To: Mark White <mark@anarex.com>
Cc: David Braun <ipbrau93@aacounty.org>, Mike Werner <mike@anarex.com>

Mr. White and Mr. Werner:

Please refer to the following Plat comment referenced in the attached memo:

> The plat must identify a 5' wide public street tree easement along each side of the proposed public right-of-way to eliminate current restrictions on trees near signs and street lights. Since Trees cannot be located in stormwater management facilities, all conflicts with drainage or Stormwater Management swales on cluster lots need to be evaluated prior to the submittal of the Grading Plan.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

📎 02-08-2017--P2012-0101 Highmeadow Hills Final Plan--I&P Traffic Review 2.pdf
347K

---

**Mark White** <mark@anarex.com>   Wed, Feb 22, 2017 at 1:31 PM
To: Marcus Gaskins <ipgask87@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Mike Werner <mike@anarex.com>

marcus.

the layout on the approved street tree, lighting, and signage plan already takes into

consideration the required setbacks to the lights and signs. ie: the trees are located 25 feet from the lights as required. The trees are to be located along the right of way line which will not impeded the viewing of the proposed signs. this plan has been reviewed and approved, so there should not be a need to re-evaluate the concept. any additional easements along the right of way will create problems with the already approved stromwater management devices.

```
Mark S. White
Anarex, Inc.
303 Najoles Rd
Millersville, Md 21108
410-987-6901
```

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Wed, Feb 22, 2017 at 2:14 PM
To: Mark White <mark@anarex.com>
Cc: David Braun <ipbrau93@aacounty.org>, Mike Werner <mike@anarex.com>, John Igbinovia <ipigbi00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Kehyannah Hayley <pzhayl20@aacounty.org>

Mr. White:

The street trees on the Street Tree, Lighting, and Signing Plan must be moved to outside the swales and you can shift around the trees to ensure the stormwater management facilities are preserved. We recommend the use of a 5' Street Tree easement which will need to be on the lots somewehere.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Mike Werner** <mike@anarex.com>  Wed, Feb 22, 2017 at 2:18 PM
To: Marcus Gaskins <ipgask87@aacounty.org>, Mark White <mark@anarex.com>, Dan Kane <IPKANE30@aacounty.o>
Cc: David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Kehyannah Hayley <pzhayl20@aacounty.org>

Marcus, This was an already approved subdivision that all that was required was to execute a PWA. We are not revising anything at this stage in the game. If a meeting is required with your supervisors please set one up immediately.

Mike Werner
[Quoted text hidden]

---

**David Braun** <ipbrau93@aacounty.org>  Thu, Feb 23, 2017 at 9:48 AM
To: Marcus Gaskins <ipgask87@aacounty.org>

Marcus:
Please bring these plans by for us to go over.
David

[Quoted text hidden]
--
David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD  21401
410-222-7790

--
David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD  21401
410-222-7790

---

**Marcus Gaskins** <ipgask87@aacounty.org>    Thu, Mar 9, 2017 at 8:08 AM
To: Mike Werner <mike@anarex.com>
Cc: Mark White <mark@anarex.com>, David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Kehyannah Hayley <pzhayl20@aacounty.org>, Dan Kane <ipkane30@aacounty.org>

Mr. Werner:

It has been determined that you will not be required to address the street tree issues at the plat signing stage. Please make a note that Dan Kane's email was not properly placed in the previous email. His email is ipkane30@aacounty.org.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

On Wed, Feb 22, 2017 at 2:18 PM, Mike Werner <mike@anarex.com> wrote:
[Quoted text hidden]