EXHIBIT 22



Marcus Gaskins <ipgask87@aacounty.org>

## Stephens Knoll, Subdivision No. 2016-025; Project No. 2016-0096-00-NS
32 messages

**Karen Llanes** <pzllan00@aacounty.org>  Wed, Feb 15, 2017 at 11:28 AM
To: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Marcus Gaskins <ipgask87@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>

Dear Applicant:

The 30 day review date for this project was due February 10, 2017. All review comments have been submitted to this Office. Attached are the draft review comments received for this project thus far. Please note that they may be subject to changes upon finalization of the review letter.

The review letter will be sent on or prior to the 45-day review date of February 27, 2017.

It is acknowledged that the developer is trying to vest Adequacy of Public Facilities with the Sketch Plan application as Schools are projected to close with the next School Chart. Please contact the agencies to work with them to obtain their necessary approvals prior to the 45-day review date of 2/27/17. This Office has requested Allocation which must be approved prior to Sketch Plan approval.

If you have any questions, please feel free to contact me by reply e-mail, or phone at 410-222-6996. Please let us know if you have any questions, or would like to meet to resolve any major issues prior to receipt of the official consolidated letter.

Karen Llanes, Planner
Office of Planning and Zoning
2664 Riva Road
Annapolis, Maryland 21401
410-222-6996

📎 SKM_C454e17021511310.pdf
251K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Wed, Feb 15, 2017 at 2:11 PM
To: Karen Llanes <pzllan00@aacounty.org>
Cc: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>

Good afternoon:

Please see the attached SWAMP Analyses result for Stephens Knoll.

Thanks a lot!

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

📎 **02-03-2017—SWAMP Analysis Results_StephensKnoll P2016-0096.pdf**
2195K

---

**Jeff Seiss <jeff@anarex.com>**  Thu, Feb 16, 2017 at 2:56 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Marcus,

We need to obtain sketch plan approval as school capacity is an issue for this project. Per your comments to obtain sketch approval:

D.1. The approved SWAMP analysis was emailed to me from you on 2/15/2017.

B.2. The walking tour pictures are attached, I will forward a hard copy to you.

B.1. Section 7.2.1 is for establishing the Point of Investigation. Section 7 and 8 of the computation book (DA "A" and "B") are the Point of Investigation computations. The curve number used in the computations is 54 which is for R-2 on a "A" soil (Ultimate). The overbank flood protection calculations are per 7.2.3 "Providing Overbank Flood Protection (Peak Management)". See attached 7.2.3.D.iv.c. "The actual site data should be utilized". Per the USDA-NRCS website the Hydrologic Soil Group is "A".

Based on the above, no plans or computations need to be revised.

It is imperative we get this sketch plan approved. I can meet any day next week except Monday if needed.

Jeff

[Quoted text hidden]

---

**4 attachments**

📎 **7.2.3.pdf**
73K

📎 **7.2.1.pdf**
66K

📎 **Walking Tour photo location.pdf**
484K

📎 **Walking Tour.pdf**
5613K

**Marcus Gaskins** <ipgask87@aacounty.org>  Thu, Feb 16, 2017 at 3:34 PM
To: Jeff Seiss <jeff@anarex.com>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Mr. Seiss:

For D1, we have an updated memo for the 45 day review for the SWAMP (see attached).

For B2, I will review the photographic walking tour information with the plans while awaiting your update information from B1.

For B1, Chapter 11 Table 11.9 identifies the Runoff Curve Numbers by zoning and by soil type on page 11.29. As I looked through with the most recently downloaded list of soil types, I noticed HSG PPA is Type B, FaaA is Type C/D, ZBA is Type B/D, and these different soil types will need to be used with the drainage area. Also, a hard copy of the photographic walking tour should be provided. We need this information to be updated to ensure there is a correct set of calculations and that the outfall from the site to the POI is adequate and for our file. These may not be the only soils which are incorrect, but these were three of them I noticed.

Please contact me if there is any other items you would like information on.

Thanks,


Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

📎 **02-14-2017(revised from 02-10-2017) Stephens Knoll P2016-0096–I&P Engineering Review Letter 2 .pdf**
356K

---

**Jeff Seiss** <jeff@anarex.com>  Thu, Feb 16, 2017 at 4:06 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Marcus,

Thanks for the quick response. For comment B1, I see where your concern is for the off-site soil groups. I will revise the groups as you stated and send you updated plans and comps.

Jeff

[Quoted text hidden]

---

**Jeff Seiss** <jeff@anarex.com>  Thu, Feb 16, 2017 at 4:43 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Marcus,

B1. The changes caused the flow at the POI for DA "A" to go from 71.9 cfs to 77.0 cfs. Attached are the updated computations and updated sheet #1 to reflect the changes. A hard copy of this information will be dropped off to your office.

Jeff

On 2/16/2017 3:34 PM, Marcus Gaskins wrote:
[Quoted text hidden]

---

**2 attachments**

updated comps.pdf
123K

sketch 1.PDF
2472K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Feb 17, 2017 at 7:46 AM
To: Jeff Seiss <jeff@anarex.com>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Mr. Seiss:

Thanks for providing this information. I noticed that the drainage area provided mimics the zone line for R-2. When we requested the drainage are calculations by zone, we more specifically mean that the different zones in your drainage area should be calculated to develop your watershed/sub-watershed area which can be to establish the POI that complies with the less than 10% requirement.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Jeff Seiss** <jeff@anarex.com>  Tue, Feb 21, 2017 at 11:36 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Marcus,

Is there a particular area you are concerned about? The drainage area to the POI is intended to mapped independently from the zoning. Can I stop in early afternoon today or any time you have available tomorrow to look at this with you, unless you can describe where your drainage area mapping concern is?

Jeff

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Tue, Feb 21, 2017 at 12:15 PM
To: Jeff Seiss <jeff@anarex.com>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Mr. Seiss:

We should be able to complete the APF review with a hard copy of the Photographic Walking Tour. The entire area may be in zone R2, but I'm attaching a Sub-Watershed/Stream view of the Geocortex Map. While looking at the contours, the drainage area, the streams, and the Time of Concentration shown, I notice the stream reaches are not accurately shown on the plans, and while looking at the contours I notice that the drainage area to your POI does not include a significant area east of Drainage area 2. Also, there is an unnamed Tributary stream which connects directly to your Drainage Area A on the west side that should be receiving some of the poi flow.


Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

📎 **Stephens Knoll Geocortex Map.pdf**
544K

---

**Jeff Seiss** <jeff@anarex.com>  Tue, Feb 21, 2017 at 12:54 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Marcus,

I will have the hard copy of the Photographic Walking Tour dropped off to you this afternoon. Will this be all that is required at this point for sketch approval? I would still like to meet in the near future to discuss the mapping as we are starting final plans. The mapping used for DA "A" is the same drainage area used for the approved Jasons Landing flood plain study, storm drain design and SWM design. The unnamed tributary you noted on the west side of DA "A" appears to tie-in south of the POI, we can discuss that when we meet.

Jeff

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Tue, Feb 28, 2017 at 12:36 PM
To: Karen Llanes <pzllan00@aacounty.org>
Cc: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>

Good afternoon:

Please see the attached Conditional Approval Engineering and Utility Memo for Stephens Knoll Sketch Plan Review 4.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

📄 **02-28-2017 Conditional Approval for Stephens Knoll P2016-0096 Sketch Plan--I&P Engineering Review 4.pdf**
355K

---

**Jeff Seiss** <jeff@anarex.com>  Tue, Feb 28, 2017 at 12:43 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

Thanks for the update!

[Quoted text hidden]

---

**Karen Llanes** <pzllan00@aacounty.org>  Tue, Feb 28, 2017 at 2:22 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

Hi Marcus, are Traffic comments ready for approval?
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Tue, Feb 28, 2017 at 2:27 PM
To: Jeff Seiss <jeff@anarex.com>

You're welcome,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Tue, Feb 28, 2017 at 2:28 PM
To: Karen Llanes <pzllan00@aacounty.org>

Hi Karen.

Unfortunately, we may be meeting with Traffic Concepts due to a response received for Adequacy of Public Facilities for Roads from them on February 22, 2017.

Marcus Gaskins

Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Karen Llanes** <pzllan00@aacounty.org>　　　　　　　　　　　　　　　　Tue, Feb 28, 2017 at 2:33 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

On February 22? Or March 22?
[Quoted text hidden]

---

**Karen Llanes** <pzllan00@aacounty.org>　　　　　　　　　　　　　　　　Tue, Feb 28, 2017 at 2:34 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

I'm sorry I read this wrong. Can you tell me when the meeting will be so I can share it with Lori.

Thanks,
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　　Tue, Feb 28, 2017 at 2:35 PM
To: Karen Llanes <pzllan00@aacounty.org>

We just received a response last week. See attached.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

📎 **02-22-2017 Traffic Concepts Response to APF Road Comments.pdf**
7181K

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　　Thu, Mar 2, 2017 at 1:33 PM
To: Karen Llanes <pzllan00@aacounty.org>
Cc: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Jackie Hohman <jhohman@traffic-concepts.com>, Ken Schmid <kschmid@traffic-concepts.com>

Good afternoon:

Please see the attached Conditional Approval Traffic Memo for Stephens Knoll Sketch Plan Review 4.

v/r,

Marcus Gaskins

Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

📎 03-02-2017 Conditional Approval for Stephens Knoll P2016-0096 I&P Traffic Review 4.pdf
354K

---

**Karen Llanes** <pzllan00@aacounty.org>　　　　　　　　　　　　　　　　Thu, Mar 2, 2017 at 1:37 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

Thanks Marcus.
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　　Thu, Mar 2, 2017 at 1:38 PM
To: Karen Llanes <pzllan00@aacounty.org>

You're welcome :)

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　　Thu, Mar 2, 2017 at 4:47 PM
To: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Jackie Hohman <jhohman@traffic-concepts.com>, Ken Schmid <kschmid@traffic-concepts.com>
Cc: Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Karen Llanes <pzllan00@aacounty.org>

Good evening:

Please see the updated Conditional Approval Traffic Review 4 memo for Stephens Knoll. There were changes made to item A1, the subtitle lettering and the Determination section.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

📎 **updated03-02-2017 Conditional Approval for Stephens Knoll P2016-0096 I&P Traffic Review 4.pdf**
355K

---

**Karen Llanes** <pzllan00@aacounty.org>  Fri, Mar 3, 2017 at 7:21 AM
To: Marcus Gaskins <ipgask87@aacounty.org>

Marcus your conditional approval is asking for them to address B.2 prior to submittal of the final plan, but there is no B.2 on your comments. Please clarify.

Thanks.
[Quoted text hidden]

---

**Jackie Hohman** <jhohman@traffic-concepts.com>  Fri, Mar 3, 2017 at 7:49 AM
To: Marcus Gaskins <ipgask87@aacounty.org>

Thank you Marcus!

*Jackie Hohman*
*Traffic Concepts, Inc.*
7525 Connelley Drive, Suite B
Hanover, MD 21076
410-760-2911
fax 410-760-2915
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 3, 2017 at 8:11 AM
To: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Jackie Hohman <jhohman@traffic-concepts.com>, Ken Schmid <kschmid@traffic-concepts.com>
Cc: Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Karen Llanes <pzllan00@aacounty.org>

Good morning:

Please see the 2nd updated Conditional Approval Traffic Review 4 memo for Stephens Knoll. The Determination section was updated again.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

📎 **2nd_update_03-02-2017 Conditional Approval for Stephens Knoll P2016-0096 I&P Traffic Review 4.pdf**
354K

---

**Karen Llanes** <pzllan00@aacounty.org>  Fri, Mar 3, 2017 at 8:17 AM

To: Marcus Gaskins <ipgask87@aacounty.org>

Man I can't keep track of all these revisions  . Thank you.

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 3, 2017 at 8:18 AM
To: Karen Llanes <pzllan00@aacounty.org>

You're welcome 

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Thu, Mar 9, 2017 at 8:19 AM
To: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Jackie Hohman <jhohman@traffic-concepts.com>, Ken Schmid <kschmid@traffic-concepts.com>
Cc: Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Karen Llanes <pzllan00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

To everyone:

Attached to this email is the most current traffic approval memo.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

 **03-09-2017 Traffic Approval for Stephens Knoll P2016-0096 I&P Traffic Review 5.pdf**
346K

---

**Jackie Hohman** <jhohman@traffic-concepts.com>  Thu, Mar 9, 2017 at 8:28 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Ken Schmid <kschmid@traffic-concepts.com>, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Karen Llanes <pzllan00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Thank you Marcus!

*Jackie Hohman
Traffic Concepts, Inc.*
7525 Connelley Drive, Suite B
Hanover, MD 21076
410-760-2911
fax 410-760-2915

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　Thu, Mar 9, 2017 at 9:10 AM
To: Jackie Hohman <jhohman@traffic-concepts.com>
Cc: Jeff Seiss <jeff@anarex.com>, Mike Werner <mike@anarex.com>, asred@verizon.net, Ken Schmid <kschmid@traffic-concepts.com>, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Darian Beverungen <pzbeve19@aacounty.org>, Anastasia Poulos <pzpoul44@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Karen Llanes <pzllan00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

You're welcome Jackie

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　Thu, Mar 9, 2017 at 9:45 AM
To: Brian Ulrich <pzulri44@aacounty.org>, Ramond Robinson <pzrobi45@aacounty.org>

The memo was revised. See below.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

 **03-09-2017 Traffic Approval for Stephens Knoll P2016-0096 I&P Traffic Review 5.pdf**
346K

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　Fri, Mar 10, 2017 at 3:42 PM
To: marcus.gaskins1@gmail.com

Marcus Gaskins
Engineer III

Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---------- Forwarded message ----------
From: **Marcus Gaskins** <ipgask87@aacounty.org>
[Quoted text hidden]

---

📎 03-09-2017 Traffic Approval for Stephens Knoll P2016-0096 I&P Traffic Review 5.pdf
   346K