EXHIBIT 23



Marcus Gaskins <ipgask87@aacounty.org>

# Stephens Knoll, Subdivision No. 2016-025; Project No. 2016-0096-00-NS

Jeff Seiss <jeff@anarex.com>  Thu, Feb 16, 2017 at 2:56 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Karen Llanes <pzllan00@aacounty.org>, David Braun <IPBRAU93@aacounty.org>, Mike Werner <mike@anarex.com>

Marcus,

We need to obtain sketch plan approval as school capacity is an issue for this project. Per your comments to obtain sketch approval:

D.1. The approved SWAMP analysis was emailed to me from you on 2/15/2017.

B.2. The walking tour pictures are attached, I will forward a hard copy to you.

B.1. Section 7.2.1 is for establishing the Point of Investigation. Section 7 and 8 of the computation book (DA "A" and "B") are the Point of Investigation computations. The curve number used in the computations is 54 which is for R-2 on a "A" soil (Ultimate). The overbank flood protection calculations are per 7.2.3 "Providing Overbank Flood Protection (Peak Management)". See attached 7.2.3.D.iv.c. "The actual site data should be utilized". Per the USDA-NRCS website the Hydrologic Soil Group is "A".

Based on the above, no plans or computations need to be revised.

It is imperative we get this sketch plan approved. I can meet any day next week except Monday if needed.

Jeff

[Quoted text hidden]

---

**4 attachments**

📄 7.2.3.pdf
73K

📄 7.2.1.pdf
66K

📄 Walking Tour photo location.pdf
484K

📄 Walking Tour.pdf
5613K