EXHIBIT 24





Marcus Gaskins <ipgask87@aacounty.org>

# 6 Month Probation Review Copy
12 messages

**Marcus Gaskins** <ipgask87@aacounty.org>  Thu, Mar 2, 2017 at 10:56 AM
To: Marcia Shore <peshor22@aacounty.org>

Good morning:

A few weeks ago, I had a 6 month probation review where I was instructed that I met all requirements for my position. I would like to know if I can receive a copy for my records of the official acceptance into Permanent Government service with Anne Arundel County. Could you provide this to me?

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

**Marcia Shore** <peshor22@aacounty.org>  Thu, Mar 2, 2017 at 11:07 AM
To: Marcus Gaskins <ipgask87@aacounty.org>

Attached please find a copy of the PAA retaining your position.

Marcia Shore
Management Aide
Labor/Employee Relations
Office of Personnel
410-222-7595
[Quoted text hidden]


**Retain PAA.pdf**
497K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Thu, Mar 2, 2017 at 11:09 AM
To: Marcia Shore <peshor22@aacounty.org>

Thanks a lot! 😊

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

**Marcus Gaskins** <ipgask87@aacounty.org>  
To: mcgaskins@yahoo.com

Thu, Mar 2, 2017 at 11:09 AM

Marcus Gaskins  
Engineer III  
Engineering Division  
Department of Inspection and Permits  
2664 Riva Road  
Annapolis, MD 21401  
(410)222-6841

[Quoted text hidden]


Retain PAA.pdf  
497K

---

**Marcia Shore** <peshor22@aacounty.org>  
To: Marcus Gaskins <ipgask87@aacounty.org>

Thu, Mar 2, 2017 at 11:19 AM

No problem at all.

Marcia Shore  
Management Aide  
Labor/Employee Relations  
Office of Personnel  
410-222-7595

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  
To: Marcia Shore <peshor22@aacounty.org>

Fri, Mar 10, 2017 at 2:55 PM

Marcia:

Could you please provide me with a copy of my 6 month evaluation? A copy was not provided to me.

Thanks,

Marcus Gaskins  
Engineer III  
Engineering Division  
Department of Inspection and Permits  
2664 Riva Road  
Annapolis, MD 21401  
(410)222-6841

[Quoted text hidden]

---

**Marcia Shore** <peshor22@aacounty.org>  
To: Marcus Gaskins <ipgask87@aacounty.org>

Fri, Mar 10, 2017 at 3:00 PM

Records still has your paperwork and it has not yet been placed in your file. We are still working in pay period 2/25/17. If you don't receive anything by the end of March please e-mail me.

Thanks, Marcia