EXHIBIT 25

