EXHIBIT 26


# Greystone Village
5 messages

Terry Schuman <tschuman@bayengineering.com>                    Wed, Feb 22, 2017 at 6:36 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

Marcus,

Information as you had requested earlier today.

Thanks

Terry

**Terry L. Schuman, P.E.**

***Please note our new address below****


Bay Engineering Inc.
Engineers, Planners and Surveyors

2661 Riva Road, Building 800

Annapolis, MD 21401

410.897.9290

410.897.9295 fax

www.bayengineering.com

**4 attachments**

📄 **Subdivision Plat 1-13-17.pdf**
   1623K

📄 **Public Street Tree Lighting and Signage Plan.pdf**
   1242K

📄 **GREYSTONE - PUBLIC W AND S.pdf**
   3886K

📄 **GREYSTONE - PUBLIC SD AND SWM.pdf**
5935K

---

**Marcus Gaskins** <ipgask87@aacounty.org>                    Thu, Feb 23, 2017 at 9:14 AM
To: Terry Schuman <tschuman@bayengineering.com>
Cc: David Braun <ipbrau93@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Tanya Asman
<pzasma00@aacounty.org>, Michael Mettle <pzmett00@aacounty.org>

Good morning Mr. Schuman:

Records indicate this plat was already signed prior to the Public Plans being approved. Were Public Plan comments
ever sent to you? A point-by-point response to the most recent memo sent out should be provided with this public
plan submittal. Also, a paper courtesy copy of the Public Plans should be provided prior to the submittal of the mylars
or with the mylars to ensure the plans are ready to be signed. The draft plat should have been provided with the
public plan submittal and the public plans are now required to be approved prior to the final plan being approved.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

---

**Terry Schuman** <tschuman@bayengineering.com>                    Thu, Feb 23, 2017 at 9:47 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: David Braun <ipbrau93@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Tanya Asman
<pzasma00@aacounty.org>, Michael Mettle <pzmett00@aacounty.org>, whdodd <whdodd@cablespeed.com>

Marcus,

Thank you for the clarification. For your information we did submit paper copies back on 1-10-17 per attached
transmittal as well as a point by point response letter (copy attached) to all of the subdivision comments we had
received to date. This was the basis for why the plat was recorded per my understanding. If you are now looking
at the mylars and want to add comments that we had never seen before please send them to me and I can review
and address if needed.

Terry

Terry L. Schuman, P.E.

***Please note our new address below****



2661 Riva Road, Building 800

Annapolis, MD 21401

410.897.9290

410.897.9295 fax

www.bayengineering.com

**From:** Marcus Gaskins [mailto:ipgask87@aacounty.org]
**Sent:** Thursday, February 23, 2017 9:14 AM
**To:** Terry Schuman
**Cc:** David Braun; Lori Allen; Tanya Asman; Michael Mettle
**Subject:** Re: Greystone Village

[Quoted text hidden]

**2 attachments**

 **Transmittal to I&P Braun 1-11-17.xls**
78K

 **Response Letter signed 1-10-17.pdf**
1068K

---

**David Braun** <ipbrau93@aacounty.org>                    Thu, Feb 23, 2017 at 9:49 AM
To: Marcus Gaskins <ipgask87@aacounty.org>

Don't send any comments until we have a chance to review this.
[Quoted text hidden]
–

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD  21401
410-222-7790

**2 attachments**

 **Transmittal to I&P Braun 1-11-17.xls**
78K

**Response Letter signed 1-10-17.pdf**
1068K

---

**Marcus Gaskins** <ipgask87@aacounty.org>                    Thu, Feb 23, 2017 at 2:25 PM
To: John Igbinovia <ipigbi00@aacounty.org>

For your records and review.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

———— Forwarded message ————
From: **Terry Schuman** <tschuman@bayengineering.com>
Date: Thu, Feb 23, 2017 at 9:47 AM
Subject: RE: Greystone Village
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: David Braun <ipbrau93@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>, Michael Mettle <pzmett00@aacounty.org>, whdodd <whdodd@cablespeed.com>

[Quoted text hidden]

2 attachments

Transmittal to I&P Braun 1-11-17.xls
78K

Response Letter signed 1-10-17.pdf
1068K