EXHIBIT 27 CANNOT BE LOCATED YET