EXHIBIT 28


Marcus Gaskins <ipgask87@aacounty.org>

# Stephens Knoll Meeting
7 messages

**Dan Kane** <ipkane30@aacounty.org>  Fri, Mar 3, 2017 at 5:22 PM
To: Jan Russell <ipruss00@aacounty.org>, David Braun <ipbrau93@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>, Marcus Gaskins <ipgask87@aacounty.org>

Jan - Please set up a meeting for the 4 of us to discuss this project early in the week of March 6.

Marcus - Please bring copies of your engineering/utilities comments along with the plans for the subdivision.

Thanks.

📎 2nd_update_03-02-2017 Conditional Approval for Stephens Knoll P2016-0096 I&P Traffic Review 4 (2).pdf
354K

**Jan Russell** <ipruss00@aacounty.org>  Mon, Mar 6, 2017 at 10:37 AM
To: David Braun <ipbrau93@aacounty.org>, Marcus Gaskins <ipgask87@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>

David/Marcus
These dates and times look good for Dan and Eva. Please let me know which ones work for you:

Tuesday, March 7th - 10am or 11am
Wednesday, March 8th - 9am, 10am or 1pm

Thank you,
Jan Russell
Assistant to the Director
Inspections and Permits
www.aacounty.org
410-222-4890
[Quoted text hidden]

**David Braun** <ipbrau93@aacounty.org>  Mon, Mar 6, 2017 at 12:46 PM
To: Jan Russell <ipruss00@aacounty.org>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

I can do Tuesday at 10:00, Wednesday at 9 or 1.
[Quoted text hidden]

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD  21401
410-222-7790

**Marcus Gaskins** <ipgask87@aacounty.org>  Mon, Mar 6, 2017 at 1:09 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: Jan Russell <ipruss00@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Great! I'm flexible to do any one of the times that Dave suggested.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

---

**Jan Russell** <ipruss00@aacounty.org>  Mon, Mar 6, 2017 at 1:19 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Thanks for the quick replies. It's set for tomorrow, 3/7 at 9am in the 2nd floor conference room.

Thank you,
Jan Russell
Assistant to the Director
Inspections and Permits
www.aacounty.org
410-222-4890

On Mon, Mar 6, 2017 at 12:46 PM, David Braun <ipbrau93@aacounty.org> wrote:
[Quoted text hidden]

---

**Jan Russell** <ipruss00@aacounty.org>  Mon, Mar 6, 2017 at 1:31 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Sorry, I meant 10am.

Thank you,
Jan Russell
Assistant to the Director
Inspections and Permits
www.aacounty.org
410-222-4890

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 10, 2017 at 3:39 PM
To: marcus.gaskins1@gmail.com

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits

2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]