Exhibit 30



Marcus Gaskins <ipgask87@aacounty.org>

# Review Comments
5 messages

---

**David Braun** <ipbrau93@aacounty.org>  Fri, Mar 10, 2017 at 2:20 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: John Igbinovia <ipigbi00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Marcus:
As we discussed this afternoon, effectively immediately please make sure any review comment memos, revisions to those memos, or emails addressing comments with consultants, are reviewed by either John Igbinovia or me before they are sent out to consultants or other departments.
David

--

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD  21401
410-222-7790

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 10, 2017 at 2:28 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: John Igbinovia <ipigbi00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Dave:

Is there an issue with my reviews at the moment? To screen all of my work would really depreciate productivity. Please provide me with specifics because I was told that I was meeting all criteria upon being retained to be taken off of probation.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 10, 2017 at 2:29 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: John Igbinovia <ipigbi00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Also, I was under the impression that an Engineer III would require minimal supervision.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 10, 2017 at 2:38 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: John Igbinovia <ipigbi00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Dave:

Could you provide me with a copy of my 6 month review?

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, Mar 10, 2017 at 3:37 PM
To: marcus.gaskins1@gmail.com

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]