Exhibit 31



Marcus Gaskins <ipgask87@aacounty.org>

## Fwd: Message from KM_364e
6 messages

---

**Dan Kane** <ipkane30@aacounty.org>  Thu, Mar 16, 2017 at 12:05 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>, David Braun <ipbrau93@aacounty.org>

Marcus - Your comments (copy attached) for G02017046 have been returned to you in AADM so you can edit them. Please see below.

Comment 5 says no estimates were received for the public plans. You then comment in the public plan sections of your comments about the cost estimates? Which is it?

As you note in your comments, temporary swm is required for new permits submitted on or after March 1. This permit was submitted Feb 28 and is therefore exempt. Delete Comment 6.

I don't understand Comment 7 - please make sure it is clear.

Comment 20 is not correct. They are responsible for providing connections only within the limits of any main extensions they propose. (The grading plan does show connections.)

There are far too many comments about the cost estimates. Please consolidate/condense them.

Comments 35-37 need to be reduced to one comment.

Please make sure all other comments are valid.

---------- Forwarded message ----------
From: <copier@aacounty.org>
Date: 2017-03-16 11:34 GMT-04:00
Subject: Message from KM_364e
To: ipkane30@aacounty.org

---


SKM_364e17031610340.pdf
91K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Thu, Mar 16, 2017 at 12:31 PM
To: Dan Kane <ipkane30@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>, David Braun <ipbrau93@aacounty.org>

Dan:

I will revise the Grading comments. The Public Plan comments were just repeated from the Final Plan approval since no point-by-point response was provided.

Marcus Gaskins
Engineer III
Engineering Division

Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

---

**Dan Kane** <ipkane30@aacounty.org>　　　　　　　　　　　　　　　　　Thu, Mar 16, 2017 at 2:04 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>, David Braun <ipbrau93@aacounty.org>

Make sure you correct all comments as were noted.
[Quoted text hidden]

---

**David Braun** <ipbrau93@aacounty.org>　　　　　　　　　　　　　　　Thu, Mar 16, 2017 at 3:58 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>

Marcus: Please let me see the package and comments before you finalize the comments.
Thanks.

[Quoted text hidden]

David C. Braun, P.E.
Manager
Engineering Division
Department of Inspections and Permits
2664 Riva Road
Annapolis, MD 21401
410-222-7790

---

**Dan Kane** <ipkane30@aacounty.org>　　　　　　　　　　　　　　　　　Thu, Mar 16, 2017 at 4:33 PM
To: David Braun <ipbrau93@aacounty.org>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

These amended comments (attached) were sent back in AADM by Marcus at 3:59. I'm guessing that this took place before Marcus saw David's e-mail asking to see the comments. I have sent the comments back to Marcus again in AADM. Marcus needs to discuss with David before sending them through again.
[Quoted text hidden]

📎 **SKM_364e17031615360.pdf**
　　76K

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　Fri, Mar 17, 2017 at 1:25 PM
To: Dan Kane <ipkane30@aacounty.org>
Cc: David Braun <ipbrau93@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>

Thanks a lot for the extra time!

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits

2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

**YOUR APPLICATION HAS BEEN REVIEWED FOR COMPLIANCE WITH APPLICABLE DEPARTMENT OF PUBLIC WORKS REGULATIONS. THE FOLLOWING COMMENTS MUST BE ADDRESSED.**

Grading Plan:
1. The Public Plans must be revised and submitted directly to the Engineer for review/approval.
2. A point-by-point response must be provided from the most recent memo.
3. The Public Plans must be approved prior to approval of the Grading Permit.
4. The plat must be approved prior to approval of the Grading Permit.
5. No estimates for the Public Plans were provided for review.
6. As of March 1, 2017, Temporary Stormwater Management (TSWM) is required for all new Grading Permits. Please refer to the February 21, 2017, memo to MBIA and Reviewing Agencies. Feel free to contact the review Engineer for a copy of this document. An interim phase must be established to ensure the TSWM is installed at Phase 1 and a separate set of calculations must be provided.
7. Add the stormwater management table from the Summary in the Stormwater Management Report to the Plan. The location of the stormwater management facilities must be updated to reflect the actual location of these facilities.
8. Two copies of all Match Line Sheets must be provided with all resubmittals.
9. Sheet 6 match line says it matches to sheet 9, but sheet 9 says it matches to sheet 10. Double check which sheets must match to which sheets and make sure the sheets are lined up with one another in the plan set.
10. The photographic walking tour must be added to the stormwater management report for the file.
11. The sight distance sheet must be included in the next submittal.
12. A 5' street tree easement must be provided on the plat and on the Grading Plans.
13. The Street Tree, Lighting, and Signing Plan must be included in the Road Plan set and put on Inspections and Permit Title Block.
14. There appears to be a Public Storm Drain Profile on Sheet 17 which should be on the Public Plans. Verify the Public Storm Drain is on the right plan and estimate.
15. Any changes to the Public Plans must also be made to the Grading Plans.
16. A public works agreement is required for the proposed public utilities, roads, and storm drain.
17. A private stormwater management agreement will be required prior to approval of the grading permit.
18. The Public Cost estimates should be updated with any changes to existing values based on the above comments.
19. 

Public Water and Sewer Plan
20. Verify whether or not all residential properties along the frontage of the site have water and sewer house connections. If any of them do not, ensure a connection is shown on the plans.
21. The Fire Hydrants must be labeled as using 6" Ductile Iron Pipe and the estimate must be updated to include this information.
22. The proposed valve at Station 0+18 on Burns Crossing Road is not required.
23. The proposed valve at Station 0+18 on Spring Creek Way is not required.
24. As previously requested, a sewer house connection must be provided to the property at 34 Burns Crossing Road.
25. A Water House Connection must be provided for the property at 44 Burns Crossing Road. It is hard to tell whether a double meter is provided here or not.
26. Lot 28 on Sheet 7 of the Public Plan and Lot 28 on Sheet 7 of the Final Plan do not identify the same property. These plans must be consistent.

Public Storm Drain Plan
27. The Public Storm Drain Plan and Estimate must match the requirements of AA County Unit Prices. In a previous review, inlet I-2 was advised to be replaced with a manhole. This was not done. For the current design, refer to page 6 of the AA County Unit Prices where it states Type 'S' inlets are not used in the Public ROW. Therefore I-2 and I-3 must be replaced with an approved structure.
28. The mountable curb & gutter is estimated to be $13.00 per linear foot.
29. All items in the Public Estimate which are not listed in the AA County Unit Prices document must have an asterick beside either the cost or the item. The same must be provided for estimates that are not the same as the cost in the unit prices.
30. There is a shoulder item in the AA County Unit Prices document labeled as Double Bitumonious Surface Treatment (Shoulder), but this item was not indicated to be used for the road widening to add a shoulder on Burns Crossing Road.
31. Pavement Milling is not included in the cost estimate. Please add pavement milling as an item for all applicable roads.
32. The Public Storm Drain Estimate must be separated from the Public Road Estimate.

Public Road Plan
33. The Offsite Mitigation Plan Sheet identifies the area resurfaced, but there is not any indication provided to mill and then overlay.
34. The Pavement Marking Plan Sheets included with the Public Road Plan was reviewed by the Department of Public Works Traffic Engineering Division and are considered acceptable.
35. The Street Lighting and Signing on the Street Tree, Lighting, and Signing Plan Sheet was reviewed by the Department of Public Works Traffic Engineering Division and the following comment was provided:
36. The Street Lighting and Signing plan as submitted is acceptable. Six copies of the plan should be submitted for approval and the generation of a cost estimate.
37. The Street Lighting and Signing cost estimate must be included in the Public Road Plan Cost Estimate. With the next submission, please provide and additional set of Public Road Plans and Cost Estimate to be forwarded to DPW for review.
38. The Public Road Plan and the Offsite Mitigation Plan Sheets have been provided to DPW – Traffic for Review. Comments will be forwarded once received.
39. The Standard Detail P-3 with sidewalk used for the Public Roadway is acceptable.
40. The Public Road Estimate for W B and A Road does not include the required milling and resurfacing using standard detail W-1. Hand calculations indicate you will need at least 250 Square Yards of 1.5" Hot Mix Asphalt Surface Course at $4.40.

For questions regarding these comments, please contact: MARCUS GASKINS at 410-222-6841 or IPGASK87@AACOUNTY.ORG.

**YOUR APPLICATION HAS BEEN REVIEWED FOR COMPLIANCE WITH APPLICABLE DEPARTMENT OF PUBLIC WORKS REGULATIONS. THE FOLLOWING COMMENTS MUST BE ADDRESSED.**

Grading Plan:
1. The Public Plans must be revised and submitted directly to the Engineer for review/approval.
2. The Public Plans must be approved prior to approval of the Grading Permit.
3. The plat must be approved prior to approval of the Grading Permit.
4. The stormwater management table on Sheet 10 shows the location of stormwater management facilities in the same place. Please update this to ensure the accurate location is reflected for all of these facilities.
5. There are match lines on the Grading Plan sheets. Please submit two copies of the sheets that need matching in the Grading Plans with future submittals to be able to match the sheets and have an unmatched copy in the set. Also, sheet 6 match line says it matches to sheet 9, but sheet 9 says it matches to sheet 10. Double check which sheets must match to which sheets and make sure the sheets are lined up with one another in the plan set.
6. The photographic walking tour must be added to the stormwater management report for the file.
7. The sight distance sheet must be included in the next submittal.
8. A 5' street tree easement must be provided on the plat and on the Grading Plans.
9. The Street Tree, Lighting, and Signing Plan must be included in the Road Plan set and put on Inspections and Permit Title Block.
10. There appears to be a Public Storm Drain Profile on Sheet 17 which should be on the Public Plans. Verify the Public Storm Drain is on the right plan and estimate.
11. Any changes to the Public Plans must also be made to the Grading Plans.
12. A public works agreement is required for the proposed public utilities, roads, and storm drain.
13. A private stormwater management agreement will be required prior to approval of the grading permit.
14. The Public Cost estimates must be submitted with every Public Plan submittal. The plans must be updated with any changes to existing values based on the above comments and with the following changes:
    a. All Fire Hydrants must be labeled as using 6" Ductile Iron Pipe.
    b. The Public Storm Drain Plan and Estimate must match the requirements of AA County Unit Prices. In a previous review, inlet I-2 was advised to be replaced with a manhole. This was not done. For the current design, refer to page 6 of the AA County Unit Prices where it states Type 'S' inlets are not used in the Public ROW. Therefore I-2 and I-3 must be replaced with an approved structure.
    c. The mountable curb & gutter is estimated to be $13.00 per linear foot.
    d. There is a shoulder item in the AA County Unit Prices document labeled as Double Bitumonious Surface Treatment (Shoulder), but this item was not indicated to be used for the road widening to add a shoulder on Burns Crossing Road.
    e. Pavement Milling is not included in the cost estimate. Please justify why pavement milling is not required or add this item.
    f. The Public Road Estimate for W B and A Road does not include the required milling and resurfacing using standard detail W-1. Hand calculations indicate you will need at least 250 Square Yards of 1.5" Hot Mix Asphalt Surface Course at $4.40.

Public Water and Sewer Plan
15. The proposed valve at Station 0+18 on Burns Crossing Road is not required.
16. The proposed valve at Station 0+18 on Spring Creek Way is not required.

17. As previously requested, a sewer house connection must be provided to the property at 34 Burns Crossing Road.
18. A Water House Connection must be provided for the property at 44 Burns Crossing Road. It is hard to tell whether a double meter is provided here or not.
19. Lot 28 on Sheet 7 of the Public Plan and Lot 28 on Sheet 7 of the Final Plan do not identify the same property. These plans must be consistent.

Public Road Plan

20. The Offsite Mitigation Plan Sheet identifies the area resurfaced, but there is not any indication provided to mill and then overlay.
21. The Pavement Marking Plan Sheets included with the Public Road Plan was reviewed by the Department of Public Works Traffic Engineering Division and are considered acceptable.
22. The Street Tree, Lighting, and Signing Plan was reviewed by the Department of Public Works Traffic Engineering Division and is acceptable. Six copies of the plan should be submitted to this office on DPW Title Block for approval. DPW will generate a cost estimate to be included in the Public Road Plan Estimate. Once approved, please include the approved copy in any Public Road Plan sets to be recorded.
23. The Standard Detail P-3 with sidewalk used for the Public Roadway is acceptable.

**For questions regarding these comments, please contact: MARCUS GASKINS at 410-222-6841 or IPGASK87@AACOUNTY.ORG.**