EXHIBIT 32



Marcus Gaskins <ipgask87@aacounty.org>

## High Point Elementary School Comments Letter
2 messages

**Marcus Gaskins** <ipgask87@aacounty.org>  Mon, Mar 20, 2017 at 4:21 PM
To: Dan Kane <ipkane30@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>
Cc: Jay Leshinski <iplesh00@aacounty.org>

Good evening:

Please see the Public Plan comments and the attached Public Plans and let me know if you think this will work:

High Point Elementary School Public Plan and Easements for the Public Works Agreement Comments:

1. The design of the water line extension through High Point Elementary School for connection to Lawrence Avenue must be re-evaluated since there is existing water along Edgewood Avenue that can be extended to provide service for Lawrence. Also, evaluate the possibility of connecting water to Overland avenue using a different method.

2. Corrections and references to the AS-Built Public Plans for tie-ins must be established with current as-built elevations using NGVD29 or NAVD88 for:

    a. The proposed 6" sewer connection on Duvall Highway to the Existing Manhole No. 20578 on As-Built Public Plan Nos. 27,627 and 27,628. Reference must be provided to ensure the sewer design is consistent with what is on the as-built.

    b. The proposed 8" sewer connection on Lawrence Avenue to the Existing Manhole No. 4639 on As-Built Public Plan Nos. 8042 and 8036. Reference must be pro must be labeled and the elevations must be consistent with what is on the As-Built.

    c. The proposed 6" sewer connection to an 8" sewer main in between Existing Manhole Nos. 4654 and 4655 on As-Built Public Plan Nos. 8039 and 8035. The inverts of these elevations are at 41.10 and 35.40 for a 2.6% grade along 220 feet. The tie-in looks appears to be approximately 150 feet away from Manhole 4654. This elevation must be calculated to ensure the tie-in is at the correct elevation as shown.

3. The sewer to be removed that is currently connected to the above-referenced manhole no. 4639 must be abandoned using the Standard Detail S-26 in the AA County Design Manual.

4. The proposed water utility easement must not have any utilities, existing or proposed, in the easement area.

    a. There is a gas line in the utility easement and crossing the water line

    b. There are electric lines in the utility easement and crossing the water line.

    c. There is a proposed sewer line crossing the existing water line approximately 90 feet north of the proposed water tie-in at station 3+93.21 on Water Line 'C'. The crossing must be shown on the Public Plan with a 1' minimum clearance.

    d. There is an existing 8" sewer line across the property from Lawrence Avenue that must be removed with the current layout.

    e. Any utilities crossing the easement must be shown on a profile view proposed and existing facilities on site.

5. Public Plan No. 946 identified a portion of the Public Water that is going through the High Point Elementary School Property. There is an existing Fire Hydrant shown as Fire Hydrant No. 1023, which is a public fire hydrant. This fire hydrant is shown to be private on the Public Water Plan. This must be corrected to connect this fire hydrant to the public water line between station 3+23.82 and station 3+68.40.

6. For the installation of the new Public water line through High Point Elementary School, a note must be provided stating "The new line must be installed and in place before the old line is cut off.

7. All public storm drain tie-ins must be determined through the use of as-built public plans and the elevations must be referenced and provided on the plans to ensure the tie-ins are consistent with the proposed design.

8. A private fire hydrant agreement is required for any proposed private fire hydrants on the site. This must be recorded prior to approval of the Public Works Agreement.

9. The W-28A Standard Detail is no longer in use. Only use the W-28 with the Omni low flow meter because the meter in the W-28A was more costly and is no longer manufactured. All sensus turbo meters are now Omni meters which handle the low flow situations. Therefore, whenever Sensus turbo meters are ordered, they are only supplied as Omni meters.

10. The Public Water and Sewer Checklist must be completed and submitted with the next Public Plan submittal.

11. A location map at a scale of 1"=200' must be provided for the Public Plan and the Grading Plan cover sheets.

12. General notes must be provided for the Public Water and Sewer Plans.

13. Two copies of the revised Final Plan set must be submitted to the Engineer.

14. Three copies of the revised Building Permit Plans must be submitted to the Engineer.

15. The proposed sidewalk along Edgewood Avenue cannot be located in the existing 8" sewer manholes. Please provide relocation alternatives or a modified design.

16. The water and sewer estimates must be updated with any changes due to the comments above. Coordination with the Engineer must be provided when doing a revised estimate to ensure that the correct materials are being used for the water meter and waterline work.

17. The easement plat must be on Inspections and Permits Title Block.


Thanks a lot,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

7 attachments

📎 **Public Plan No. 946--dr000927.pdf**
816K

📎 **Public Plan No. 8035--dr006769.pdf**
318K

📎 **Public Plan No. 8036--dr006770.pdf**
276K

📄 **Public Plan No. 8039--dr006773.pdf**
407K

📄 **Public Plan No. 8042--dr006777.pdf**
350K

📄 **Public Plan No. 27627--dr023475.pdf**
466K

📄 **Public Plan No. 27628--dr023476.pdf**
337K

---

**Dan Kane** <ipkane30@aacounty.org>  Mon, Mar 20, 2017 at 5:58 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Eva Kerchner <ipkerc00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, John Igbinovia <ipigbi00@aacounty.org>, Jay Leshinski <iplesh00@aacounty.org>

Marcus - Please give me the plans this morning. I am meeting with Schools. Do not send any comments at this time.
[Quoted text hidden]