EXHIBIT 33



# Magnolia Creek

2 messages

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Wed, Apr 5, 2017 at 4:44 PM
To: John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>

Good morning:

Here is the draft Magnolia Creek Memos for Engineering/Utilities and Traffic. I will leave the plans on my chair if either of you would like to look at them and I am not in the office. Also, the Final Plan and the Plat are matched together in my work area if you would like to see the complete picture

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

**2 attachments**

- 04-05-2017 Magnolia Creek Final Plan--I&P Traffic Review 1.docx
  66K

- 04-05-2017 Magnolia Creek Final Plan--I&P Engineering Review 1.docx
  79K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Mon, Apr 10, 2017 at 6:34 PM
To: John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>

Good evening:

Please see the attached revised Magnolia Creek memos.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

**2 attachments**

- 04-10-2017 Magnolia Creek Final Plan--I&P Engineering Review 1.docx
  156K

📎 **04-10-2017 Magnolia Creek Final Plan--I&P Traffic Review 1.docx**
63K