EXHIBIT 34



# Magnolia Creek, Project 2016-0032-00-NF
10 messages

**Karen Llanes** <pzllan00@aacounty.org>     Thu, Apr 6, 2017 at 9:41 AM
To: "rmccarthy@drumloyka.com" <rmccarthy@drumloyka.com>, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Marcus Gaskins <ipgask87@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Kevin Lusby <klusby@kochhomes.com>

Dear Applicant:

The 30 day review date for this project was due April 3, 2017. All review comments were sent April 3, 2017, with the exception of Planning/Environmental/Landscape/Engineering/Utilities/State Highway Administration. Attached are the draft review comments for Planning/Environmental/Landscape. Please note that they may be subject to changes upon finalization of the review letter.

The review letter will be sent as soon as we receive the outstanding comments for Engineering/Utilities/State Highway Administration, which will be on or prior to the 45-day review date of April 18, 2017.

Karen Llanes, Planner
Office of Planning and Zoning
2664 Riva Road
Annapolis, Maryland 21401
410-222-6996

📎 SKM_C454e17040609500.pdf
187K

---

**Marcus Gaskins** <ipgask87@aacounty.org>     Tue, Apr 11, 2017 at 4:05 PM
To: Karen Llanes <pzllan00@aacounty.org>
Cc: "rmccarthy@drumloyka.com" <rmccarthy@drumloyka.com>, Chris Soldano <pzsold00@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Erich Florence <eflorence@sha.state.md.us>, Kevin Lusby <klusby@kochhomes.com>, John Igbinovia <ipigbi00@aacounty.org>

Good evening:

Please see the attached Engineering/Utilities and Traffic Review Memos.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits

2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

---

**2 attachments**

 **04-10-2017 Magnolia Creek Final Plan--I&P Engineering Review 1.pdf**
307K

 **04-10-2017 Magnolia Creek Final Plan--I&P Traffic Review 1.pdf**
75K

---

**Robert T. McCarthy** <rmccarthy@drumloyka.com>　　　　　　　　　　　　　　　　　Fri, May 12, 2017 at 2:07 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: David Braun <ipbrau93@aacounty.org>, Jae Lee <jlee@drumloyka.com>

Hello Marcus,

Can we please schedule a time next week to discuss some of your comments? Perhaps some time on Wednesday (5/17) or Thursday (5/18).

Thanks.

Bob

**Robert T. McCarthy, P.E.**
Senior Project Manager

Drum, Loyka. & Associates, LLC
1410 Forest Drive, Suite 35
Annapolis, MD 21403
Phone: (410) 280-3122
Fax: (410) 280-1952
www.drumloyka.com

The electronic data ('Data') being transferred herewith is the property of Drum, Loyka and Associates, LLC ('DLA') and is for the sole use by the recipient for informational purposes only. Use of the Data by any other individual or entity and for any other purpose shall not be made without the express written consent of DLA. DLA makes no representation as to the accuracy or completeness of the Data being transferred and any reliance thereon or use thereof by the receiver or any other entity or individual shall be at such party's sole risk. DLA shall be held harmless from any and all liability due to the use or reliance on the Data.

**From:** Marcus Gaskins [mailto:ipgask87@aacounty.org]
**Sent:** Tuesday, April 11, 2017 4:06 PM
**To:** Karen Llanes <pzllan00@aacounty.org>
**Cc:** Robert T. McCarthy <rmccarthy@drumloyka.com>; Chris Soldano <pzsold00@aacounty.org>; Lori Allen

<pzalle00@aacounty.org>; David Braun <ipbrau93@aacounty.org>; Erich Florence <eflorence@sha.state.md.us>; Kevin Lusby <klusby@kochhomes.com>; John Igbinovia <ipigbi00@aacounty.org>
**Subject:** Re: Magnolia Creek, Project 2016-0032-00-NF

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>　　　　　　　　　　　　　　Fri, May 12, 2017 at 2:39 PM
To: "Robert T. McCarthy" <rmccarthy@drumloyka.com>
Cc: David Braun <ipbrau93@aacounty.org>, Jae Lee <jlee@drumloyka.com>

Hi Bob:

Wednesday might be a better day for me. We will need to see if Dave wants to come to the meeting too. Let me check and get back to you.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Robert T. McCarthy** <rmccarthy@drumloyka.com>　　　　　　　　　　　Fri, May 12, 2017 at 2:46 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: David Braun <ipbrau93@aacounty.org>, Jae Lee <jlee@drumloyka.com>

Marcus,

I would like David to attend if possible.

Thanks.

Bob

**Robert T. McCarthy, P.E.**
Senior Project Manager

Drum, Loyka, & Associates, LLC
1410 Forest Drive, Suite 35
Annapolis, MD 21403
Phone: (410) 280-3122
Fax: (410) 280-1952
www.drumloyka.com

The electronic data ('Data') being transferred herewith is the property of Drum, Loyka and Associates, LLC ('DLA') and is for the sole use by the recipient for informational purposes only. Use of the Data by any other individual or entity and for any other purpose shall not be made without the express written consent of DLA. DLA makes no representation as to the accuracy or completeness of the Data being transferred and any reliance thereon or use thereof by the receiver or any other entity or individual shall be at such party's sole risk. DLA shall be held harmless from any and all liability due to the use or reliance on the Data.

**From:** Marcus Gaskins [mailto:ipgask87@aacounty.org]
**Sent:** Friday, May 12, 2017 2:39 PM
**To:** Robert T. McCarthy <rmccarthy@drumloyka.com>
**Cc:** David Braun <ipbrau93@aacounty.org>; Jae Lee <jlee@drumloyka.com>

[Quoted text hidden]

[Quoted text hidden]

---

**David Braun** <ipbrau93@aacounty.org>  Mon, May 15, 2017 at 7:04 AM
To: "Robert T. McCarthy" <rmccarthy@drumloyka.com>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Jae Lee <jlee@drumloyka.com>

I am available Thursday afternoon between 1 and 3.
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Mon, May 15, 2017 at 8:16 AM
To: David Braun <ipbrau93@aacounty.org>
Cc: "Robert T. McCarthy" <rmccarthy@drumloyka.com>, Jae Lee <jlee@drumloyka.com>

How about we do Thursday at 1:00 PM? Will that work?

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Robert T. McCarthy** <rmccarthy@drumloyka.com>  Mon, May 15, 2017 at 9:07 AM
To: Marcus Gaskins <ipgask87@aacounty.org>, David Braun <ipbrau93@aacounty.org>
Cc: Jae Lee <jlee@drumloyka.com>

David and Marcus,

Yes, 1:00 pm on Thursday will work for us.

Thanks.

Bob

**Robert T. McCarthy, P.E.**
Senior Project Manager

Drum, Loyka, & Associates, LLC
1410 Forest Drive, Suite 35
Annapolis, MD 21403
Phone: (410) 280-3122
Fax: (410) 280-1952
www.drumloyka.com

The electronic data ('Data') being transferred herewith is the property of Drum, Loyka and Associates, LLC ('DLA') and is for the sole use by the recipient for informational purposes only. Use of the Data by any other individual or entity and for any other purpose shall not be made without the express written consent of DLA. DLA makes no representation as to the accuracy or completeness of the Data being transferred and any reliance thereon or use thereof by the receiver or any other entity or individual shall be at such party's sole risk. DLA shall be held harmless from any and all liability due to the use or reliance on the Data.

**From:** Marcus Gaskins [mailto:ipgask87@aacounty.org]
**Sent:** Monday, May 15, 2017 8:17 AM
**To:** David Braun <ipbrau93@aacounty.org>
**Cc:** Robert T. McCarthy <rmccarthy@drumloyka.com>; Jae Lee <jlee@drumloyka.com>

[Quoted text hidden]

[Quoted text hidden]

---

**David Braun** <ipbrau93@aacounty.org>                                        Mon, May 15, 2017 at 10:19 AM
To: "Robert T. McCarthy" <rmccarthy@drumloyka.com>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Jae Lee <jlee@drumloyka.com>

OK, we'll meet in the second floor conference room here at 2664 Riva Road.

[Quoted text hidden]

---

**Robert T. McCarthy** <rmccarthy@drumloyka.com>                                Mon, May 15, 2017 at 10:23 AM
To: David Braun <ipbrau93@aacounty.org>
Cc: Marcus Gaskins <ipgask87@aacounty.org>, Jae Lee <jlee@drumloyka.com>

Great, thank you!


**Robert T. McCarthy, P.E.**
Senior Project Manager

Drum, Loyka, & Associates, LLC
1410 Forest Drive, Suite 35
Annapolis, MD 21403

Phone: (410) 280-3122
Fax: (410) 280-1952
www.drumloyka.com

The electronic data ('Data') being transferred herewith is the property of Drum, Loyka and Associates, LLC ('DLA') and is for the sole use by the recipient for informational purposes only. Use of the Data by any other individual or entity and for any other purpose shall not be made without the express written consent of DLA. DLA makes no representation as to the accuracy or completeness of the Data being transferred and any reliance thereon or use thereof by the receiver or any other entity or individual shall be at such party's sole risk. DLA shall be held harmless from any and all liability due to the use or reliance on the Data.

**From:** David Braun [mailto:ipbrau93@aacounty.org]
**Sent:** Monday, May 15, 2017 10:19 AM
**To:** Robert T. McCarthy <rmccarthy@drumloyka.com>
**Cc:** Marcus Gaskins <ipgask87@aacounty.org>; Jae Lee <jlee@drumloyka.com>

[Quoted text hidden]

[Quoted text hidden]