EXHIBIT 35



Marcus Gaskins <ipgask87@aacounty.org>

## Severn Industrial Center, 210 Nagoles Road 21 Day Comments (C2016-0054 00 PP)
4 messages

**Don Zeigler** <pzzeig89@aacounty.org>  
To: Marcus Gaskins <ipgask87@aacounty.org>, Tom Gruver <hdgruv01@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Martha Arzu-McIntosh <pzarzu68@aacounty.org>, tk@najoles.com, "Jack A. Dawson" <jdawson@cpja.com>  
Cc: Courtney Wilson <pzwils39@aacounty.org>, David Braun <ipbrau93@aacounty.org>

Thu, Apr 20, 2017 at 4:27 PM

Dear Applicants:

The 21-day review date for this project was April 20, 2017. All review comments have been submitted to this Office with the exception of Planning and Environmental Review and the Health Department. Attached are the draft review comments for this project thus far. Please note that they may be subject to changes upon finalization of this review letter.

The review letter will be sent as soon as we receive the outstanding comments, which will be on or prior to the 45-day review date of May 14, 2017.

Please let us know if you have any questions, or would like to meet to resolve any major issues prior to receipt of the official consolidated letter.

Don Zeigler  
Anne Arundel County  
Office of Planning & Zoning  
2664 Riva Road  
Annapolis MD 21401  
410-222-6651

📎 Severn Industrial Center, 210 Najoles Road C2016-0054 00 PP 21 Day Comments.pdf  
245K

---

**David Braun** <ipbrau93@aacounty.org>  
To: Marcus Gaskins <ipgask87@aacounty.org>  
Cc: John Iplinovia <ipigti00@aacounty.org>

Fri, Apr 21, 2017 at 7:19 AM

Marcus - Please don't forward these until I have a chance to return your memos to you as we have discussed. We will go over these this morning.

David C. Braun, P.E.  
Manager  
Engineering Division  
Department of Inspections and Permits  
2664 Riva Road  
Annapolis, MD 21401  
410-222-7796

📎 Severn Industrial Center, 210 Najoles Road C2016-0054 00 PP 21 Day Comments.pdf  
245K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  
To: Steve Trumpler <iptrum00@aacounty.org>, Mary Ford <ipford22@aacounty.org>

Fri, Apr 21, 2017 at 9:53 AM

The planner sent out my draft memo this morning to the consultant. (See attached) I am revising the memo though.

Marcus Gaskins  
Engineer III  
Engineering Division  
Department of Inspection and Permits  
2664 Riva Road  
Annapolis, MD 21401  
(410)222-6841

---------- Forwarded message ----------  
From: **Don Zeigler** <pzzeig89@aacounty.org>  
Date: Thu, Apr 20, 2017 at 4:27 PM  
Subject: Severn Industrial Center, 210 Nagoles Road 21 Day Comments (C2016-0054 00 PP)  
To: Marcus Gaskins <ipgask87@aacounty.org>, Tom Gruver <hdgruv01@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, Martha Arzu-McIntosh <pzarzu68@aacounty.org>, tk@najoles.com, "Jack A. Dawson" <jdawson@cpja.com>  
Cc: Courtney Wilson <pzwils39@aacounty.org>, David Braun <ipbrau93@aacounty.org>

[Quoted text hidden]

📎 Severn Industrial Center, 210 Najoles Road C2016-0054 00 PP 21 Day Comments.pdf  
245K

---

**Mary Ford** <ipford22@aacounty.org>  
To: Marcus Gaskins <ipgask87@aacounty.org>

Tue, Apr 25, 2017 at 9:54 AM

Hi Marcus:

The DNR contact for the Protected Species Review Area is listed below. The engineer needs to send a request letter to her to inquire about special conditions for this area and the time frame that permitted work may, if any, be performed in this special protection area. She will provide exact guidance that must be adhered to.

Lori Byrne  
Environmental Review Specialist  
MD DNR - Wildlife and Heritage Service  
Tawes State Office Building, E-1  
580 Taylor Ave.  
Annapolis, MD 21401  
410-260-8573

Pertaining to the outfall that currently exists, the maintenance correction report for the outfall structure would require the following actions:

1) Ensure proper MDE and USACE permitting for working within protected waters of the U.S. is secured prior to commencement of work. For permitting information visit http://mde.maryland.gov/programs/Permits/WaterManagementPermits/Pages/index.aspx.

2) Existing stormwater outfall 15" corrugated metal pipe is 70% inundated with sediment. Excavate all sediment from within and surrounding pipe outfall area.

3) Remove all sediment, leaves and tree log debris from outfall area within 25' from outfall pipe.

4) Remove Class 1 rip-rap from outfall area and install woven filter cloth to line outfall splash plan. Add additional Class 1 rip-rap to ensure outfall area is properly lined at a minimum depth of 14" and re-position rip-rap stone in proper trapezoidal shape.

Let me know if I may assist you further with this permit or you wish to include more information. Thank you!! Mary

Mary Ford
Anne Arundel County
Environmental Control Inspector
Department of Inspections & Permits
2664 Riva Road
2nd Floor
Annapolis, MD 21401

(Direct Office) 410-222-4883
(Work Cell) 443-761-4020
(Email) ipford22@aacounty.org
(Fax) 410-222-7970

P Please consider the environment before printing this e-mail
[Quoted text hidden]

 

Marcus Gaskins <ipgask87@aacounty.org>

## Draft Memos for Severn Industrial Center
2 messages

**Marcus Gaskins <ipgask87@aacounty.org>**     Thu, Apr 20, 2017 at 2:42 PM
To: Don Zeigler <pzzeig89@aacounty.org>

Don,

My draft memos have to be reviewed by Dave before I send a finalized memo. If you need to send the memos out today, I will send a reply to your memos tomorrow with my letter, but here are the first drafts of my memos.

Thanks,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

2 attachments

- 04-20-2017 Severn Industrial Center 210 Najoles Road C2016-0054 PP-I&P Engineering Review 2 Memo.docx
  66K

- 04-20-2017 Severn Industrial Center 210 Najoles Road C2016-0054 PP-I&P Traffic Review 2 Memo.docx
  61K

**Don Zeigler <pzzeig89@aacounty.org>**     Thu, Apr 20, 2017 at 3:40 PM
To: Marcus Gaskins <ipgask87@aacounty.org>

Thanks Marcus,

I will probably send comments which will include your memos later this afternoon.

Don

Anne Arundel County
Office of Planning & Zoning
2664 Riva Road
Annapolis, MD 21401
410-222-6851
[Quoted text hidden]