EXHIBIT 36



# Salaries
6 messages

**Marcus Gaskins** <ipgask87@aacounty.org>  Sat, May 6, 2017 at 4:25 PM
To: David Braun <ipbrau93@aacounty.org>

Dave:

The AA County paper shows that Monet Lea was making $10,000 extra dollars than me when she was here and was doing the same work. It did not show up that she had her license either in Maryland. Also, it shows that Sarah is making almost $16,000 than me and doing the same work as me. It shows she has a PE license though. Can a desk audit be performed for the type of work that I am doing being both Engineering/Utility Reviews and Traffic/ADA Reviews?

See attachments.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

**4 attachments**

- Monet Lea Engineer III Salary 72800+.pdf
  428K
- Professional License Search for Monet Lea Not Found nor EIT Found.pdf
  354K
- Professional License Search for Sarah Fowler found PE.pdf
  341K
- Sarah Fowler Engineer III Salary 76500+.pdf
  430K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Sat, May 6, 2017 at 4:36 PM
To: Gaskins Marcus <marcus.gaskins1@gmail.com>

[Quoted text hidden]

--
[Quoted text hidden]

---

**4 attachments**

- Monet Lea Engineer III Salary 72800+.pdf
  428K
- Professional License Search for Monet Lea Not Found nor EIT Found.pdf
  354K

📎 **Professional License Search for Sarah Fowler found PE.pdf**
341K

📎 **Sarah Fowler Engineer III Salary 76500+.pdf**
430K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Sun, May 7, 2017 at 7:28 AM
To: Marcia Shore <peshor22@aacounty.org>

Marcia:

The AA County paper shows that Monet Lea, whom I replaced after she worked 9 months in the county, was making $10,000 extra dollars than me when she was here and was doing the same work and she does not have a Professional Engineer license in Maryland. Also, it shows that Sarah Fowler, who is the only person doing the same work as me (Engineering/Utility Reviews and Traffic/ADA Reviews) is making $16,000 more than me. The state system shows she has a PE license, but I have a Master of Engineering Degree. Can my salary be re-evaluated since I am not being paid the same for the same work? I sent a similar email to my supervisor, but am not sure if his efforts will be the same as HR efforts. I want to get the reevaluation prior to the 6% increase if possible since it's been almost 9 months that I've been here.

See attachments.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

---

**4 attachments**

📎 **Monet Lea Engineer III Salary 72800+.pdf**
428K

📎 **Professional License Search for Monet Lea Not Found nor EIT Found.pdf**
354K

📎 **Professional License Search for Sarah Fowler found PE.pdf**
341K

📎 **Sarah Fowler Engineer III Salary 76500+.pdf**
430K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Sun, May 7, 2017 at 9:52 AM
To: Gaskins Marcus <marcus.gaskins1@gmail.com>

---------- Forwarded message ----------
From: **Marcus Gaskins** <ipgask87@aacounty.org>
[Quoted text hidden]

---

**4 attachments**

- **Monet Lea Engineer III Salary 72800+.pdf**
  428K

- **Professional License Search for Monet Lea Not Found nor EIT Found.pdf**
  354K

- **Professional License Search for Sarah Fowler found PE.pdf**
  341K

- **Sarah Fowler Engineer III Salary 76500+.pdf**
  430K

---

**Marcus Gaskins <ipgask87@aacounty.org>**     Thu, May 11, 2017 at 11:33 AM
To: David Braun <ipbrau93@aacounty.org>

Dave:

These are the forms I need to complete and have reviewed with the job description to potentially have my salary changed. Will you support me completing this process?

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**5 attachments**

- **Employee Relations Manual Section G-03.pdf**
  91K

- **Engineer III Job Description.pdf**
  47K

- **G3ApprovalReclassOccupPositionForm08.xls**
  38K

- **PosReclassStudy_JAQ.xlsx**
  193K

- **Traffic Analyst Job Description.pdf**
  40K

---

**Marcus Gaskins <ipgask87@aacounty.org>**     Thu, May 11, 2017 at 3:24 PM
To: Gaskins Marcus <marcus.gaskins1@gmail.com>

Meeting was held to state potential for desk audit not possible and not sure of re-evaluation on salary one PE license is obtained for the 2018 fiscal year.

duly noted,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits

2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---------- Forwarded message ----------
From: **Marcus Gaskins** <ipgask87@aacounty.org>
Date: Thu, May 11, 2017 at 11:33 AM
Subject: Re: Salaries
To: David Braun <ipbrau93@aacounty.org>

[Quoted text hidden]

---

5 attachments

- **Employee Relations Manual Section G-03.pdf**
  91K

- **Engineer III Job Description.pdf**
  47K

- **G3ApprovalReclassOccupPositionForm08.xls**
  38K

- **PosReclassStudy_JAQ.xlsx**
  193K

- **Traffic Analyst Job Description.pdf**
  40K

# Anne Arundel County government employee salaries

FEBRUARY 12, 2016, 2:50 PM

This is a searchable database of Anne Arundel County government employee annual salaries as of Aug. 28, 2015. This page includes salaried employees only. Click here for the database of hourly employees. **Source:** Anne Arundel County. Use the search box at the top right to narrow down your search.

Show 25 entries                                    Search:

| Name | Position | Salary |
| --- | --- | --- |
| Cecil,John Allan | Combination Inspector | 73003.84 |
| Latham,Scott A | Detention Sergeant | 72993.44 |
| Matelka,Brian W | Detention Sergeant | 72993.44 |
| Davis III,John H | Detention Lieutenant | 72951.84 |
| Vogel Jr,John L | Automotive Maintenance Supervr | 72852.00 |
| Lea,Monet L | Engineer III | 72829.12 |
| Currence,Melissa D | Chemist | 72752.16 |
| Lucas,Sybil L | Environmental Sanitarian III | 72739.68 |
| Block,Laura M | Human Services Supervisor | 72735.52 |
| Moulden,Shawn | Utility Lines Superintendent | 72725.12 |
| Noe,Maureen Janet | S/A Management Assistant II | 72654.40 |
| Stevens,Albert S | Systems Programmer I | 72564.96 |
| Fish,Robert B | Program Specialist II | 72483.84 |
| Wyngarden,Cheryl L | Personnel Analyst III | 72450.56 |
| Beaujon,Marsha L | Police Corporal | 72240.48 |
| Bianchi,Marc J | Police Corporal | 72240.48 |
| Fowler,Wilbert L | Police Corporal | 72240.48 |
| Henkel,Suzanne | Police Corporal | 72240.48 |
| Ingrassia,Steven C | Police Corporal | 72240.48 |
| Lingner Jr,Robert J | Police Corporal | 72240.48 |
| McNemar,Jason B | Police Corporal | 72240.48 |
| Morningstar Jr,William R | Police Corporal | 72240.48 |

| Name | Position | Salary |
|---|---|---|
| Pamer, Daniel J | Police Corporal | 72240.48 |
| Phillips, Matthew N | Police Corporal | 72240.48 |
| Quigley, Yancey S | Police Corporal | 72240.48 |

Showing 976 to 1,000 of 3,922 entries          Previous   1   ...   39   40   41   ...   157   Next

Copyright © 2017, Capital Gazette

**Support Quality Journalism**
Subscribe for only 99¢                    **START NOW >**

# Anne Arundel County government employee salaries

FEBRUARY 12, 2016, 2:50 PM

This is a searchable database of Anne Arundel County government employee annual salaries as of Aug. 28, 2015. This page includes salaried employees only. Click here for the database of hourly employees. **Source:** Anne Arundel County. Use the search box at the top right to narrow down your search.

Show 25 entries                                                             Search:

| Name | Position | Salary |
|---|---|---|
| Slaughter,Anthony R | Police Corporal | 76639.68 |
| Zukowski,Mark J | Police Corporal | 76639.68 |
| Mayer,Jonathan F | Planner II | 76625.12 |
| Fowler,Sarah E | Engineer III | 76577.28 |
| Scarborough,Wendy S. | Recreation Supervisor | 76504.48 |
| Foster,John A | Admin Asst To State's Atty | 76500.32 |
| Savidge,Robert W | Engineer III | 76500.32 |
| Brewer,Pamela D | S/A Management Assistant II | 76483.68 |
| Carroll,Christopher J | Senior Management Assistant | 76481.60 |
| LaBroad,Elizabeth A | Senior Management Assistant | 76479.52 |
| Gajewski,Thomas | Electrical Technician III | 76419.20 |
| Wood,Lynda | Financial Operations Supervisr | 76300.64 |
| Howell,Mary Ann E | Human Services Supervisor | 76090.56 |
| Lemerise,Darby L | Management Assistant II | 76024.00 |
| Torney,Jeffrey D | Planner III | 76024.00 |
| Bass,Brinica C | Engineer I | 75920.00 |
| Fraser,Michael G | Police Officer First Class | 75901.28 |
| Genest,Sean A | Police Sergeant | 75851.36 |
| Batta,Rebecca J | Senior Management Assistant | 75813.92 |
| Newman,Janice K. | Police Communicat Operator IV | 75811.84 |
| Lee,Kimbalee Jo | Buyer III | 75736.96 |
| Verrette,Gerald A | Fire Fighter III | 75673.42 |

| Name | Position | Salary |
|---|---|---|
| McVay,Carolyn J | Accountant III | 75620.48 |
| Gunderson,Timothy J | Fire Captain | 75505.25 |
| Kernan,Timothy M | Fire Captain | 75505.25 |

Showing 851 to 875 of 3,922 entries    Previous  1  ...  34  35  36  ...  157  Next

Copyright © 2017, Capital Gazette

**Support Quality Journalism**  
Subscribe for only 99¢    START NOW ›



# Results for Active Licensed Professional Engineers: 11

The following results do not include current licensees who are on inactive status.

| Name | Address | City | State | Zip | Expiration | Category | Reg. # |
|---|---|---|---|---|---|---|---|
| CYNTHIA FOWLER | 13 ADMIRALS WAY | ELKTON | MD | 21921 | 2018-10-11 | PROFESSIONAL ENGINEER | 50003 |
| DANNY KEITH FOWLER | 315 LYNN ROAD | TAYLORS | SC | 29687 | 2018-08-18 | PROFESSIONAL ENGINEER | 25116 |
| GREGORY S. FOWLER | 6804 DICKENS COURT EAST | SUFFOLK | VA | 23435 | 2018-01-11 | PROFESSIONAL ENGINEER | 32659 |
| JOSEPH R. FOWLER | 2900 NEWPARK DR | BARBERTON | OH | 44203 | 2017-05-20 | PROFESSIONAL ENGINEER | 37143 |
| MICHAEL GREGG FOWLER | 33 1/2 HILL ROAD | LOUISVILLE | KY | 40204 | 2017-12-06 | PROFESSIONAL ENGINEER | 17615 |
| MICHAEL S. FOWLER | 9909 NATICK ROAD | BURKE | VA | 22015 | 2017-08-11 | PROFESSIONAL ENGINEER | 41004 |
| SARAH ELIZABETH FOWLER | 1311 SQUIRE LANE | CUNKIRK | MD | 20754 | -- | ENGINEER-IN-TRAINING | 33136 |
| SARAH ELIZABETH FOWLER | 1311 SQUIRE LANE | DUNKIRK | MD | 20754 | 2018-01-05 | PROFESSIONAL ENGINEER | 33136 |
| SHAUNDA L. FOWLER | 8099 RIDGETOWN LANE | GERMANTOWN | TN | 38138 | 2017-10-16 | PROFESSIONAL ENGINEER | 41146 |
| THEODORE G FOWLER | 348 SHETLAND DRIVE | WILLIAMSVILLE | NY | 14221 | 2018-10-17 | PROFESSIONAL ENGINEER | 21377 |
| KENNETH LEO FOWLER, JR. | 11310 INDIAN WELLS LANE | BOWIE | MD | 20721 | 2018-11-18 | PROFESSIONAL ENGINEER | 28067 |

[NEW SEARCH FOR ACTIVE LICENSED INDIVIDUALS]

[Home] [Return to Licensing Queries]



# STATE OF MARYLAND
# DLLR
## DEPARTMENT OF LABOR, LICENSING AND REGULATION

## Results for Active Licensed Professional Engineers: 29

MONET LEA NOT LISTED

The following results do not include current licensees who are on inactive status.

| Name | Address | City | State | Zip | Expiration | Category | Reg. # |
|---|---|---|---|---|---|---|---|
| BRET ELLIOTT LEACH | 202 WESTOVER AVE | NORFOLK | VA | 23507 | -- | ENGINEER-IN-TRAINING | 35948 |
| EARL HOWARD LEACH | 14401 DANUBE LANE | BOWIE | MD | 20721 | 2018-04-07 | PROFESSIONAL ENGINEER | 14867 |
| JENNIFER ELIZABETH LEACH | 1200 WINSAIL CT | PASADENA | MD | 21122 | 2019-02-02 | PROFESSIONAL ENGINEER | 25893 |
| ROBERT F. LEACH | 1200 WINSAIL COURT | PASADENA | MD | 21122 | 2018-12-22 | PROFESSIONAL ENGINEER | 12248 |
| KEITH O. LEADBETTER | 7731 SIDEN DRIVE | HANOVER | MD | 21076 | 2018-12-13 | PROFESSIONAL ENGINEER | 43083 |
| WILLIAM GAGE LEADBITTER | HAZEN & SAWYER, PC 7870 E. KEMPER ROAD-SUITE 300 | CINCINNATI | OH | 45249 | 2019-03-27 | PROFESSIONAL ENGINEER | 36927 |
| MICHAEL J LEADER | 1603 OAK HILL ROAD | CHESTER SPRINGS | PA | 19425 | 2017-09-05 | PROFESSIONAL ENGINEER | 12609 |
| FRANK ALBERT LEAF | 11131 NURSERY ROAD | HAGERSTOWN | MD | 21740 | 2019-02-01 | PROFESSIONAL ENGINEER | 15255 |
| KIONA AMELIA LEAH | 9110 BLUES ALLEY APT L | LAUREL | MD | 20723 | 2018-01-18 | PROFESSIONAL ENGINEER | 29898 |
| ANDREW PATRICK LEAHY | 7201 YORK AVENUE SOUTH APT. 807 | EDINA | MN | 55435 | -- | ENGINEER-IN-TRAINING | 39795 |
| ANDREW PATRICK LEAHY | 7201 YORK AVENUE SOUTH #807 | EDINA | MN | 55435 | 2018-02-28 | PROFESSIONAL ENGINEER | 48783 |
| JOSEPH PATRICK LEAHY | 8125 48TH AVENUE APT. 505 | COLLEGE PARK | MD | 20740 | -- | ENGINEER-IN-TRAINING | 40545 |
| KATHLEEN B LEAHY | 623 SECOND ST | ANNAPOLIS | MD | 21403 | 2018-06-01 | PROFESSIONAL ENGINEER | 49408 |
| KENNETH JAMES LEAHY | 712 LYTHE HILL COURT | WESTMINSTER | MD | 21158 | 2017-09-10 | PROFESSIONAL ENGINEER | 15526 |

| Name | Address | City | State | Zip | Date | Type | Number |
|---|---|---|---|---|---|---|---|
| THOMAS FRANCIS LEAKE | 14201 CLAYTON STREET | ROCKVILLE | MD | 20853 | 2019-01-16 | PROFESSIONAL ENGINEER | 31226 |
| ERIC BRIAN LEAMAN | 1500 HENRY STREET | BALTIMORE | MD | 21230 | -- | ENGINEER-IN-TRAINING | 28267 |
| SHARON L. LEAMER | 313 GALEAN DR | FLEETWOOD | PA | 19522 | 2019-02-27 | PROFESSIONAL ENGINEER | 50636 |
| WILFRED V. LEANO | 187 SALT CREEK | BEAUMONT | CA | 92223 | 2018-02-26 | PROFESSIONAL ENGINEER | 27183 |
| CHRISTOPHER WILLIAM LEAR | 700 5TH STREET, N E | WASHINGTON | DC | 20002 | 2018-06-05 | PROFESSIONAL ENGINEER | 21997 |
| DAVID R. LEARD | 108 WEST MARKET STREET | GREENWOOD | MS | 38930 | 2018-10-16 | PROFESSIONAL ENGINEER | 36266 |
| GLENN JAY LEARN | 641 MANOR DRIVE | EBENSBURG | PA | 15931 | 2018-03-26 | PROFESSIONAL ENGINEER | 21922 |
| CHARLES SCOTT LEARNED | 116 MAIN STREET | NORWICH | CT | 06360 | 2018-04-22 | PROFESSIONAL ENGINEER | 22688 |
| MICHAEL FRANCIS LEARS | 19020 GOLD MINE PLACE | BROOKEVILLE | MD | 20833 | 2017-08-11 | PROFESSIONAL ENGINEER | 10530 |
| KEVIN LEARY | 1367 BLAIR COURT | BRIDGEWATER | NJ | 08807 | 2019-01-15 | PROFESSIONAL ENGINEER | 43259 |
| RODGER C. LEASE | 146 WOODTHRUSH LANE | YORK | PA | 17403 | 2017-07-05 | PROFESSIONAL ENGINEER | 26188 |
| THOMAS VINCENT LEASE | 1921 SYCAMORE SPRING COURT | COOKSVILLE | MD | 21723 | 2017-07-18 | PROFESSIONAL ENGINEER | 31570 |
| BRENT LEATHERMAN | 158 LEE DRIVE | KOUTS | IN | 46347 | 2018-03-08 | PROFESSIONAL ENGINEER | 32768 |
| SEAN MARSHALL LEATHERMAN | 2540 FAIRFAX DRIVE UNIT C | ARLINGTON | VA | 22201 | 2017-06-21 | PROFESSIONAL ENGINEER | 40745 |
| JOHN REESE LEAVITT | 7611 MURPHY ROAD | MELBA | ID | 83641 | 2018-07-20 | PROFESSIONAL ENGINEER | 25135 |

[NEW SEARCH FOR ACTIVE LICENSED INDIVIDUALS]

[Home] [Return to Licensing Queries]