EXHIBIT 37


## Employee Relations Manual, Individual Audit Form, and Engineer III/Traffic Analyst II Job Descriptions

3 messages

---

**Marcus Gaskins** <ipgask87@aacounty.org>                    Thu, May 11, 2017 at 9:51 AM
To: Jacqueline Rickers-Atkinson <perick01@aacounty.org>, Pearlene Collins <pecoll00@aacounty.org>

Good morning:

In response to our telephone conversation yesterday, could you please provide me with the information in the subject of this email?


Marcus Gaskins
Engineer III_
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

**Pearlene Collins** <pecoll00@aacounty.org>                    Thu, May 11, 2017 at 11:07 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Jacqueline Rickers-Atkinson <perick01@aacounty.org>

Marcus,

To recap the information provided to you during our telephone conversation on 5/10/17:

The Employee Relations Manual is located in County Connect. Search for Section G3; an Individual Audit Form is the Job Analysis Questionnaire (JAQ) listed in Section G3.

Class Specifications for Engineer III and Traffic Analyst II can be viewed at www.aacounty.org (follow the Personnel Tab/Classification) or County Connect under Personnel/Classification.

[Quoted text hidden]

—

***Pearlene Collins***
***Office of Human Resources***
***Employment Development and***
***   Employee Services***
***Classification & Compensation***

---

**Marcus Gaskins** <ipgask87@aacounty.org>                    Thu, May 11, 2017 at 11:31 AM
To: Pearlene Collins <pecoll00@aacounty.org>
Cc: Jacqueline Rickers-Atkinson <perick01@aacounty.org>

Thanks a lot! Here is the information that I found. I am going to discuss completing these forms and having them reviewed/approved.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

5 attachments

Employee Relations Manual Section G-03.pdf
91K

Engineer III Job Description.pdf
47K

G3ApprovalReclassOccupPositionForm08.xls
38K

PosReclassStudy_JAQ.xlsx
193K

Traffic Analyst Job Description.pdf
40K



**ANNE ARUNDEL COUNTY**
**M A R Y L A N D**
ANNE ARUNDEL COUNTY

**Engineer III**

Bargaining Unit: Nonrepresented Employees

Class Code:
2343

## SALARY RANGE

$28.55 - $48.10 Hourly
$2,283.62 - $3,847.92 Biweekly
$4,947.83 - $8,337.17 Monthly
$59,374.00 - $100,046.00 Annually

## POSITION DESCRIPTION:

The Engineer I, II and III classes include the Entry (I), Intermediate (II), and full performance level (III) of professional engineering work. The Engineer I class is the entry level where employees receive close supervision in performing engineer tasks; at the Engineer II level there is more independence and less supervision; and at the Engineer III level the employee is expected to perform a variety of engineering tasks independently and with minimal supervision.

NATURE AND VARIETY OF WORK

Work involves responsibility for performing increasingly more difficult engineering duties associated with the planning, location, design, construction, maintenance and operations of residential, commercial and public buildings and facilities. Work involves the application of thorough engineering knowledge to insure assigned projects are in compliance with applicable building and construction industry standards, federal, state and County codes relative to area of assignment.

Work is performed within established policies and professional standards and is reviewed through conferences and reports for adherence to schedules and standards applicable to the assignment by a higher level engineer or manage official.

## EXAMPLES OF DUTIES AND KNOWLEDGE, SKILLS AND ABILITIES:

(Note: The duties and responsibilities enumerated in this class specification are for the purpose of determining a common set of minimum qualifications and salary level for all positions in this class. They are not intended to include all of the essential job functions of all positions in this class).

CIVIL ENGINEERING:

Reviews commercial and/or residential building plans for compliance with adopted building, mechanical, energy, electrical, plumbing, and grading codes; computes cost for permits; assists engineers and architects in achieving compliance with code requirements.

Prepares the more difficult in-house designs; reviews subdivision and housing development plans submitted for County approval; and assists in the preparation of budget proposals for capital projects.

Prepares traffic operation projects and development review; conducts traffic studies; develops recommendations for changes in traffic operations.

Reviews development proposals for compliance with County traffic standards.

Plans, organizes, and directs the activities of the materials testing laboratory; may lead employees engaged in collecting samples and testing various construction materials.

Prepares scope of work and contract documents; analyzes proposals; participates in pre-design and final design conferences; reviews complex subdivision, residential, commercial, and industrial building permits, grading permits, and zoning hearing applications.

Monitors contractors' construction or repair activities for compliance with County codes, standards and for compliance with scope of services defined in the contract.

TRAFFIC ENGINEERING:

Conducts traffic studies.

Designs and monitors the installation of Neighborhood Traffic Calming devices (speed bumps, islands, traffic circles).

Monitors the construction and maintenance of new and existing traffic control devices.

Reviews proposed residential and commercial subdivision development plans, capital projects, and work zone traffic control signage for compliance with Federal, state and local laws, and regulations.

TECHNICAL ENGINEERING COMPUTER MODELING:

Conducts sewer and water (SWAMP) analyzes for the subdivision review process using hydraulic modeling simulation.

Calibrates and maintains hydraulic models of the County's water distribution system and sewer collection system in order to evaluate performance.

Conducts fire hydrant flow testing, analyzes test data results and prepare reports.

Collects monthly wastewater flow reports, maintains data base of statistics and prepare tables and graphs to track remaining capacity of pumping stations.

FIRE PROTECTION:

Reviews construction plans and specifications to determine compliance with Anne Arundel County Fire Prevention and Building Code, and other standards and codes in order to approve or disapprove requests for building/construction plan proposals.

Evaluates and reviews residential and commercial sprinkler systems, fire alarm installations, hazardous and fire protection equipment for compliance with fire code requirements.

Recommends materials, equipment, or methods for alleviation of conditions conducive to fire.

Reviews plans of engineering aspects of development projects, including storm drains, water or sanitary sewers, roads, record plats, grading drawings, contract packages, and utility plans.

Ensures compliance with federal, state and local environmental laws, policies and regulations, monitoring and reporting requirements.

WASTE MANAGEMENT SERVICES:

Manages the diverse environmental activities at the state-of-the-art Millersville Landfill and Resource Recovery Facility and two closed landfills. Responsibilities include regulatory compliance with all applicable local, state, and federal regulations for active and closed municipal solid waste disposal facilities and contract management to ensure consultant reports/projects are on time and meet objectives. Challenging multi-media work in a team oriented group.

## KNOWLEDGE, SKILLS AND ABILITIES

Thorough knowledge of principles, materials, methods, and practices of engineering emphasized by the assignment such as civil, structural, hydrology, traffic, fire, design, environmental, mechanical, electrical, sanitation and other areas as assigned.

Knowledge of the application and use of the computer technology to related engineering analysis.

Knowledge of commercial, residential, and rehabilitation building and construction code requirements and accepted practices.

Ability to plan and conduct engineering research, field studies, plan evaluations, and laboratory appraisals.

Ability to provide technical guidance to less experienced professional engineers and technical support staff.

Ability to establish and maintain effective work relations with colleagues, developers, engineers, architects, contractors, inspectors and the public.

Ability to communicate effectively, orally and in writing.

## MINIMUM QUALIFICATIONS:
A bachelor's degree from an accredited four-year college or university with a degree in engineering or a related field; thorough experience in professional engineering work; and a valid non-commercial Class C motor vehicle operator's license.

## SUPPLEMENTAL INFORMATION:
Note: Engineer III is the full performance proficiency level class in the Engineer series. An employee has the opportunity to advance through the series based upon experience and satisfactory work performance. Proficiency level advancements can be made when work assignments increase in variety and complexity; less supervision and review of the employee in completing work assignments; and the employee meets the minimum qualifications for the higher-level class. Promotion to a higher-level class in the series is at the discretion of the appointing authority

## SALARY RANGE

$20.57 - $30.82 Hourly
$1,645.62 - $2,465.62 Biweekly
$3,565.50 - $5,342.17 Monthly
$42,786.00 - $64,106.00 Annually

## POSITION DESCRIPTION:

This is technical work of a sub-professional engineering nature in the field of traffic engineering.

NATURE AND VARIETY OF WORK

Work involves responsibility for participating in the collection, analysis, and preparation of reports and recommendations with respect to the flow and control of traffic and street lighting. Work includes assisting in developing data for special studies involving a comprehensive traffic analysis, conducting studies and field inspections to determine need and location for sidewalks, school crosswalks, and crossing guards, and making necessary recommendations. Work is performed with considerable independence within established policies and procedures and is reviewed by a technical superior through conferences, reports, and results obtained.

## EXAMPLES OF DUTIES AND KNOWLEDGE, SKILLS AND ABILITIES:

(Note: The duties and responsibilities enumerated in this class specification are for the purpose of determining a common set of minimum qualifications and salary level for all positions in this class. They are not intended to include all of the essential job functions of all positions in the class).

Collects, analysis, and interprets various types of traffic flow and control data as a basis for developing recommendations or plans for the placement of traffic and pedestrian control devices.

Studies subdivision plans, building and access permits, and zoning cases in all stages to determine if roadways conform to County requirements, recommends changes, and follow through to see if recommended changes are included in the final plans.

Conducts studies to determine need and location of school sidewalks and crossings, pavement markings, firehouse signs, and related matters.

Conducts traffic volume counts and accident analysis at various locations; gathers data on road petitions and abandonments; prepares signing cost estimates.

Answers and investigates requests from citizens for the installation or modification of traffic control devices; determines sight obstructions.

Prepares and maintains necessary records and reports.

Investigates requests and initiates work orders for changes in street lighting.

Designs placement of street lights in new subdivisions.

Maintains inventory of traffic volume data.

Performs related work as required.

KNOWLEDGE, SKILLS, AND ABILITIES

Considerable knowledge of the methods and techniques of traffic data collection.

Considerable knowledge of the principles, techniques, and methods used in pavement marking, traffic routing, and accident analysis, and street lighting.

Knowledge of general traffic rules, regulations, and ordinances.

Ability to conduct comprehensive field and office traffic data collection studies, surveys, and analysis.

Ability to exercise judgment in making practical recommendations with respect to the flow and control of traffic.

Ability to establish and maintain effective working relationships with other employees and the public.

Ability to keep records and prepare accurate, concise reports.

## MINIMUM QUALIFICATIONS:
Graduation from high school, including or supplemented by courses in mathematics and drafting; considerable experience in traffic data collection and analysis or related work; and a valid non-commercial Class C motor vehicle operator's license.

Back to Table of Contents

## Section: G-03 Position Classification Study of an Occupied Position 

The purpose of this procedure is to establish a system for requesting, conducting, and processing individual position classification study requests for an occupied (filled) position within the classified service in accordance with §6-1-108 of the Anne Arundel County Code.

The authority to conduct a job evaluation study of an occupied position is in accordance with §519 of the Anne Arundel County Charter.

This procedure applies to all occupied positions within the classified service of Anne Arundel County but not to exempt, temporary and seasonal positions. The study of exempt positions is at the discretion of the Personnel Officer.

I. POLICY

A. It is the policy of Anne Arundel County Government at the request of the Appointing Authority to conduct a study of the duties and responsibilities of an occupied position. To determine the proper classification and compensation of the position this review may include a job interview; review of Job Analysis Questionnaire (JAQ), work documents, and organizational information; observation of work; application of professionally accepted techniques of job evaluation; or compensation analysis. In exceptional cases, the Chief Administrative Officer may initiate a request for a position classification study.

B. A position is a group of duties, tasks, and responsibilities allocated to a class in the classification plan. The results of a job evaluation study conducted on a position may result in the reclassification of a position from one class of work to another class of work with the same or different pay grade in the classified service.

C. The job evaluation and compensation study of a single position or group of positions assigned to a classification may result in the reallocation of a classification and result in a change to the pay grade assigned to a classification.

D. An Appointing Authority may initiate a request for the study of an occupied position within the classified service during the period of August 1 through August 31 of any year except as otherwise provided for by the Personnel Officer. The Chief Administrative Officer, when necessary, may initiate a request for a study at anytime. In order for such request to be accepted by the Office of Personnel the Appointing Authority or Chief Administrative Officer must submit a request to the Personnel Officer which includes the following information:

1. A current completed job analysis questionnaire (JAQ).

2. An explanation of how and why the position's duties and responsibilities have changed and are no longer consistent with the position's current classification.

3. An organization chart which shows the organizational location of the subject position and its reporting relationships.

4. A statement that the incumbent has not been intentionally assigned higher level duties or

responsibilities for the purpose of circumventing the competitive promotional process.

5. A statement that the incumbent has been informed that the classification study may result in no change to the employee's position, may result in a lower grade; or may result in the reassignment of inappropriate tasks, duties, or responsibilities.

6. A statement that the incumbent meets the minimum qualifications of the requested classification as required by law.

A "Request to Reclassify an Occupied Position" is in the Forms and Practices Guide at the end of this section.

E. Incomplete requests for individual position classification studies will be returned to the originator.

F. All requests for individual position classification studies will be forwarded to the Office of Personnel within the time frame specified.

G. The Office of Personnel shall review the position classification request and shall perform a position classification review employing professionally accepted classification techniques within 5 months of receiving a complete request.

H. Classification studies that recommend a different level of classification, pay grade or a new class for positions not in the County's Classification Plan, shall be forwarded to the Budget Officer, Controller, and Chief Administrative Officer for approval. The results of any individual position classification study performed by the Office of Personnel shall be preliminary and of an advisory nature only, until final approval occurs pursuant to this procedure.

Forms and Practices:
Form: Fill an Occupied Position
Form: Job Analysis Questionnaire
Request to Reclassify Occupied Position

REQUEST TO RECLASSIFY OCCUPIED POSITIONS

Date of Request: _____

Approval/Number: _____

| DEPT | BSUNT | EMPLOYEE | CURRENT | | | | | PROPOSED | | | | |
|------|-------|----------|---------|------|-----|----------------|--------|------|-----|----------------|--------|-------|
| | | | POS# | JBCD | GRD | CLASSIFICATION | SALARY | JBCD | GRD | CLASSIFICATION | SALARY | BSUNT |
| | | | | | | | | | | | | |

APPROVED:

SEE ATTACHED FOR ADDITIONAL INFORMATION SUPPORTING THE REQUEST

The **actual** effective date of the requested reclassification shall be the first pay period following the final approving signature on this document and/or required legislative approval. The incumbent may be entitled to an increase in pay in accordance with Anne Arundel County Code Article 6 Sections 1-206 (d)-(f) for non-represented employees OR 1-208(b) and (f)-(h) for represented employees. Calculation of the new proposed salary should include anticipated merit increases as well as percent increase requested for reclassification as set forth in the County Code or negotiated agreement. Final calculation is the responsibility of the Office of Personnel to ensure all legal and administrative requirements are met.

Personnel Officer _____ Date

Budget Officer _____ Date

Controller _____ Date

Chief Administrative Officer _____ Date

Projected Effective Date:

ERM G-3
Revision 01-08

# Anne Arundel County

# Job Analysis Questionnaire

**Instructions:** This job analysis questionnaire is the primary document used to classify the types of duties and level of responsibilities assigned to a particular position or class work; **considerable care** is required in completing the form. Describe your duties so that they can be understood by a person who is not familiar with your position. This form will **not** be used to evaluate **your work performance or your qualifications**.

Non-supervisory employees should complete only Part I and II. Supervisory employees should complete Parts I, II, and III, and **all** employees must sign Part IV. Part V must be completed by the employee's supervisor, and Part VI must be completed by the next-in-line supervisor or an administrative official. **Check your answers for accuracy, completeness, and conciseness before returning the completed form to your supervisor.**

## Part I:  Identifying Information

| Employee Name | | | Position Control No. | Class Code | Grade |
|---|---|---|---|---|---|
| (Last) | (First) | (Initial) | | | |

| Position Title | Working Title | No. Years Present Position | Work Hours From: To: |
|---|---|---|---|

| Department          Division | Work Location/Building/Address | Work Telephone Number |
|---|---|---|

| Name of Immediate Supervisor | Supervisor's Position Title |
|---|---|

**Organization Chart**

Using this chart below, please fill in the **position title** of:  1) your immediate supervisor, 2) the employees you work with and who also report directly to the same supervisor, and 3) any employees you supervise (directly and/or indirectly).  **If this form is insufficient, please prepare and attach your own organizational chart.**



## Part II:  Duties & Responsibilities *(To be completed by employee)*

> **A. Job Summary:**     Briefly state the main purpose of your job in **one** or **two** sentences.

**B. Essential Duties:** List only the five or six **essential** and **regular** duties which you must perform and the percentage of your time spent performing each duty. **This is usually calculated on a daily or weekly basis, but if your work is cyclical, you may need to calculate on a monthly basis.** Essential duties will include those duties which occupy **most** of your time and those duties which are **most** important to the organization.

Begin each statement with an action verb and state **what** is done, **how** it is done, and **why** it is done. For example:

✦ Visit designated neighborhoods to explain the purpose of community improvement programs by conducting neighborhood meetings.

✦ Rake leaves and other debris by using rakes, shovels and other hand-held tools and equipment to clean streets, walkways, parking lots and other designated areas.

| Number by Priority | Essential Duties List in Order of Importance | Frequency of Time (Daily or Weekly) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(Use additional sheets if necessary)

List any duties you perform occasionally including temporary assignments or special projects. **Show how often each is performed.** (For example: two months out of a year.)

| Duties | Frequency of Time |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Refer to all the Duties which you listed to respond to the remaining questions in Part II.**

**C. Knowledge, Skills, and Abilities:**

1. List the **Minimum** knowledge, skills and abilities **required** to perform the duties of your position.

**Knowledge Required for Your Job?** (Knowledge is the information you have as a result of education, training, and experience. For example: knowledge of computer operations; construction techniques; office procedures.)

**Skill Required for Your Job?** (A skill is the proficiency shown in the performance of a task. For example: skill in driving a tractor-trailer; operating a personal computer; writing requests for proposals.)

**Abilities Required for Your Job?** (An ability is the capacity to acquire a skill. For example: ability to write effectively; to operate heavy equipment; to frequently lift objects weighing 50 pounds.)

2. List any license, certificate, etc. that you are **required by law** to possess for this position.

3. **Educational and Work Experience Requirements:** (State what you believe to be the educational and work experience requirements of your position.)

**Education:**

Completion of High School ☐                      College Degree ☐      (Indicate Field) _____

Completion of 1-2 Years of College ☐      Advanced Degree ☐      (Indicate Field) _____

**Work Experience:**      (Consider the kind of experience necessary to perform the job, not necessarily your own experience.)

| **Types of Experience** | **Years Required** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

4. **Machinery/Equipment/Tools**

List below the type(s) of machinery, equipment or tools that you use or service in the performance of your work. (For example: air conditioning and heating units, dump truck, tractor trailer, computer terminal, calculator, multi-line phone system, chain-saw, mechanical tools, diagnostic instruments, drafting devices, etc.) Beside each machine, piece of equipment or tool listed, briefly describe the purpose for which you use or service the item.

| **Type of Machinery/Equipment/Tools** | **Purpose of Use** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

a. Which of the above requires the highest level of skill? _____

b. How long does it take to become proficient in that particular skill? _____

**D. Complexity**

   1.  Indicate briefly what makes your job difficult or complex and why.

   2.  Cite specific examples or problems you must regularly resolve, if any.

**E. Scope of Work**

Indicate the impact of your work, i.e.. who or what benefits from your work product.

     **Within Work Unit**                                 **Outside Work Unit**

_____                  _____

_____                  _____

_____                  _____

_____                  _____

**F. Work Controls**

   1.  State where your work comes from. (For example:  assignments are received from your supervisor, work orders, requests from the public, etc.)

   2.  The work assignments you receive are:

      ☐ Structured and reviewed       ☐ General instructions are given to       ☐ Project/program oriented
          for compliance with                   complete work; normally solve           covering extended period of
          specific instructions.                     own problems.                     time to complete.

   3.  Who checks your work?

   4.  How often is your work checked?

   5.  What procedures, laws, rules, standards, trade practices, or other guides do you refer to or follow in performing your work?

6. Do you have responsibility for deciding what procedures, laws, rules, etc., are to be followed in your work or the work of others?

☐ None ☐ Some ☐ Considerable ☐ Extensive Please Explain:

**G. Resources:** Describe your responsibility for the efficient and economical use of financial, informational, or physical resources:

**Financial** (For example: do you recommend or approve expenditures, prepare and administer budgets, collect or safeguard cash?)

☐ No ☐ Yes If Yes, please explain:

**Informational** (For example: do you process, ensure the accuracy of, control the use of, or safeguard data or information?)

☐ No ☐ Yes If Yes, please explain:

**Physical** (For example: do you clean, operate, maintain, repair, construct, store, or safeguard facilities or supplies?)

☐ No ☐ Yes If Yes, please explain:

**H. List groups or persons inside and outside of the organization that you <u>frequently</u> contact in your work. Include contacts in person, by written correspondence, phone, radio or e-mail.**

| Persons Contacted *(Name & Title of Person(s)* | Purpose of Contacts *(Organization)* |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Please check the type of people you **normally** contact (check all that apply):

☐ Friendly and Cooperative ☐ Unfriendly or Uncooperative ☐ Emotionally Upset

☐ Physically Ill or Injured ☐ Hostile or Threatening ☐ Representatives of the Media

Please explain:

**I. Physical Effort:** Indicate the physical effort required in your job by checking as many of the following that apply. Indicate how often and amount of time per day, per week, etc. (For example: standing and walking four hours each day).

| Physical Efforts | Example | How Often |
|---|---|---|
| ☐ Mostly sitting at a desk or table with some walking, standing, bending or carrying of light objects. | | |
| ☐ Standing or walking for long periods of time. | | |
| ☐ Repeated bending, crouching, stooping, stretching or crawling. | | |
| ☐ Operating a computer or typewriter keyboard. | | |
| ☐ Climbing ladders or scaffolding. | | |
| ☐ Physically constraining others through force. | | |
| ☐ Unaided lifting of objects up to: | | |
| 20 pounds | | |
| 50 pounds | | |
| 100 pounds | | |
| over 100 pounds | | |
| ☐ Walking over rough, uneven terrain. | | |
| ☐ Climbing ropes, poles or trees. | | |
| ☐ Others (Additional space for examples or other conditions requiring physical effort): | | |

**J. Work Environment:** Where is most of your work performed? (For example: office, shop, field, driving a vehicle.)

Indicate the type of working environment encountered in your job by checking as many of the following that apply.

| Work Environment | Example | How Often |
|---|---|---|
| ☐ Office or similar setting which is adequately lighted, heated and ventilated. | | |
| ☐ Conditions which are dirty, noisy, dusty. | | |
| ☐ Conditions where very disagreeable odors are present. | | |
| ☐ | | |

☐ Conditions which involve exposure to extremes of cold or heat for long periods.

_____     _____

| Work Environment | Example | How Often |
|---|---|---|
| ☐ Continuous operation of a vehicle, machine or piece of equipment for long periods. | _____ | _____ |
| ☐ Others (Additional space for examples or other conditions requiring physical effort): | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**K. Hazards:** Check below the kinds of hazards encountered in your job.

| Hazards | Example | How Often |
|---|---|---|
| ☐ No significant hazards. | _____ | _____ |
| ☐ Wear hard hats, safety shoes, goggles. or similar equipment. | _____ | _____ |
| ☐ Considerable risks; wear face or body shields, respiratory masks or similar equipment. | _____ | _____ |
| ☐ Work with dangerous machinery, tools or equipment. | _____ | _____ |
| ☐ Work with toxic chemicals, explosives, radioactive substances, fighting fires, or subject to physical attack, and contagious diseases. | _____ | _____ |
| ☐ Exposure to abusive individuals. | _____ | _____ |
| ☐ Others (Additional space for examples or other hazards encountered): | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Part III: Supervisory Responsibilities**   (Complete only if you regularly supervise two or more full-time employees or the equivalent.)

**A. List the employees you directly supervise.  Do not list employees supervised by your subordinate supervisors.**

| Number of Employees | Class Title | Grade |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

_____  _____  _____

_____  _____  _____

_____  _____  _____

Total Number Supervised Directly: _____

What percentage of your time is spent supervising employee(s)? _____ %

---

**B. Work Direction That You Provide to Employees**

Select **one** of the following statements that best describes your position.

☐ I pass on or give assignments or instructions to other employees or volunteers and check their work; I personally **perform** work similar to those I supervise.

☐ I assign and review work, enforce work standards, solve ordinary problems encountered in the work, enforce unit policies, and may participate in the work performed by subordinates, but spend the **majority** of my time supervising others.

☐ I develop plans to implement approved work plans <u>extending over</u> one <u>or</u> two years, review work progress and recommend or take action to adjust work effort to meet objectives, and do not normally participate directly in the work performed by my subordinates.

☐ On my own authority or in consultation with a supervisor, <u>I decide on the work plan to meet the goals of the organizational unit</u>.

☐ I decide or approve all matters relating to the work plan of an organizational unit.

---

**C. Personal Authority You Exercise Over**

Select one of the following statements that best describes your position.

☐ I participate informally in the personnel decision-making process by providing recommendations, suggestions, information, or advice to my superiors.

☐ I regularly participate in personnel decisions by formally recommending or initiating personnel matters.

☐ I effectively decide on personnel matters affecting employees by signing personnel actions.

☐ I approve the personnel decisions of subordinate supervisors.

---

**Part IV: Employee Certification**

**I certify that the prior statements and responses are accurate and complete to the best of my knowledge.**

_____        _____

(Signature)                                                    (Date)

**Part V: To Be Completed By The Immediate Supervisor**

**A. What is the most important output, product or service you expect of this position?  Explain:**

**B. Do you agree/disagree with employee's description of duties/responsibilities?**

☐ No       ☐ Yes       Explain:

**C. Does this position represent the County in dealings with other public or private organizations, the community or the media?**

☐ No       ☐ Yes       Explain:

**D. Complete the following only if this position supervises others.**

| The Position: | No | Recommends | Decides |
|---|---|---|---|
| Selects employees. | ☐ | ☐ | ☐ |
| Transfers or reassigns employees. | ☐ | ☐ | ☐ |
| Approves employee's attendance, vacation, sick leave. | ☐ | ☐ | ☐ |
| Counsels, admonishes or reprimands employees. | ☐ | ☐ | ☐ |
| Instructs employees in work methods and procedures. | ☐ | ☐ | ☐ |
| Reviews and approves employees' work. | ☐ | ☐ | ☐ |
| Determines priorities, sets work schedules and approves work product. | ☐ | ☐ | ☐ |
| Prepares long range work plans or budgets and determines requirements needed to meet objectives. | ☐ | ☐ | ☐ |

**E. Indicate the qualifications which you think should be required in filling a future vacancy in this position. Keep the position itself in mind rather than the qualifications of the incumbent.**

**Education:**

Completion of High School ☐       College Degree ☐ (Field of Study) _____

Completion of 1-2 Years of College ☐       Advanced Degree ☐ (Field of Study) _____

Specialized Training: _____

Experience (length in years and type): _____

Licenses, certificates, or registration required for the position: _____

Special knowledge, abilities & skills, (For example: include knowledge of computer data entry and software programs.)

**F.** Indicate the Appropriate "Safety Sensitive" Status of the Employee(s) Occupying this/these Position(s). *("Safety Sensitive" classifications/positions are, "Those classifications or positions within a classification that by the nature of the duties performed could have a significant degree of responsibility for the safety of one or more people; and, positions where there is a potential that impaired performance could result in death or injury to the employee or one or more people. This category includes those employees who are required to hold Commercial Drivers Licenses (CDL). Some other examples of such positions are Certified CDS Managers, drivers of commercial vehicles, employees handling chemicals or controlling operation of public water or wastewater facilities, or employees assigned a 24-hour County vehicle. Safety sensitive classifications will be recommended by the Appointing Authority and approved by the Personnel Officer and the Chief Administrative Officer."*

☐ **Department of Transportation**    ☐ **Non-Department of**    ☐ **Not Applicable**

---

**G. Supervisor's Comments and Certification**

**I certify that the prior statements and responses are accurate and complete to the best of my knowledge.**

| _____ | _____ | _____ |
| *(Print Name)* | *(Signature)* | *(Date)* |

---

## Part VI:  To Be Completed By Next In Line Supervisor Or An Administrative Official

Comment on the accuracy and adequacy of the employee's and the supervisor's statements and responses.  Note any additions or exceptions.

I certify that the prior statements and responses are accurate and complete to the best of my knowledge.

| _____ | _____ | _____ |
| *(Print Name)* | *(Signature)* | *(Date)* |