EXHIBIT 38



Marcus Gaskins <ipgask87@aacounty.org>

## SWAMP and EDU Worksheets for Enclave at Crofton (formerly Berkshire Property) P2015-0100-01NS
2 messages

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, May 26, 2017 at 4:07 PM
To: Laura Layton <pwlayt92@aacounty.org>
Cc: Jia Liu <pwliu00@aacounty.org>, Jim DiPietro <pwdipi99@aacounty.org>, Bruce Wright <pwwrig51@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Lori Allen <pzalle00@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Good afternoon:

Please see the attached memo, SWAMP/EDU Worksheets, and Unapproved Water and Sewer Plans for the Enclave at Crofton (formerly known as the Berkshire Property) site. The site will be redirecting a portion of the proposed sewerage flow to the Crofton Pump Station due to existing grades on-site. Please forward any review comments that you may have to my attention at your earliest convenience. Draft comments are due on June 7, 2017, and final comments are due on July 3, 2017.

Thanks a lot,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

**3 attachments**

- 05-26-2017 SWAMP Analysis Memo—Enclave at Crofton—formerly Berkshire Property P2015-0100.pdf
  263K

- 05-26-2017 EDU worksheet & Swamp Worksheet.pdf
  81K

- 05-26-2017—Unapproved Public Plans Showing Sewer Main Relocation Through Site__Enclave at Crofton P2015-0100-01NS.pdf
  3561K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, May 26, 2017 at 4:18 PM
To: John Igbinovia <ipigbi00@aacounty.org>

FYI.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

**3 attachments**

- 📎 **05-26-2017 SWAMP Analysis Memo--Enclave at Crofton--formerly Berkshire Property P2015-0100.pdf**
  263K

- 📎 **05-26-2017 EDU worksheet & Swamp Worksheet.pdf**
  81K

- 📎 **05-26-2017--Unapproved Public Plans Showing Sewer Main Relocation Through Site__Enclave at Crofton P2015-0100-01NS.pdf**
  3561K

 

Marcus Gaskins <ipgask87@aacounty.org>

## Project P2015-0100, Enclave at Crofton
3 messages

**Michael Cook** <pwcook20@aacounty.org>  Thu, Jun 8, 2017 at 10:49 AM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: Benjamin Thompson <pwthom45@aacounty.org>, David Watts <pwwatt32@aacounty.org>, Stephen Stanton <fd001157@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Laura Layton <pwlayt92@aacounty.org>, Victor Kibec <pwkibe48@aacounty.org>

Mr. Gaskins,
Attached are the SWAMP Analysis results for the Enclave at Crofton subdivision.
Mike Cook

📎 **Enclave at Crofton_SWAMP response 06-06-17.pdf**
2872K

**Marcus Gaskins** <ipgask87@aacounty.org>  Thu, Jun 8, 2017 at 10:53 AM
To: Michael Cook <pwcook20@aacounty.org>

Thanks a lot!

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841
[Quoted text hidden]

**Michael Cook** <pwcook20@aacounty.org>  Thu, Jun 8, 2017 at 10:58 AM
To: Marcus Gaskins <ipgask87@aacounty.org>

You're welcome, sir. Have a nice day!
[Quoted text hidden]

**Jeff Smith, P.E. | Bowman Consulting**

From: John Igbinovia [mailto:ipigbi00@aacounty.org]
Sent: Friday, May 26, 2017 11:52 AM
To: Marcus Gaskins <ipgask87@aacounty.org>; Jeff Smith <jsmith@bowmanconsulting.com>
Cc: Tom Lanyon <tlanyon@bowmanconsulting.com>; David Braun <ipbrau93@aacounty.org>; Tanya Asman <pzasma00@aacounty.org>
Subject: Re: Enclave at Crofton (Berkshire) SWAMP and EDU Worksheets for Water and Sewer

[Quoted text hidden]


EDU worksheet & Swamp.pdf
83K

---

Marcus Gaskins <ipgask87@aacounty.org>  Fri, May 26, 2017 at 2:19 PM
To: Jeff Smith <jsmith@bowmanconsulting.com>
Cc: John Igbinovia <ipigbi00@aacounty.org>, Tom Lanyon <tlanyon@bowmanconsulting.com>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Jeff:

The plans show that not all the water and sewer will be going to the Pump Stations. Specifically, Lots 1-6 are connecting to the existing system. Please provide information on whether there was any existing EDUs on-site and another SWAMP worksheet must be provided for the separated EDUs.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

Tom Lanyon <tlanyon@bowmanconsulting.com>  Fri, May 26, 2017 at 3:44 PM
To: Marcus Gaskins <ipgask87@aacounty.org>, Jeff Smith <jsmith@bowmanconsulting.com>
Cc: John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Marcus, thanks for the feedback,

As per our conversation, the current swamp and edu worksheet you received will be forwarded onto DPW. (I also attached the plans as requested)

Enclave of Crofton- Total of 83 units (19 townhomes/64 Condo)

Proposed: 14 condos and 6 townhomes gravity connection to prop relocated 24" sewer.

Proposed 50 condos and 13 townhomes gravity connection to existing crofton pump station.

The site has 97 Edu's approved per letter dated 1-28-16.

Again, the entire subdivision's water is connecting to the Existing Public 16" main along rt 3. (this did not change)

You are correct on the Sewer, some is going to the Crofton pump station, via gravity and a portion to the relocated 24" pipe, via gravity. This tie in is still system as approved in our Sketch Plan, just different connection points. I hope I explained this well enough.

If you need forward assistance, please contact Jeff Smith.

Thank you,

**Tom Lanyon | Bowman Consulting**

185 Admiral Cochrane Drive, Suite 215,

Annapolis, MD 21401

From: Marcus Gaskins [mailto:ipgask87@aacounty.org]
Sent: Friday, May 26, 2017 2:20 PM
To: Jeff Smith <jsmith@bowmanconsulting.com>
Cc: John Igbinovia <ipigbi00@aacounty.org>; Tom Lanyon <tlanyon@bowmanconsulting.com>; David Braun <ipbrau93@aacounty.org>; Tanya Asman <pzasma00@aacounty.org>

[Quoted text hidden]

[Quoted text hidden]

---

**2 attachments**


8560_16-0129_Allocation Approval.pdf
126K

PUBLIC PLAN.pdf
3561K

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, May 26, 2017 at 3:51 PM
To: Tom Lanyon <tlanyon@bowmanconsulting.com>
Cc: Jeff Smith <jsmith@bowmanconsulting.com>, John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Thanks Tom!

Could you please provide me with all of the easements that are associated with your site? See attached Geocortex Printout.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

📎 05-26-2017 Geocortex Printout showing easements.pdf
569K

---

**Jeff Smith** <jsmith@bowmanconsulting.com>  Fri, May 26, 2017 at 3:57 PM
To: Marcus Gaskins <ipgask87@aacounty.org>, Tom Lanyon <tlanyon@bowmanconsulting.com>
Cc: John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Marcus, they easement that runs through the property is for an existing public sanitary sewer line. We will obtain the easements for you, but hope this will not slow down your review. This site has already been approved for Sketch plan. I'm not sure what is going on, but we simply resubmitted plans at the request of Dan Kane and David Braun to indicated the offsite gravity sanitary sewer line. The number on units has decreased from the original approval. Hopefully anything you need clarification with could be pushed until FDP. Thanks-

**Jeff Smith, P.E. | Bowman Consulting**

From: Marcus Gaskins [mailto:ipgask87@aacounty.org]
Sent: Friday, May 26, 2017 3:52 PM
To: Tom Lanyon <tlanyon@bowmanconsulting.com>
Cc: Jeff Smith <jsmith@bowmanconsulting.com>; John Igbinovia <ipigbi00@aacounty.org>; David Braun <ipbrau93@aacounty.org>; Tanya Asman <pzasma00@aacounty.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, May 26, 2017 at 4:16 PM
To: Jeff Smith <jsmith@bowmanconsulting.com>
Cc: Tom Lanyon <tlanyon@bowmanconsulting.com>, John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Jeff:

The main easement that must be provided is the utility (water) easement along the US-301 (Crain Highway). For the sewer main that traverses through your site, it is common practice to include reference to the existing easement on the plans as to be removed, the easement listed as to be abandoned (as applicable), and existing public manholes labeled as such with their manhole number(s). The related Public Plans appear to be AA County Public Plan Numbers 13564-13565, 9561-9560, 13846, 12184, 8097-8098, 8119-8121, 9553-9554, and 10510; SHA ROW Plats

15446-15447, County Plat Book 33 Page 12.

You're welcome,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Jeff Smith** <jsmith@bowmanconsulting.com>     Sun, May 28, 2017 at 2:28 PM
To: Marcus Gaskins <ipgask87@aacounty.org>
Cc: John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

We will be happy to do all that at time of FDP and formal public plan submittal. Thanks-

**Jeff Smith, P.E. | Bowman Consulting**

From: Marcus Gaskins [mailto:ipgask87@aacounty.org]
Sent: Friday, May 26, 2017 4:16 PM
To: Jeff Smith <jsmith@bowmanconsulting.com>
Cc: Tom Lanyon <tlanyon@bowmanconsulting.com>; John Igbinovia <ipigbi00@aacounty.org>; David Braun <ipbrau93@aacounty.org>; Tanya Asman <pzasma00@aacounty.org>

[Quoted text hidden]

[Quoted text hidden]



# Enclave at Crofton (Berkshire) SWAMP and EDU Worksheets for Water and Sewer
9 messages

**Marcus Gaskins** <ipgask87@aacounty.org>  Fri, May 26, 2017 at 11:46 AM
To: tlanyon@bowmanconsulting.com
Cc: John Igbinovia <ipigbi00@aacounty.org>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Good morning:

The Enclave at Crofton is currently under review. Could you provide an updated SWAMP Worksheet and EDU Worksheet for the updated plans? The manhole appears to have changed and we need to know what the new calculations for water and sewer are.

v/r,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

**John Igbinovia** <ipigbi00@aacounty.org>  Fri, May 26, 2017 at 11:51 AM
To: Marcus Gaskins <ipgask87@aacounty.org>, Jeff Smith <jsmith@bowmanconsulting.com>
Cc: Tom Lanyon <tlanyon@bowmanconsulting.com>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

## Jeff,
## Please provide the requested information as soon as possible.
## Thanks.
[Quoted text hidden]

John Igbinovia, P.E.
Senior Engineer
Engineering Division
Department of Inspections and Permits
2664 Riva Road, MS 6202
Annapolis, MD 21401
410-222-7964

---

**Jeff Smith** <jsmith@bowmanconsulting.com>  Fri, May 26, 2017 at 2:15 PM
To: John Igbinovia <ipigbi00@aacounty.org>, Marcus Gaskins <ipgask87@aacounty.org>
Cc: Tom Lanyon <tlanyon@bowmanconsulting.com>, David Braun <ipbrau93@aacounty.org>, Tanya Asman <pzasma00@aacounty.org>

Here you go, thanks.