EXHIBIT 39 CANNOT BE LOCATED YET