EXHIBIT 40



**Marcus Gaskins** <ipgask87@aacounty.org>

# Marcus Gaskins Annual Evaluation---Salary and Performance

**Marcus Gaskins** <ipgask87@aacounty.org>                     Mon, Sep 4, 2017 at 10:23 AM
To: David Braun <ipbrau93@aacounty.org>, Eva Kerchner <ipkerc00@aacounty.org>, Dan Kane <ipkane30@aacounty.org>

Thank you for the opportunity to share my evaluation of my own performance and to give input on what is currently being used to determine whether or not I will receive a merit pay advancement. At the annual evaluation, I was very surprised with the review provided, because I am engaged, volunteered for work, show initiative, am a team player, showed constructive feedback, excelled in my revies, worked with my fellow engineers, and wanted additional trainings on topics. believed that my performance was well above the requirement and had not received any specific information to prove otherwise or to improve my performance to ensure I would receive a merit increase, and was even told that if I obtain my EIT and PE license, I would be eligible for a pay increase and/or a desk audit. I have since obtained approval to take the PE Exam on October 27, 2017. I need a certain response to the following questions that were unclear during the annual evaluation:

A. Is this a negative review? The evaluation indicates that I am not competent to perform the basic duties of the Engineer III job. Even though this is completely incorrect, what is the overall perception from the Department of Inspections and Permits on my capabilities and competancies?

B. What will be the result of the 90 day situation when David Braun wants to re-evaluate my performance if he deems that I am still not meeting the competencies?

C. David Braun states that he will be monitoring me closely for the next 90 days. Am I being placed on a Performance Improvement Plan?

I would like to discuss all areas of my evaluation where my supervisor and I do not reach the same conclusion on how well I have done my job during the past review period. Since the Employee Handbook states that I have no appeal rights to their overall rating, but may use an informal process to attempt to dispute resolution with the Appointing Authority (department head), I have proceeded to attempt to schedule an appointment (on August 25, 2017) with Dan Kane (department head), with his Administrative Assistant, Jan. Jan stated Dan Kane was really busy, but said that she could have me meet with him on Tuesday, August 29, 2017, in the afternoon. Jan stated she would call me with a time to meet with Dan Kane on Tuesday, but never called and I did not get to meet with him. The employee manual states that Anne Arundel County Government has a pay for performance program which allows an individual to be considered for a reward for meeting or exceeding job requirements. The reward will be in the form of a salary adjustment (not to exceed the maximum pay for the employee's grade). Specific guidance on available funds and administration of the program are provided each fiscal year by memo from the Personnel Officer, and there are no guarantees from year to year as to what the level of an increase, if any, will be available for non-represented employees. An employee whose performance is rated below standards is not entitled to any performance pay for that rating cycle although it is possible that an employee may be given an opportunity to improve their performance and obtain a pay increase at a later date. To be included in the performance Planning and Appraisal program and eligible for a performance award, an employee must complete their probationary period prior to receiving the award. The County Performance Planning and Appraisal program includes an incentive award for non-represented employees. This program is separate and distinct from the overall performance rating and monetary benefits earned by employees as a result of a performance appraisal. Variable pay awards can be monetary or non-monetary and are within the discretion of the Appointing Authority. For more information, look in the Employee Relations Manual section E-1. The Employee Handbook then states. "Whenever your job changes you should get a description of your new duties. This lets you know what the job entails and what is expected of you in that position. Again, the description of your job responsibilities serves as the basis for your performance review... Non-represented employees who, through promotion, transfer, reclassification, or demotion, move to another non-represented positions classification will be eligible for a performance appraisal during the next normal performance evaluation cycle. The supervisor who supervised the employee for the majority of the rating year will evaluate them. A performance evaluation is for the previous year's performance, including any changes that affect an individual's position."

I constantly kept track of my own performance, including the development of a Projects Tracking Spreadsheet, which is located in my folder on the J-Drive (J:\shared\subdiv\Marcus Gaskins\Projects Tracking.aacb). I am going to bring to David Braun's attention the things that affect my performance, such as any changes in my responsibilities or duties, any factors that affect my ability to do assigned work, and the ways I find my job can be done more effectively. Here is a list of the job assignments and tasks that I have done beyond what is expected of me in completing them:

1. I have taken on other peoples reviews:

    a.   Severn Meadows (John Igbonovia's assignment- Senior Engineer); David Braun stated that he no longer wanted John Igbonovia to be reviewing this project because of its history and then further instructed me to provide new comments on it because the items were important and should not have been overlooked, such as soil borings and stormwater management feasibility, guard rails, peak management, and environmental site design to the maximum extent practical.

    b.   7-Eleven, Fort Smallwood Road, Pasadena (John Kagiri's assignment- Engineer III); John Kagiri had to go out of the country during Christmas season in 2016, and his assignment needed to be covered; I not only reviewed his assignment, but also completed his assignment and fixed this project to more effectively and safely manage runoff at this proposed gas station)

    c.   High's Dairy Store at Staples Corner (Brad Bodman's assignment, Engineer III); Brad Bodman stated that he did not want to have this project when it was brought to his attention that it was his project to review. I then reviewed the project and all of its inconsistencies, such as it not receiving a complete sketch plan review, and I processed an updated review of this project, which required an abeyance letter to fall into compliance; then worked directly with the consultant to help move the project along and approve the Public Water and Sewer Plans so that the project can reach the Grading Permit stage for approval.

2. When I completed my assignments ahead of time, I volunteered for more work, and was given the following reviews:

    a.   Reserve at Severna Park (Sarah Fowler's assignment- Engineer III); I volunteered to help others when there were projects coming at an overwhelming fashion and Sarah Fowler did not have the capability to complete here big project at the Sketch Plan stage. When the assignment was transferred over to me, I was not even provided an overview of the project and the Sketch Plan review was due in less than a week. Nonetheless, I completed a Sketch Plan Review, including all of the initial comments required for the first review, while identifying something significant that the consultants have been doing where they overdevelop their projects more than the established ultimate condition without managing the extra runoff and establishing the Point of Investigation for this greater condition.

3. I was assigned the following reviews to complete on behalf of other people:

    a.   The Enclave at Crofton (formerly known as Berkshire) - This was, and still is, John Igbonovia's project

    b.   Greystone Village (formerly known as Simms Sewell)- This was, and still is John Igbonovia's project

    c.   I took over Monet Lea's position on short notice because it was stated that she "left unexpectedly" even though I was not the first choice, nor the 2nd choice, and I took over her role completely including all of Monet Lea's old assignments were given to me to complete as well as new assignments, while everyone else was able to complete all of their assignments and didn't have to take on Monet Lea's old assignments. For example, Wrightmoore, Chestnut Avenue, Stephens Knoll, Prusak Property, Magnolia Creek, Clarks Crossing, Hogan Realties Property,    .

4. Extra work taken on outside of Job Description:

    a.   At a Traffic meeting, which are conducted every Friday, there are requests made to complete certain things, and I am the only one who follows through to complete these requests; no one else volunteers nor do they help to complete the work, such as:

        i.   I researched all of the information for and developed "the American Disabilities Act Quick-Reference Guide" and provided this document with the Maryland Accessibility Code, and they both are used as the official reference for the Traffic Group to provide comments related to sidewalks, accessible routes, and ramps while reviewing site plans and subdivisions.

        ii.   Traffic Impact Study scanning and cataloging was Kirsten Cooks assignment. To help have more TIS electronic files of the old TIS's, I helped Kirsten Cook by dividing the TIS's that needed to be scanned in half and David Braun urged me to scan my set of TIS's. I then spent a few extra hours after work, which Debbie can confirm, to scan my half of the TIS's. Sarah Fowler did not help at all, and then Kirsten volunteered me to scan her half, which I currently have in my work area. This goes above and beyond my job description and has not been accounted for in my performance evaluation.

iii.    GIS Online link has been provided and is being updated to suite our Traffic needs as a result of David Braun and Kirsten Cooks repeated complaints on the accuracy of the information provided for the Traffic Scoping reviews to establish the backgrounds that must be used in the Traffic Impact Studies.  The GIS Online link along with a list of all the existing and old projects only needs to be updated based on active and completed projects to be able to use with the scoping reviews.

iv.    I volunteered to do the scoping reviews multiple times and since Kirsten Cook is leaving, I have provided the means to more easily be able to do the scoping reviews.  I even identified flaws in the reviews, to include that we do not factor in the small subdivisions, such as all of the mayo wait list projects or currently under construction projects in the background of the review.

v.    David Braun has requested that I do research on road width requirements of other Counties and other jurisdictions to compare against the Fire Marshal and the requirements of Anne Arundel County.  I have done this

vi.    David Braun has requested that I do research on sidewalk and ADA ramps standard details with MDOT SHA so that we may incorporate their details into our plans.  I have done this

vii.    I have conducted Variance, Special Exception, and Rezoning Application reviews for projects.

viii.    I have conducted reviews for Critical Area projects.

ix.    I have conducted reviews on Anne Arundel County Projects.

x.    David Braun has repeatedly came to me as the quick and thorough reviewer to complete reviews unofficially on behalf of a consultant to meet a deadline the consultant has and to teach the consultant how to properly submit plans.  For example, Light Street Avenue Assisted Living Facility project to extend utilities through the Severna Park Evangelical Church Property, which required me to review a set of Public Plans within a week, while completing my other assignments both in and outside of my job description, on a project that I had absolutely no knowledge base on and no history on what the layout will be.  Also, the layout of the assisted living facility was not even provided, and then the consultant stated that the rush was no longer required after I completed my review.

I have been overruled countless times by David Braun, who has made it clear that if I disagree with him, he will ultimately win the discussion and there is no point in me voicing my knowledge-base on the issue.

David Braun did not provide me with a list of what I did not do to meet his expectations, even though I requested this from him by email.

The performance appraisal interview is supposed to discuss how well I have been doing during the past review period and review my ratings on each performance factor.  This was not done at the 6 month review, nor was it done during my annual review.  Instead, at the 6 month review, David Braun stated that I am doing well and he puts the remarks about familiarizing myself with the Code and Manuals as a standard comment on all of the engineers evaluations.  At the annual review, David Braun did not discuss the evaluation at all throughout the review, except to state that "He made a mistake at the mid-term review" and that he would like me to look through the information provided in the review and sign the form to state that I have received a copy of it.  He then confirmed that I would not be receiving a merit pay advancement, and that I would have to be closely monitored and meet with him in 90 days for an evaluation on whether the merit pay advancement could be provided at that time.  I informed David Braun that I will be submitting a Grievance on this issue, and the deadline  to obtain a determination by the appointing officials is this Wednesday, September 6, 2017, or I will proceed with my Grievance Appeal.

As a non-represented employee, I have requested training attendance, which is still under review, to better my knowledge-base on the Anne Arundel County policies, codes, and manuals.  I would like to know if there are any trainings and/or tools that can be provided to me, to bring me up to compliance with the Anne Arundel County competency requirements so that I do not lose my job.  What trainings do you recommend?

As previously stated, I am currently scheduled to take my Professional Engineer Exam on October 27, 2017, and do not appreciate being placed under added stress on added review while I am trying to finish the final credential that I need to be placed at the top of my work backet. I humbly request that the Department of Inspections and Permits intervene and ensure that I am not being unduly mistreated during my first year working for Anne Arundel County. I should not have been negatively evaluated for the County procedures and processes when I just started working here.

Very Respectfully,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841



# Anne Arundel County Government
## Position Description Form

*DANA WOOTEN*

| | |
|---|---|
| **Employee Name (First, Middle Initial, Last)** | **Employee ID#** 31555 | **PSC #** 1282 |

| | | |
|---|---|---|
| **Position Title** | Engineer III | **Current Rating Period** | **From** 02/25/17 **To** 08/25/17 |
| **Department** | Inspections and Permits | **Supervisor** | David Braun |
| **Work Location** | 2664 Riva Road, Annapolis | **Supervisor Title** | Engineer Manager |
| **Division** | Engineering | | |

**Job Summary** (Briefly describe the main purpose of this position in one or two sentences.)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

**Essential Duties** (List the principle duties, tasks and responsibilities upon which the employee will be evaluated. This list is not limited in number and is referred to when evaluating performance factors.)

1. Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2. Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for *existing and proposed developments* for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3. Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4. Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5. Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6. Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

## Physical Effort     (Indicate the physical effort required to do the job to include standing, sitting, climbing, carrying, lifting, equipment operation to include what, how and for what duration of time.)

Lifting heavy boxes for short periods of time.  Sitting at a desk for long periods of time.

## Work Environment and Hazards     (Indicate the physical environment of the job along with any hazards or risks employee would be exposed to include, what, how and for what duration of time.)

Occasional field visits to construction sites or undeveloped sites.

## Additional Information     (Indicate the section that is being continued.)

N/A

## Required Signatures

| | | |
|---|---|---|
| Supervisor | _David C. Brown_ | Date _8/23/17_ |
| Department Head | | Date |
| Employee | | Date |

Note:  This document is to be provided to newly hired employees and when employee's job duties change.  It is to be attached to the Performance Planning and Appraisal form when performance evaluations are conducted.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

| Employee Name (First, Middle Initial, Last) | Employee ID# | PSC # |
|---|---|---|
| Marcus C. Gaskins | 31555 | 1282 |

| | | Current Rating Period | From | To |
|---|---|---|---|---|
| **Position Title** | Engineer III | | 02/25/17 | 08/25/17 |
| **Department** | Inspections and Permits | **Supervisor** | David Braun | |
| **Work Location** | 2664 Riva Road, Annapolis | **Supervisor Title** | Engineer Manager | |
| **Division** | Engineering | | | |

## Rating Definitions

**Above Standards:** The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

**Meets Standards:** The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

**Below Standards:** The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

## Goals for this Rating Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles, in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consulting engineers.

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with his reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures. He continues to work on providing comments limited to those that are appropriate for the Engineering and/or Traffic reviews.

## Summary of Scores

# of "A" Scores    [ 0 ]      # of "M" Scores    [ 12 ]      # of "B" Scores    [ 3 ]

**Overall Rating:**    [   ]   Pass      [ X ]   Fail

A passing score requires that an employee receives no more than two individual "B" ratings overall, not more than one of which is in supervisory category.

## Signatures

| | | |
|---|---|---|
| Supervisor | *David C. Brown* | Date   6/23/17 |
| Department Head or Designee | | Date |
| Department Head or Designee Comments | | |
| Employee | | Date |
| Employee Comments | | |



# Anne Arundel County Governmen
## Position Description Form

| Employee Name (First, Middle Initial, Last) | Employee ID# | | PSC # |
|---|---|---|---|
| Marcus C. Gaskins | 31555 | | 1282 |

| | | | From | To |
|---|---|---|---|---|
| **Position Title** | Engineer III | Current Rating Period | 08/25/16 | 02/24/17 |
| **Department** | Inspections and Permits | Supervisor | David Braun | |
| **Work Location** | 2664 Riva Road, Annapolis | Supervisor Title | Engineer Manager | |
| **Division** | Engineering | | | |

**Job Summary** (Briefly describe the main purpose of this position in one or two sentences)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

**Essential Duties** (List the principle duties, tasks and responsibilities upon which the employee will be evaluated? This list is not limited in number and is referred to when evaluating performance factors.)

1. Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2. Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for existing and proposed developments for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3. Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4. Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5. Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6. Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

## Physical Effort
(Indicate the physical effort required to do the job to include standing, walking, climbing, carrying, lifting, equipment operation to include what, how and for what duration of time.)

Lifting heavy boxes for short periods of time.  Sitting at a desk for long periods of time.

## Work Environment and Hazards
(Indicate the physical environment of the job along with any hazards or risks employee would be exposed to include, what, how, and for what duration of time.)

*Occasional field visits to construction sites or undeveloped sites.*

## Additional Information
(Indicate the section that is being continued.)

N/A

## Required Signatures

| | | | |
|---|---|---|---|
| Supervisor | *[signature]* | Date | 2/15/17 |
| Department Head | *[signature]* | Date | 2/15/17 |
| Employee | *Marcus C. Gardner* | Date | 2/15/2017 |

Note:  This document is to be provided to newly hired employees and when employee's job duties change.  It is to be attached to the Performance Planning and Appraisal form when performance evaluations are conducted.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

| Employee Name (First, Middle Initial, Last) | Employee ID# | | PSC # | |
|---|---|---|---|---|
| Marcus C. Gaskins | 31555 | | 1282 | |

| | | Current Rating Period | From | To |
|---|---|---|---|---|
| Position Title | Engineer III | | 08/25/16 | 02/24/17 |
| Department | Inspections and Permits | Supervisor | David Braun | |
| Work Location | 2664 Riva Road, Annapolis | Supervisor Title | Engineer Manager | |
| Division | Engineering | | | |

## Rating Definitions

Above Standards: The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

Meets Standards: The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

Below Standards: The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

## Goals for this Rating Period

Mr. Gaskins should become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should become familiar with the County processes and procedures.

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures.

The following competencies apply to all ei      yees and each should be rated in the box to the      : as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Employee Competencies | Rating |
|---|---|
| Knowledge is the familiarity and understanding the individual has with the assigned job, the field of work and the context in which the work is performed. This is typically gained through formal education and training, on-the-job training and experience, and other informal learning experiences. | M |
| Ability is the suitability of the individual to be called upon to perform assigned tasks based on the individual's natural or acquired skill or talent. | M |
| Judgment is the demonstration of sound and reasonable decision making. Individual is able to research and weigh alternatives and deliver services in a timely and cost effective manner. Respects and maintains confidentiality of information and records. | M |
| Integrity is the demonstration of the values of ethics, honesty, trustworthiness, and reliability. Employee can be depended upon to make fair and reasonable decisions. | M |
| Personal Development is the evidence of the individual's growth in maturity and confidence in handling the employee's assigned duties and the demonstration of potential for taking on new tasks and developing skills. | M |
| Work Quality is evidenced by the employee's skill in delivering complete, accurate, and thorough work products. Employee is able to anticipate problem areas, detect and correct errors, follow through with assignments, and make suggestions for improvement. | M |
| Work Standards as guided by policy and procedure, legal mandates, safety standards, as well as formal guidelines are understood and followed by the employee. | M |
| Productivity is the demonstrated ability of the individual to complete work assignments accurately, efficiently, and creatively to meet the work standards expected for the assigned work. Individual meets assigned goals and constructively contributes to the goals of the work unit and is not idle. | M |
| Customer Focus is the demonstrated ability of the employee to "put the customer first" by determining customer needs, being responsive and creative in finding solutions to problems and ensuring delivery of services to provide the best outcome for the customer utilizing available resources while being mindful of work standards and legal mandates. | M |
| Initiative and Motivation is evident in the willingness to take on assignments or search for and support alternative methods of completing work that enhance the workplace. Employee stays engaged in work and does not waste time on the job. | M |
| Adaptability is the ability to be flexible and adapt to changing situations, shifting priorities or new circumstances. Individual is able to discern choices, challenges and opportunities in work events. | A |
| Teamwork is the individual's demonstrated willingness to work in cooperation with others for common goals. Individual is reliable, assumes accountability, keeps commitments, and is dependable in actions and communications. | A |
| Oral Communication is the ability to verbally communicate information and ideas in a clear manner and to exhibit good listening skills. Individual is sensitive to cultural differences and takes responsibility for ensuring listener understands verbal communication. | M |
| Written Communication is the ability to communicate information and ideas clearly in writing to include messages, memos, letters, reports or other documents. Individual exhibits good research or investigative skills when preparing written documents. | M |
| Work Behaviors/Habits is demonstration of appropriate workplace behaviors that show awareness of proper social conventions, respect for others, maturity and awareness of cultural differences. Individual seeks to resolve rather than create conflict in the workplace. | M |

## Employee Development Plan

Mr. Gaskins should continue to work with the Engineer Manager, and other engineers, to increase his knowledge of the Anne Arundel County Code, Design Manual and other manuals used during the plan review process in the development of his skills as a review engineer for the Development Division.

The following competencies apply to supe    ory employees only and each should be rated in     ox to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. *Supervisor should be assessing employee's position description and goals obtainment related to supervisory duties when evaluating below competencies.* Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Supervisory Competencies | Rating |
|---|---|
| **Managerial Skill** is the demonstration of intuitive and learned behavior that effectively guides assigned staff, schedules work and ensures completion, and adjusts work/direction of staff accordingly. Is able to appropriately resolve problems. | |
| **Leadership Ability** is the identifiable talent of the supervisor to set the vision, goals and direction of the supervisor's assigned staff as well as others impacted by the work of the group/unit/division. | |
| **Administrative Judgment** is the demonstration of sound and reasonable decision making and policy interpretation or creation to enhance the effectiveness of assigned staff. Supervisor is well versed in work demands, resources and work standards expected of the work group/unit/division and is able to redirect staff to react to change and to meet goals set for the staff. | |
| **Staff Development** is the investment the supervisor makes to ensure that assigned staff have the knowledge and skills necessary to carry out their duties within the resources provided. Supervisor ensures proper mentoring, training and other assistance to enhance the employee's efforts. | |

## Supervisor Development Plan

## Evaluator's Overall Comments

Mr. Gaskins has a good knowledge of general engineering requirements, and has demonstrated his ability to comprehend Division processes and policies, and apply those requirements to subsequent reviews.

Mr. Gaskins readily offers assistance to team members, engineering consultants and other customers when asked or needed.

Mr. Gaskins generally completes his reviews by the due dates.

## Goals for Next Evaluation Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles, in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consulting engineers.

## Summary of Scores

# of "A" Scores | 2 | # of "M" Scores | 13 | # of "B" Scores | 0

Overall Rating: [ X ] Pass     [ ] Fail

A passing score requires that an employee receives no more than two individual "B" ratings overall, not more than one of which is in supervisory category.

## Signatures

| | | |
|---|---|---|
| Supervisor | *David C Brown* | Date 2/15/17 |
| Department Head or Designee | *RPK* | Date 2/15/17 |
| Department Head or Designee Comments | | |
| Employee | *Marcus C. Rankin* | Date 2/15/2017 |
| Employee Comments | DAVE IS A GREAT MANAGER! | |



# Anne Arundel County Government
## Position Description Form

| | | | |
|---|---|---|---|
| **Employee Name (First, Middle Initial, Last)** | | **Employee ID#** | **PSC #** |
| Marcus C. Gaskins | | 31555 | 1282 |

| | | | | |
|---|---|---|---|---|
| **Position Title** | Engineer III | **Current Rating Period** | **From** 08/25/16 | **To** 02/24/17 |
| **Department** | Inspections and Permits | **Supervisor** | David Braun | |
| **Work Location** | 2664 Riva Road, Annapolis | **Supervisor Title** | Engineer Manager | |
| **Division** | Engineering | | | |

## Job Summary (Briefly describe the main purpose of this position in one or two sentences)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

## Essential Duties (List the principle duties, tasks and responsibilities upon which the employee will be evaluated. This list is not limited in number and is referred to when evaluating performance factors)

1. Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2. Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for existing and proposed developments for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3. Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4. Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5. Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6. Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

Lifting heavy boxes for short periods of time. Sitting at a desk for long periods of time.

Occasional field visits to construction sites or undeveloped sites.

N/A

**Required Signatures**

| | | | |
|---|---|---|---|
| Supervisor | *David C Bryan* | Date | 2/15/17 |
| Department Head | *signature* | Date | 2/15/17 |
| Employee | *Marcus C. Gardner* | Date | 2/15/2017 |

Note: This document is to be provided to newly hired employees and when employee's job duties change. It is to be attached to the Performance Planning and Appraisal form when performance evaluations are conducted.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

**Employee Name (First, Middle Initial, Last)**
Marcus C. Gaskins

**Employee ID#**
31555

**PSC #**
1282

| Position Title | Engineer III | Current Rating Period | From 08/25/16 | To 02/24/17 |
|---|---|---|---|---|

| Department | Inspections and Permits | Supervisor | David Braun |
|---|---|---|---|

| Work Location | 2664 Riva Road, Annapolis | Supervisor Title | Engineer Manager |
|---|---|---|---|

| Division | Engineering |
|---|---|

## Rating Definitions

**Above Standards:** The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

**Meets Standards:** The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

**Below Standards:** The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

## Goals for this Rating Period

Mr. Gaskins should become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should become familiar with the County processes and procedures.

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures.



# Anne Arundel County Government
## Position Description Form

DANA WOOTEN

| Employee Name (First, Middle Initial, Last) | Employee ID# | PSC # |
|---|---|---|
| Marcus C. Gaskins | 31555 | 1282 |

| | | From | To |
|---|---|---|---|
| **Position Title** | Engineer III | **Current Rating Period** | 02/25/17 | 08/25/17 |
| **Department** | Inspections and Permits | **Supervisor** | David Braun | |
| **Work Location** | 2664 Riva Road, Annapolis | **Supervisor Title** | Engineer Manager | |
| **Division** | Engineering | | | |

**Job Summary** (Briefly describe the main purpose of this position in one or two sentences.)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

**Essential Duties** (List the principle duties, tasks and responsibilities upon which the employee will be evaluated. This list is not limited in number and is referred to when evaluating performance factors.)

1. Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2. Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for existing and proposed developments for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3. Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4. Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5. Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6. Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

Lifting heavy boxes for short periods of time. Sitting at a desk for long periods of time.

Occasional field visits to construction sites or undeveloped sites.

N/A

**Required Signatures**

| | | |
|---|---|---|
| Supervisor _David C Brown_ | Date | _8/23/17_ |
| Department Head _____ | Date | _____ |
| Employee _____ | Date | _____ |

**Note:** This document is to be provided to newly hired employees and when employee's job duties change. It is to be attached to the Performance Planning and Appraisal form when performance evaluations are conducted.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

**Employee Name (First, Middle Initial, Last)**

Marcus C. Gaskins

**Employee ID#**

31555

**PSC #**

1282

| Position Title | Engineer III | Current Rating Period | **From** 02/25/17 | **To** 08/25/17 |
|---|---|---|---|---|

**Department** Inspections and Permits

**Supervisor** David Braun

**Work Location** 2664 Riva Road, Annapolis

**Supervisor Title** Engineer Manager

**Division** Engineering

---

## Rating Definitions

**Above Standards:** The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

**Meets Standards:** The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

**Below Standards:** The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

---

## Goals for this Rating Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles, in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consulting engineers.

---

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with his reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures. He continues to work on providing comments limited to those that are appropriate for the Engineering and/or Traffic reviews.

The following competencies apply to all employees and each should be rated in the box to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Employee Competencies | Rating |
|---|---|
| **Knowledge** is the familiarity and understanding the individual has with the assigned job, the field of work and the context in which the work is performed. This is typically gained through formal education and training, on-the-job training and experience, and other informal learning experiences. | M |
| **Ability** is the suitability of the individual to be called upon to perform assigned tasks based on the individual's natural or acquired skill or talent. | M |
| **Judgment** is the demonstration of sound and reasonable decision making. Individual is able to research and weigh alternatives and deliver services in a timely and cost effective manner. Respects and maintains confidentiality of information and records. | B |
| **Integrity** is the demonstration of the values of ethics, honesty, trustworthiness, and reliability. Employee can be depended upon to make fair and reasonable decisions. | M |
| **Personal Development** is the evidence of the individual's growth in maturity and confidence in handling the employee's assigned duties and the demonstration of potential for taking on new tasks and developing skills. | B |
| **Work Quality** is evidenced by the employee's skill in delivering complete, accurate, and thorough work products. Employee is able to anticipate problem areas, detect and correct errors, follow through with assignments, and make suggestions for improvement. | M |
| **Work Standards** as guided by policy and procedure, legal mandates, safety standards, as well as formal guidelines are understood and followed by the employee. | M |
| **Productivity** is the demonstrated ability of the individual to complete work assignments accurately, efficiently, and creatively to meet the work standards expected for the assigned work. Individual meets assigned goals and constructively contributes to the goals of the work unit and is not idle. | M |
| **Customer Focus** is the demonstrated ability of the employee to "put the customer first" by determining customer needs, being responsive and creative in finding solutions to problems and ensuring delivery of services to provide the best outcome for the customer utilizing available resources while being mindful of work standards and legal mandates. | M |
| **Initiative and Motivation** is evident in the willingness to take on assignments or search for and support alternative methods of completing work that enhance the workplace. Employee stays engaged in work and does not waste time on the job. | M |
| **Adaptability** is the ability to be flexible and adapt to changing situations, shifting priorities or new circumstances. Individual is able to discern choices, challenges and opportunities in work events. | M |
| **Teamwork** is the individual's demonstrated willingness to work in cooperation with others for common goals. Individual is reliable, assumes accountability, keeps commitments, and is dependable in actions and communications. | M |
| **Oral Communication** is the ability to verbally communicate information and ideas in a clear manner and to exhibit good listening skills. Individual is sensitive to cultural differences and takes responsibility for ensuring listener understands verbal communication. | M |
| **Written Communication** is the ability to communicate information and ideas clearly in writing to include messages, memos, letters, reports or other documents. Individual exhibits good research or investigative skills when preparing written documents. | M |
| **Work Behaviors/Habits** is demonstration of appropriate workplace behaviors that show awareness of proper social conventions, respect for others, maturity and awareness of cultural differences. Individual seeks to resolve rather than create conflict in the workplace. | B |

## Employee Development Plan

Mr. Gaskins should continue to work with the Engineer Manager, and other engineers, to increase his knowledge of the Anne Arundel County Code, Design Manual and other manuals used during the plan review process in the development of his skills as a review engineer for the Engineering Division, and ability to properly identify comments for either the Engineering or Traffic reviews that he is assigned.

The following competencies apply to supervisory employees only and each should be rated in the box to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment related to supervisory duties when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Supervisory Competencies | Rating |
|---|---|
| **Managerial Skill** is the demonstration of intuitive and learned behavior that effectively guides assigned staff, schedules work and ensures completion, and adjusts work/direction of staff accordingly. Is able to appropriately resolve problems. | |
| **Leadership Ability** is the identifiable talent of the supervisor to set the vision, goals and direction of the supervisor's assigned staff as well as others impacted by the work of the group/unit/division. | |
| **Administrative Judgment** is the demonstration of sound and reasonable decision making and policy interpretation or creation to enhance the effectiveness of assigned staff. Supervisor is well versed in work demands, resources and work standards expected of the work group/unit/division and is able to redirect staff to react to change and to meet goals set for the staff. | |
| **Staff Development** is the investment the supervisor makes to ensure that assigned staff have the knowledge and skills necessary to carry out their duties within the resources provided. Supervisor ensures proper mentoring, training and other assistance to enhance the employee's efforts. | |

**Supervisor Development Plan**



**Evaluator's Overall Comments**

Mr. Gaskins has a good understanding of general engineering concepts, and has demonstrated his ability to comprehend Division processes and policies and apply those requirements to his reviews. Mr. Gaskins readily offers assistance to team members, consultants and customers when asked or needed.

Mr. Gaskins generally completes his reviews by the due date. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with the Engineering and/or Traffic reviews.

Mr. Gaskins can improve on understanding the limits of his reviews, providing the type of comments that are appropriate for the specific review, providing comments that meet the goals of the County and I&P, and working with consultants and other reviewers to help move projects through the approval process.

**Goals for Next Evaluation Period**

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the County's regulatory requirements for Engineering and Traffic reviews to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consultants.

Mr. Gaskins should continue to work on understanding the limits of his reviews, what type of comments are appropriate, and help projects move through the review and approval process by working with consultants and other reviewers.

# of "A" Scores    0      # of "M" Scores    12      # of "B" Scores    3

**Overall Rating:**     [   ]   **Pass**         [ X ]   **Fail**

A passing score requires that an employee receives no more than two individual "B" ratings overall, not more than one of which is in supervisory category.

## Signatures

| | | |
|---|---|---|
| Supervisor | *David C. Brown* | Date   2/23/17 |
| Department Head or Designee | | Date |
| Department Head or Designee Comments | | |
| | | |
| | | |
| | | |
| Employee | | Date |
| Employee Comments | | |
| | | |
| | | |
| | | |



# Anne Arundel County Government
# Position Description Form

| Employee Name (First, Middle Initial, Last) | Employee ID# | | PSC # |
|---|---|---|---|
| Marcus C. Gaskins | 31555 | | 1282 |

| | | | From | To |
|---|---|---|---|---|
| **Position Title** | Engineer III | **Current Rating Period** | 08/25/16 | 08/25/17 |
| **Department** | Inspections and Permits | **Supervisor** | David Braun | |
| **Work Location** | 2664 Riva Road, Annapolis | **Supervisor Title** | Engineer Manager | |
| **Division** | Engineering | | | |

## Job Summary (Briefly describe the main purpose of this position in one or two sentences.)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

## Essential Duties (List the principle duties, tasks and responsibilities upon which the employee will be evaluated. This list is not limited in number and is referred to when evaluating performance factors.)

1. Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2. Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for existing and proposed developments for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3. Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4. Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5. Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6. Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

Lifting heavy boxes for short periods of time. Sitting at a desk for long periods of time.

Occasional field visits to construction sites or undeveloped sites.

N/A

**Required Signatures**

| | | |
|---|---|---|
| Supervisor | _Leonard P. Brown_ | Date _9/27/17_ |
| Department Head | | Date |
| Employee | | Date |

**Note:** This document is to be provided to newly hired employees and when employee's job duties change. It is to be attached to the Performance Planning and Appraisal form when performance evaluations are conducted.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

| Employee Name (First, Middle Initial, Last) | Employee ID# | PSC # |
|---|---|---|
| Marcus C. Gaskins | 31555 | 1282 |

| Position Title | Engineer III | Current Rating Period | From 02/25/17 | To 08/25/17 |
|---|---|---|---|---|
| Department | Inspections and Permits | Supervisor | David Braun | |
| Work Location | 2664 Riva Road, Annapolis | Supervisor Title | Engineer Manager | |
| Division | Engineering | | | |

## Rating Definitions

**Above Standards:** The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

**Meets Standards:** The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

**Below Standards:** The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

## Goals for this Rating Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles, in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consulting engineers.

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with his reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures. He continues to work on providing comments limited to those that are appropriate for the Engineering and/or Traffic reviews.

The following competencies apply to all employees and each should be rated in the box to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Employee Competencies | Rating |
|---|---|
| Knowledge is the familiarity and understanding the individual has with the assigned job, the field of work and the context in which the work is performed. This is typically gained through formal education and training, on-the-job training and experience, and other informal learning experiences. | M |
| Ability is the suitability of the individual to be called upon to perform assigned tasks based on the individual's natural or acquired skill or talent. | M |
| Judgment is the demonstration of sound and reasonable decision making. Individual is able to research and weigh alternatives and deliver services in a timely and cost effective manner. Respects and maintains confidentiality of information and records. | B |
| Integrity is the demonstration of the values of ethics, honesty, trustworthiness, and reliability. Employee can be depended upon to make fair and reasonable decisions. | M |
| Personal Development is the evidence of the individual's growth in maturity and confidence in handling the employee's assigned duties and the demonstration of potential for taking on new tasks and developing skills. | M |
| Work Quality is evidenced by the employee's skill in delivering complete, accurate, and thorough work products. Employee is able to anticipate problem areas, detect and correct errors, follow through with assignments, and make suggestions for improvement. | M |
| Work Standards as guided by policy and procedure, legal mandates, safety standards, as well as formal guidelines are understood and followed by the employee. | M |
| Productivity is the demonstrated ability of the individual to complete work assignments accurately, efficiently, and creatively to meet the work standards expected for the assigned work. Individual meets assigned goals and constructively contributes to the goals of the work unit and is not idle. | M |
| Customer Focus is the demonstrated ability of the employee to "put the customer first" by determining customer needs, being responsive and creative in finding solutions to problems and ensuring delivery of services to provide the best outcome for the customer utilizing available resources while being mindful of work standards and legal mandates. | M |
| Initiative and Motivation is evident in the willingness to take on assignments or search for and support alternative methods of completing work that enhance the workplace. Employee stays engaged in work and does not waste time on the job. | M |
| Adaptability is the ability to be flexible and adapt to changing situations, shifting priorities or new circumstances. Individual is able to discern choices, challenges and opportunities in work events. | M |
| Teamwork is the individual's demonstrated willingness to work in cooperation with others for common goals. Individual is reliable, assumes accountability, keeps commitments, and is dependable in actions and communications. | M |
| Oral Communication is the ability to verbally communicate information and ideas in a clear manner and to exhibit good listening skills. Individual is sensitive to cultural differences and takes responsibility for ensuring listener understands verbal communication. | M |
| Written Communication is the ability to communicate information and ideas clearly in writing to include messages, memos, letters, reports or other documents. Individual exhibits good research or investigative skills when preparing written documents. | M |
| Work Behaviors/Habits is demonstration of appropriate workplace behaviors that show awareness of proper social conventions, respect for others, maturity and awareness of cultural differences. Individual seeks to resolve rather than create conflict in the workplace. | B |

## Employee Development Plan

See Attached

The following competencies apply to supervisory employees only and each should be rated in the box to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment related to supervisory duties when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Supervisory Competencies | Rating |
|---|---|
| Managerial Skill is the demonstration of intuitive and learned behavior that effectively guides assigned staff, schedules work and ensures completion, and adjusts work/direction of staff accordingly. Is able to appropriately resolve problems. | |
| Leadership Ability is the identifiable talent of the supervisor to set the vision, goals and direction of the supervisor's assigned staff as well as others impacted by the work of the group/unit/division. | |
| Administrative Judgment is the demonstration of sound and reasonable decision making and policy interpretation or creation to enhance the effectiveness of assigned staff. Supervisor is well versed in work demands, resources and work standards expected of the work group/unit/division and is able to redirect staff to react to change and to meet goals set for the staff. | |
| Staff Development is the investment the supervisor makes to ensure that assigned staff have the knowledge and skills necessary to carry out their duties within the resources provided. Supervisor ensures proper mentoring, training and other assistance to enhance the employee's efforts. | |

## Supervisor Development Plan

## Evaluator's Overall Comments

Mr. Gaskins has a good understanding of general engineering concepts, and has demonstrated his ability to comprehend Division processes and policies and apply those requirements to his reviews. Mr. Gaskins readily offers assistance to team members, consultants and customers when asked or needed.

Mr. Gaskins generally completes his reviews by the due date. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with the Engineering and/or Traffic reviews.

Mr. Gaskins can improve on understanding the limits of his reviews, providing the type of comments that are appropriate for the specific review, providing comments that meet the goals of the County and I&P, and working with consultants and other reviewers to help move projects through the approval process.

## Goals for Next Evaluation Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the County's regulatory requirements for Engineering and Traffic reviews to his project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consultants.

Mr. Gaskins should continue to develop his knowledge of engineering principles in relation to project reviews, understanding the limits of his reviews, what type of comments are appropriate, and help projects move through the review and approval process by working with consultants and other reviewers.

Mr. Gaskins should learn to discuss, and subsequently accept, supervisors decisions on comments to understand the reasoning, and apply that reasoning to subsequent reviews. Mr. Gaskins should work to reduce the amount of leave taken, especially occurrences same day notification of the use of disability leave.

# of "A" Scores    [ 0 ]          # of "M" Scores    [ 13 ]          # of "B" Scores    [ 2 ]

**Overall Rating:**          [ X ]    Pass          [   ]    Fail

A passing score requires that an employee receives no more than two individual "B" ratings overall, not more than one of which is in supervisory category.

## Signatures

| | | |
|---|---|---|
| Supervisor | *David C. Brown* | Date  9/27/17 |
| Department Head or Designee | | Date |
| Department Head or Designee Comments | | |
| Employee | | Date |
| Employee Comments | | |

Marcus Gaskins
Performance Evaluation Form
August 25, 2017
Employee Development Plan


Mr. Gaskins should continue to work with the Engineer Manager to have all comment memos reviewed before they are distributed to other departments, as originally identified on March 10, 2017. Regular meetings will be scheduled with the Engineer Manager to review those memos, and discuss any resulting comments or questions.

Mr. Gaskins should continue to work with the Engineer Manager to stay within the review tasks of the Department. This can be accomplished by limiting comments to those that are appropriate Engineering review and/or Traffic review comments for the Department, providing comments only on projects that are being reviewed by Mr. Gaskins, and eliminating inappropriate interaction with other departments, such as the Fire Marshal, DPW Traffic Engineering, and the Office of Transportation relative to those department's recommendations in his memos.

Mr. Gaskins should work to reduce as much as possible the incidence of same-day notice of the use of disability leave. In his first year of employment there were 34 separate uses of disability leave, 11 of which occurred on Mondays. This consistent pattern of disability leave meets the definition of 'Disability leave abuse', per the employee relations manual, Section H-02 Disability Leave Administration, particularly when notice of leave is via same day email (on 20 occasions, of which 18 were disability leave, one personal day, and one floating holiday). In addition to the occurrences on Mondays, two of the leave dates were the day after a holiday, one on the day after the use of his personal day, and one on a day following an annual leave day.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

**Employee Name (First, Middle Initial, Last)**
Marcus C. Gaskins

**Employee ID#**
31555

**PSC #**
1282

**Position Title** Engineer III

**Current Rating Period**

| From | To |
|---|---|
| 08/25/16 | 08/25/17 |

**Department** Inspections and Permits

**Supervisor** David Braun

**Work Location** 2664 Riva Road, Annapolis

**Supervisor Title** Engineer Manager

**Division** Engineering

## Rating Definitions

**Above Standards:** The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

**Meets Standards:** The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

**Below Standards:** The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

## Goals for this Rating Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles, in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consulting engineers.

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with his reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures. He continues to work on providing comments limited to those that are appropriate for the Engineering and/or Traffic reviews.



# Anne Arundel County Government
## Position Description Form

| Employee Name (First, Middle Initial, Last) | | Employee ID# | PSC # |
|---|---|---|---|
| Marcus C. Gaskins | | 31555 | 1282 |

| | | | From | To |
|---|---|---|---|---|
| Position Title | Engineer III | Current Rating Period | 02/25/17 | 08/25/17 |
| Department | Inspections and Permits | Supervisor | David Braun | |
| Work Location | 2664 Riva Road, Annapolis | Supervisor Title | Engineer Manager | |
| Division | Engineering | | | |

## Job Summary (Briefly describe the main purpose of this position in one or two sentences.)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

## Essential Duties (List the principle duties, task, and responsibilities upon which the employee will be evaluated. This list is not limited in number and is referred to when evaluating performance factors.)

1.  Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2.  Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for existing and proposed developments for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3.  Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4.  Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5.  Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6.  Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

# Anne Arundel County
## Personnel Action Authorization

**G**

| Employee I.D. Number | HR Department | Business Unit | Effective Date |||
|---|---|---|---|---|---|
| | | | Month | Day | Year |
| 3 1 5 5 5 | I A P 2 8 5 2 4 2 | 0 0 1 2 8 2 | 09 | 07 | 17 |

**First Name Space Middle Initial Space Last Name** — Suffix

M A R C U S _ C _ G A S K I N S

Address Line 1 — Home Phone

Address Line 2 — Business Phone

City — State — Zip Code — County

| Position Control # | Job Class | CDS Code | FLSA Status | Full/Part-Time | Reg/Temp |
|---|---|---|---|---|---|
| 4 9 1 5 0 | 2 3 4 3 | | F — | % R — | |

| Pay Group | Salary Plan | Grade | Step | Longevity | Comp Rate (Hourly) | Std Hours | Union Code |
|---|---|---|---|---|---|---|---|
| A 4 D | N R | 1 8 | | | 3 1 . 7 9 5 | 0 8 0 0 0 | |

**Action:** Pay for Performance

**Job Title:** Engineer III

**Grade-Step-Long:**

**Annual Salary:** $63,589 (From)   $66,133 (To)

Check Dist. Cd.: Q 0 1

Badge I.D. Number: 0 0 0 0

Pay Rule: B 8 0 0 0

File Number: 0 0 0 0 3 2 5 5 9 8

Social Security #: X X X — X X —

| | M/S | Exempt | Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal Tax | | | | |
| State Tax | | | | |

Benefit Eligible: ☐
Grant Funded: _____ % ☐
Employment Agreement: ☐
CDL Background: ☐

**Comments:** Pay for Performance  FY18 4%

**Annual Leave Hours:**

### For Personnel Use Only
CMGT Payable Disability Leave:

Flexible Holidays

☐ Not Eligible for Rehire

---

**(For Personnel Use Only)  APROVAL NUMBER IF APPLICABLE :**

| | Date | Personnel Officer | Date | Chief Admin Officer | Date |
|---|---|---|---|---|---|
| Supervisor | 10/9/17 | | | | |
| Appointing Authority | 10/9/17 | Budget Officer | | County Executive | Date |

**All Necessary Back Up Material Must Be Attached**

Revision August 2011



# Anne Arundel County Government
## Position Description Form

| | | |
|---|---|---|
| **Employee Name (First, Middle Initial, Last)** | **Employee ID#** | **PSC #** |
| Marcus C. Gaskins | 31555 | 1282 |

| | | | | |
|---|---|---|---|---|
| **Position Title** | Engineer III | **Current Rating Period** | **From** 08/25/16 | **To** 08/25/17 |
| **Department** | Inspections and Permits | **Supervisor** | David Braun | |
| **Work Location** | 2664 Riva Road, Annapolis | **Supervisor Title** | Engineer Manager | |
| **Division** | Engineering | | | |

**Job Summary** (Briefly describe the main purpose of this position in one or two sentences.)

Reviews road, storm drain, stormwater management, and utility plans, Traffic Impact Studies and traffic control plans, as well as grading and building permits, for existing/proposed development for compliance with applicable State and County Codes.

**Essential Duties** (List the principle duties, tasks and responsibilities upon which the employee will be evaluated. This list is to be limited in number and is referred to when evaluating Performance Factors.)

1. Reviews for road, storm drain, stormwater management and utility plans, as well as floodplain studies and stormwater management reports for proposed and/or existing subdivisions, site development plans, modifications, building and grading permits, variance and special exceptions applications. Reviews cost estimates and easement plans for public works and utility agreements.

2. Reviews Traffic Impact studies, Traffic Mitigation proposals, road plans, Traffic Control plans, and street tree plans for existing and proposed developments for compliance with applicable codes. Reviews Traffic Impact Study Scoping letters, consolidates review comments and provides responses to consultants.

3. Responds to written and verbal inquiries regarding the County Code's standards and regulations. Attends individual and public meetings to represent the County and to discuss comments generated by project reviews as noted in 1 and 2 above. Provides service to the general public as a Department Representative by addressing the needs of walk-in customers, giving assistance to customers over the phone, and serving as Engineer-of-the-Day.

4. Performs special duties that are affiliated with civil engineering/utilities issues on a case-by-case basis. Attends on-site field reviews and makes recommendations on the engineering/utility issues and plans as necessary.

5. Completes the above noted reviews for compliance with Environmental Site Design criteria and enforces the implementation of these criteria with a positive attitude in all meetings, discussions and correspondence.

6. Willingly follows directives from supervisors and carries out these directives in a timely manner, meets prescribed review time frames, and consistently implements the policies and procedures that are provided by the Office.

Lifting heavy boxes for short periods of time.  Sitting at a desk for long periods of time.

Occasional field visits to construction sites or undeveloped sites.

N/A

| | | Date | |
|---|---|---|---|
| **Supervisor** | *David A. Brown / Eva Kerchup* 10-3-17 | Date | 9/29/17 |
| **Department Head** | *[signature]* | Date | 10/4/17 |
| **Employee** | *Marcus C. Harbins* | Date | 9/29/2017 |

**Note:** This document is to be provided to newly hired employees and when employee's job duties change.  It is to be attached to the Performance Planning and Appraisal form when performance evaluations are conducted.



# Anne Arundel County Government
## FY09 Non-Represented Performance Evaluation Form

**Employee Name (First, Middle Initial, Last)**
Marcus C. Gaskins

**Employee ID#**
31555

**PSC #**
1282

**Position Title**
Engineer III

**Current Rating Period**

| From | To |
|---|---|
| 08/25/16 | 08/25/17 |

**Department**
Inspections and Permits

**Supervisor**
David Braun

**Work Location**
2664 Riva Road, Annapolis

**Supervisor Title**
Engineer Manager

**Division**
Engineering

## Rating Definitions

**Above Standards:** The employee's competency in this area is *consistently above the standards* for this position. The individual is goal oriented and *noticeably skilled* in improving process, practice and product with many enhancements or improvements and is able to attain goals even under challenging circumstances.

**Meets Standards:** The employee performs requirements accurately, completely and timely. Demonstrates work skills that *consistently meet and on occasion exceed* job expectations in performance. Requires minimal supervision and guidance. Performance meets the standards for a position and is typical of the *dependable* employee who accomplishes assigned work.

**Below Standards:** The employee *fails to perform* work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and *performance is below expectation.*

## Goals for this Rating Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the regulatory requirements to his project reviews.

Mr. Gaskins should continue to develop his knowledge of engineering principles, in relation to project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consulting engineers.

## Status of Goals for this Rating Period

Mr. Gaskins is learning the Codes and Manuals used in his reviews, and how to apply the regulatory requirements to his project reviews. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with his reviews.

Mr. Gaskins is becoming familiar with the County processes and procedures. He continues to work on providing comments limited to those that are appropriate for the Engineering and/or Traffic reviews.

The following competencies apply to all employees and each should be rated in the box to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Employee Competencies | Rating |
|---|---|
| **Knowledge** is the familiarity and understanding the individual has with the assigned job, the field of work and the context in which the work is performed. This is typically gained through formal education and training, on-the-job training and experience, and other informal learning experiences. | M |
| **Ability** is the suitability of the individual to be called upon to perform assigned tasks based on the individual's natural or acquired skill or talent. | M |
| **Judgment** is the demonstration of sound and reasonable decision making. Individual is able to research and weigh alternatives and deliver services in a timely and cost effective manner. Respects and maintains confidentiality of information and records. | B |
| **Integrity** is the demonstration of the values of ethics, honesty, trustworthiness, and reliability. Employee can be depended upon to make fair and reasonable decisions. | M |
| **Personal Development** is the evidence of the individual's growth in maturity and confidence in handling the employee's assigned duties and the demonstration of potential for taking on new tasks and developing skills. | M |
| **Work Quality** is evidenced by the employee's skill in delivering complete, accurate, and thorough work products. Employee is able to anticipate problem areas, detect and correct errors, follow through with assignments, and make suggestions for improvement. | M |
| **Work Standards** as guided by policy and procedure, legal mandates, safety standards, as well as formal guidelines are understood and followed by the employee. | M |
| **Productivity** is the demonstrated ability of the individual to complete work assignments accurately, efficiently, and creatively to meet the work standards expected for the assigned work. Individual meets assigned goals and constructively contributes to the goals of the work unit and is not idle. | M |
| **Customer Focus** is the demonstrated ability of the employee to "put the customer first" by determining customer needs, being responsive and creative in finding solutions to problems and ensuring delivery of services to provide the best outcome for the customer utilizing available resources while being mindful of work standards and legal mandates. | M |
| **Initiative and Motivation** is evident in the willingness to take on assignments or search for and support alternative methods of completing work that enhance the workplace. Employee stays engaged in work and does not waste time on the job. | M |
| **Adaptability** is the ability to be flexible and adapt to changing situations, shifting priorities or new circumstances. Individual is able to discern choices, challenges and opportunities in work events. | M |
| **Teamwork** is the individual's demonstrated willingness to work in cooperation with others for common goals. Individual is reliable, assumes accountability, keeps commitments, and is dependable in actions and communications. | M |
| **Oral Communication** is the ability to verbally communicate information and ideas in a clear manner and to exhibit good listening skills. Individual is sensitive to cultural differences and takes responsibility for ensuring listener understands verbal communication. | M |
| **Written Communication** is the ability to communicate information and ideas clearly in writing to include messages, memos, letters, reports or other documents. Individual exhibits good research or investigative skills when preparing written documents. | M |
| **Work Behaviors/Habits** is demonstration of appropriate workplace behaviors that show awareness of proper social conventions, respect for others, maturity and awareness of cultural differences. Individual seeks to resolve rather than create conflict in the workplace. | B |

**Employee Development Plan**

See Attached

The following competencies apply to supervisory employees only and each should be rated in the box to the right as either "A" for Above Standards, "M" for Meets Standards, or "B" for Below Standards. Supervisor should be assessing employee's position description and goals obtainment related to supervisory duties when evaluating below competencies. Employee is not eligible for a performance pay award if received more than two individual "B" ratings overall, not more than one of which is in the supervisory competencies.

| Supervisory Competencies | Rating |
|---|---|
| **Managerial Skill** is the demonstration of intuitive and learned behavior that effectively guides assigned staff, schedules work and ensures completion, and adjusts work/direction of staff accordingly. Is able to appropriately resolve problems. | |
| **Leadership Ability** is the identifiable talent of the supervisor to set the vision, goals and direction of the supervisor's assigned staff as well as others impacted by the work of the group/unit/division. | |
| **Administrative Judgment** is the demonstration of sound and reasonable decision making and policy interpretation or creation to enhance the effectiveness of assigned staff. Supervisor is well versed in work demands, resources and work standards expected of the work group/unit/division and is able to redirect staff to react to change and to meet goals set for the staff. | |
| *Staff Development is the investment the supervisor makes to ensure that assigned staff have the knowledge and skills necessary to carry out their duties within the resources provided. Supervisor ensures proper mentoring, training and other assistance to enhance the employee's efforts.* | |

## Supervisor Development Plan

## Evaluator's Overall Comments

Mr. Gaskins has a good understanding of general engineering concepts, and has demonstrated his ability to comprehend Division processes and policies and apply those requirements to his reviews. Mr. Gaskins readily offers assistance to team members, consultants and customers when asked or needed.

Mr. Gaskins generally completes his reviews by the due date. However he has a tendency to rely on comments from other agencies rather than developing comments based on the codes and regulations associated with the Engineering and/or Traffic reviews.

Mr. Gaskins can improve on understanding the limits of his reviews, providing the type of comments that are appropriate for the specific review, providing comments that meet the goals of the County and I&P, and working with consultants and other reviewers to help move projects through the approval process.

## Goals for Next Evaluation Period

Mr. Gaskins should continue to become familiar with the Codes and Manuals used in his reviews, and apply the County's regulatory requirements for Engineering and Traffic reviews to his project reviews, and be able to transfer this information to his peers within this Division, as well as to citizens, clients and consultants.

Mr. Gaskins should continue to develop his knowledge of engineering principles in relation to project reviews, understanding the limits of his reviews, what type of comments are appropriate, and help projects move through the review and approval process by working with consultants and other reviewers.

Mr. Gaskins should learn to discuss, and subsequently accept, supervisors decisions on comments to understand the reasoning, and apply that reasoning to subsequent reviews. Mr. Gaskins should work to reduce the amount of leave taken, especially occurrences same day notification of the use of disability leave.

# of "A" Scores [ 0 ]    # of "M" Scores [ 13 ]    # of "B" Scores [ 2 ]

**Overall Rating:**    [ X ] **Pass**    [   ] **Fail**

A passing score requires that an employee receives no more than two individual "B" ratings overall, not more than one of which is in supervisory category.

**Signatures**

| | | | |
|---|---|---|---|
| Supervisor | _David C. Brown_ _Eva Kirchner_ | Date | 9/27/17 10-3-17 |
| Department Head or Designee | _[signature]_ | Date | 10/4/17 |
| Department Head or Designee Comments | | | |
| Employee | SIGNED WITH REBUTTAL: _Marcus C. [signature]_ | Date | 9/29/2017 |
| Employee Comments | SEE ATTACHED REBUTTAL FOR FICE WITH ADDITIONAL ATTACHMENTS | | |

Marcus Gaskins
Performance Evaluation Form
August 25, 2017
Employee Development Plan


Mr. Gaskins should continue to work with the Engineer Manager to have all comment memos reviewed before they are distributed to other departments, as originally identified on March 10, 2017. Regular meetings will be scheduled with the Engineer Manager to review those memos, and discuss any resulting comments or questions.

Mr. Gaskins should continue to work with the Engineer Manager to stay within the review tasks of the Department. This can be accomplished by limiting comments to those that are appropriate Engineering review and/or Traffic review comments for the Department, providing comments only on projects that are being reviewed by Mr. Gaskins, and eliminating inappropriate interaction with other departments, such as the Fire Marshal, DPW Traffic Engineering, and the Office of Transportation relative to those department's recommendations in his memos.

Mr. Gaskins should work to reduce as much as possible the incidence of same-day notice of the use of disability leave, In his first year of employment there were 34 separate uses of disability leave, 11 of which occurred on Mondays. This consistent pattern of disability leave meets the definition of 'Disability leave abuse', per the employee relations manual, Section H-02 Disability Leave Administration, particularly when notice of leave is via same day email (on 20 occasions, of which 18 were disability leave, one personal day, and one floating holiday). In addition to the occurrences on Mondays, two of the leave dates were the day after a holiday, one on the day after the use of his personal day, and one on a day following an annual leave day.

Marcus Gaskins' Rebuttal to 2nd Annual Evaluation Meeting Dated September 28, 2017

Thank you for providing me with the opportunity to provide a response to the meeting on September 28, 2017, and for updating my evaluation. I am willing to accept a passing evaluation, and would like to state for the record that my responses here are providing my defense to the negative information presented. I wish to develop into a career engineer, if it is perceived that I am not one at this time. Susan Herrold stated a number of things in the meeting that was very nice. There was one to two things I noted that I did not agree with. One was when she stated that the 6 month review I had was for retaining from probation and is not used along with the annual review. I believe that these two reviews are connected and the 6 month review even has a section where it provides the goals for the next review period. This document should provide enough information to show that I have done what was identified in the goals section of my 6 month evaluation. Second, I was told that there is no way I will get any increase for obtaining my professional engineer license because I am at the top of the Engineering class. I disagree, because my initial hire documentation stated that I may be promoted to a higher position upon the discretion of my supervisor. David Braun stated that he would forward my information for a desk audit or pay increase upon obtaining my license. I am providing a copy of my 6 month evaluation with this document. It would be beneficial if I were guided more clearly and instructed on the policies in the department as well as informed when it was identified that I was not meeting the minimum criteria, if it is ultimately determined that this is the final decision. I would like to focus on the big picture here because all I am trying to do is provide comments on roads, buildings, developments, and future design comments for faster reviews. I can just approve the plans, but I would like to be able to do my job and provide the comments to the consultant without a lot of issues. I have worked with the other engineers and the other agencies, such as the Fire Marshal, the Office of Transportation, and the Department of Public Works Traffic Engineering Division, because they are important to public and private road widths for the Fire Marshal, important to connectivity with developments and commercial properties both on-site, connecting the sites, and on the roads for the Office of Transportation, and because the public county road work that is completed as a result of the project reviews that I do, have to be accepted and transferred over to the Department of Public Works once completed, or they become the Department of Public Works problem.

1. There are a number of typographical errors shown in the evaluation form:
    a. The evaluation form page 2 should include other duties as assigned under the additional information to cover the work done outside of my job description. More details were provided in the email sent to the appointing staff dated Monday, September 4, 2017.
    b. Page 3 of the evaluation still shows the annual evaluation review period from February 25, 2017 to August 25, 2017, when it is supposed to be an annual review.
    c. On page 3, under status of Goals for this Rating Period, the second paragraph still does not recognize that I am familiar with the County processes and procedures, which is incorrect. The comment then provides a negative statement about comments that I provide not being within the limits of Engineering and/or Traffic Reviews. I believe all negative statements should be separated from this section of the evaluation.
        i. The same accusations are repeated about comments that are limited to Engineering and/or Traffic Reviews. I request that examples of these be shown and provided for the record because I believe this comment is unfounded.

In this meeting with Susan Herrold (Assistant Personnel Officer), Eva Kerchner (Assistant Director of Inspections and Permits), and David Braun (Engineering Manager in Inspections and Permits), the following items were discussed in detail:

2. I was informed that my evaluation has been updated since the August 23, 2017, meeting to allow me to correct one of the items shown and to provide a passing evaluation. With this evaluation was a supplemental document labeled as an Employee Development Plan, which is being provided to both discuss what to do in the near future and further elaborate on who's perspective I am responding to in the evaluation that I have to get to the bottom of the issues and resolve them.

3. While I am thankful of a passing evaluation, I believe that the negative information that is included in this Employee Development Plan should be separated and included in a Policy Document that is used to further implement throughout the entire Engineering Division under Inspections and Permits Letterhead.

    a. I stated that I have been working hard to get training by co-workers and to complete all of my assignments while still learning the way Anne Arundel County is doing the review processes. I also stated that I requested Anne Arundel County trainings by email and would like to still take the remaining trainings which were requested and that are still available for me to take. I specified how I separately went to the following people on different dates with different project to learn more about how the County does things:

        i. Judy Grasso provided me with specialized training on the Consolidated Property File Database, and how it corresponds to permits and tax account numbers.
        ii. John Bory, who is specifically good with utilities and critical area project. I even was able to do my own critical area project.
        iii. I sat down with Rania Carriker, and looked the soil boring reviews with stormwater management facilities, as well as peak management calculations from her perspective.
        iv. I went to John Kagiri, who spoke to me about how to check whether the proper amount of cover is being used for the inlets in the storm drain profiles.
        v. I went to Subhash Dhir, who let me know how sometimes it is not a big deal to on a project to get additional calculations if it is a very small project.
        vi. Sarah Fowler and Kirsten Cook to learn the way the County is doing the Traffic Reviews and the Adequacy of Public Facilities for Road Reviews;
        vii. I even went to Robert Murphy to see what he knows about TR-20 models.

    b. While I have read and understand the Anne Arundel County Code, the Arundel County Design Manual, the Anne Arundel County Stormwater Practices and Procedures Manual, and the Maryland Department of Environment Manuals, I also have specialized education, experience, and certifications in the Engineering and Traffic areas. This shows that I have taken initiative to learn about the Anne Arundel County policies.

4. On Page 4 of the evaluation, the Below Average Overall Competencies **Work Behaviors/Habits** was identified as a negative point and I was told that I am being placed "On Notice" for sick leave use. While a pattern of submitting leave slips is difficult to prove, and I disagree with the way in which this was presented; please see comment 6(c) below to see a response in my defense for this comment.

5.  Below Average Overall Competencies comment for Judgement –

a.  Eva Kerchner stated that I received a negative Below Average Standard for item number 6 below because I need to continue to let David Braun see my comments after this review and it was determine back on March 10, 2017 that David Braun should see all of my reviews. Even though this discussion point did not really have a basis for being below average standard, I stated that I was providing David Braun with all of my comments as requested. In my defense, please refer to comment 6 below which provides a more in-depth analysis on this subject.

6.  On Page 4 of the Evaluation, under the Employee Development Plan section, it states See attached. While it would have been better for me to see this plan prior to the meeting we just had, I would like to discuss the information in this sheet:

a.  Under paragraph 1, it states that meetings will be scheduled regularly with the Engineer Manager to review memos and discuss any resulting comments. It further makes reference to a March 10, 2017, email. I would like to put on record that I sent a reply email to this March 10, 2017, email asking what specifically is wrong with my reviews, if anything is wrong at all. Even though I was already providing David Braun with my documents to review, he still wants to have an extended continuous close observation of comments for Engineering and Traffic for potentially another year. This is unfair.

    i.  I stated that the reason why I started sending my 21 day draft comments directly to the consultant was because Dan Kane came to one of our Engineer Meetings and told all Engineers that they "do not have to go to David Braun to have him review their comments and that our projects should be treated like our own babies." It is unfair that the draft 21 day comments have to be so closely evaluated when the final 45 day letter does not go out for an additional 23 days. The review process used to be 30 days but was changed in early January 2017. Also, the Grading Permit comments review process was changed.

    ii.  I also stated that the consultants wanted to get Adequacy of Public Facilities for Schools at the time when there were complaint that the consultants used to manipulate their plan reviews through for Sketch approval. Eva Kerchner was unfamiliar with this process, and this asserts my statement in the meeting that she is a bit removed from our reviews but I was shocked that David Braun didn't say anything; The consultants need Adequacy of Public Facilities for Roads, Storm Drainage, and Utilities, prior to being able to obtain Adequacy of Public Facilities for Schools, and the County regulators had just passed a rule requiring the closing of the possibility to get Adequacy of Public Facilites for Schools for 6 years (must be verified for the exact date) on a date near to the time when Eva Kerchner discusses where they had complaints. More documentation can be provided upon request, but I was instructed to do my rebuttal very quickly since my annual increase will take time to be processed and back-dated.

    iii.  I believe it is unfair to apply complaints made in an effort to get a Sketch Plan approval for an adequacy of Public Facilities for school deadline to be used against me for my reviews and to be closely reviewed for another year.

iv. Even more specifically, the March 10th email from David Braun arose from the Chestnut Avenue Meeting where we discussed email sent out. Both John Bory and I were looking at these plans and stating that the plans were wrong. Then, I typed up comments that we both saw as wrong. I would also like to state that I studies water resources with a minor in statistics for my Master of Engineering Degree where I learned how to run stormwater management models and I did entire FEMA Letter of Map Revision Reviews in my previous engineering position prior to working for Anne Arundel County, so I have even more specialized experience in this area.

b. Under paragraph 2, it states that limiting the scope of my comments to those appropriate to Engineering Review and/or Traffic Review

i. This comment is something I would like looked into because we have been told by David to work with the Planner in OPZ to make sure our approval or unapproval are aligned. Head people and people that work under the head people (subordinates) in the Fire Marshal Department, DPW Traffic Engineering Division, the Office of Transportation, The OPZ Planners, and the MDOT SHA have all expressed how they believe we should be working with them where our areas overlap rather than to establish territories or state that we have the overall final decision and not work towards an agreement where all issues area addressed. More specific instances can be provided upon request. The initial instruction to contact the Fire Marshal for Private Roads because the Fire Marshal has the power to overrule our decision and the law that can be used is Rania Carriker. From this, I established the contact. The next thing is that there are specific projects that are being used as examples to show that I am the one going outside, however, the people whom I work with that have been working in the County for many years outline what the rules have been. For instance:

ii. With Summerfield Village and the Summerfield Road requirement to allow parking on one side of the road versus no parking, Kirsten Cook is the one who interjected and stated that DPW Traffic Engineering Division stated they only enforce the signs that are put up as a result of the Fire Marshal and the Fire Marshal says the road should have parking on one side. She stated that she thinks the County has really been messing up on the Townhouse Developments as it relates to parking. Dan Verrette in DPW Traffic Engineering Division has stated that people have been complaining about communities like Tanyard Cove South because there are not enough parking spaces. I think would not be accurate to write a memo stating No Parking should be required, when this is true, and honestly it doesn't make any sense to put up 250+ Townhomes and provide at least street parking on the main road.

iii. In our Traffic meeting with DPW ever Wednesday we are told that it would be best is we allow Nestor, Dan, and Bo the opportunity to look at the scoping by email, however it has been difficult to relay this information successfully to David.

iv. The Office of Transportation TIS Reviewers Brian Ulrich, Jon Mayer, and Martha Arzu-McIntosh have expressed their concerns about their comments not being addressed and them not getting an additional review of the plans. They then state we approve the TIS and the Traffic Review without letting them see the plans and they never get to see the Public Plan Reviews. I have explained the importance of this but it has net been received well.

   v. The OPZ Planners will come to me and express her concern where our comments overlap, and want to know how best to include the comment, but David believes it is not our job to look at an issue of this nature and to let the comment just go away.

   vi. The areas where comments overlap, I have suggested that we relay the comment to the other agency rather than ultimately remove the comment.

   vii. I would like to know if David Braun is the established decision maker overtop of all other agency comments where our issues overlap.

   viii. It is unclear how the role of the Office of Transportation will be implemented as it relates to our Traffic Reviews, Frontage Improvements, and Comments.

   ix. It is unfair to remove my ability to do my due diligence in my review and determine if the consultant is trying to get approvals of the plans without all comments being addressed that are related to my review area.

c. Under paragraph 3, it states that "I should reduce as much as possible the incidence of same-day notice of the use of disability leave. I would like specific dates that are being used against me on this accusation. This is a surprise issue that has been presented. It is unfair to generalize the use of the sick leave that I have used in this particular manner. I humbly request a copy of all documents being used to validate this information be provided. Also, the last sentence is very unclear, I would like to know specific holidays that are being discussed. Separate from the information above, I provide the following information and response in my defense:

   i. I provide the following recollection of the information provided and in my defense for this comment we have the following:

      1. Eva Kerchner states that I was using sick leave in a pattern for Monday Morning as an excuse to being late to work. The proof that was provided vaguely showed and didn't provide a copy of was a spreadsheet said to be completed by Dana Wooten that did not show the times for the sick leave that was used, nor did it show the purpose that was provided on the leave slip. I requested that a copy of all of my leave slips be provided in my defense. Then, Eva Kerchner further stated that the information she has shows that there were 34 occurrences of sick leave, 11 of which were on Mondays, and 24 of the sick leave situations were done with same day emails. I stated that David Braun in the Annual Evaluation meeting I had with him on August 23, 2017, that is currently under grievance review for this meeting, stated that there was no pattern in the use of my sick leave. I then asked what the rules will be for me as we proceed through the year; more specifically- "Do I need to submit a doctor's note prior to the use of sick leave?" and Eva Kerchner then stated that I do not have to do this right now. I am just on notice. I asked that a policy be provided if possible so I will know the rules I have to follow.

2. In my defense, I stated that David Braun did not inform me that I was not allowed to use sick leave until the week of November 14, 2017, where he stated that Dana Wooten just notified him that I am not allowed to use sick leave within the first 6 months of employment. To that end, all of the related sick leave slips used prior to this week should not count. Also, David Braun stated that "I could use whatever annual and sick leave I wanted after the 6 month probation has ended." After the 6 month probation, I was never informed that I was using sick leave incorrectly. At the annual review dated August 23, 2017, I was told that I should have kept 40 hours of sick leave during the prior year and this is something being used for the annual evaluation. This is not fair, because no information was provided to me prior to the evaluation to let me know what the rules were for I&P and using sick leave as well as the spreadsheet not provided all the information showing times and reasons for using the sick leave. David Braun stated that he really didn't know these rules existed as well. Then, I stated that this was not brought up in the August 23, 2017, meeting before and this is as if it is a landslide shock of new information being used against me.

7. The delineation of items that are fair to comment on have not been outlined in a policy that I am aware, therefore the application of such policy has a moving limitation, which is not fair either.

# Confirming Receipt of Policy

### Acknowledgment of Receipt of
### Anne Arundel County's Non-Discrimination and Non-Harassment Policy

*To Be Signed By All Persons Upon Receipt of the Non-Discrimination and Non-Harassment Policy*

I hereby acknowledge and confirm that on the date stated below that I have been provided with a copy of Anne Arundel County's Non-Discrimination and Non-Harassment Policy and that I have had a reasonable opportunity to review the policy and ask any questions regarding the Policy and the complaint procedure.

Name: _MARCUS C. GASKINS_
Print Name

Name: _Marcus C. Gaskins_
Signature

Department: _INSPECTION & PERMIT_

Date: _8/23/2017_

*Return to an Anne Arundel County representative when completed.*

Marcus Gaskins' Rebuttal to 2nd Annual Evaluation Meeting Dated September 28, 2017

In this meeting with Susan Herrold (Assistant Personnel Officer), Eva Kerchner (Assistant Director of Inspections and Permits), and David Braun (Engineering Manager in Inspections and Permits), the following items were discussed in detail:

1. There are a number of typographical errors shown in the evaluation form:
   a. The evaluation form page 2 should include other duties as assigned under the additional information to cover the work done outside of my job description. More details were provided in the email sent to the appointing staff dated Monday, September 4, 2017.
   b. Page 3 of the evaluation still shows the annual evaluation review period from February 25, 2017 to August 25, 2017, when it is supposed to be an annual review.
   c. On page 3, under status of Goals for this Rating Period, the second paragraph still does not recognize that I am familiar with the County processes and procedures, which is incorrect. The comment then provides a negative statement about comments that I provide not being within the limits of Engineering and/or Traffic Reviews. I believe all negative statements should be separated from this section of the evaluation.
      i. David Braun repeats the same accusations about comments that are limited to Engineering and/or Traffic Reviews. I request that examples of these be shown and provided for the record because I believe this comment is unfounded.
2. I was informed that my evaluation has been updated since the August 23, 2017, meeting to allow me to correct one of the items shown and to provide a passing evaluation. With this evaluation was a supplemental document labeled as an Employee Development Plan, which is being provided to both discuss what to do in the near future and further elaborate on what David Braun's perspective on what I have been doing in the past that is incorrect is.
3. While I am thankful of a passing evaluation, I believe that the negative information that is included in this Employee Development Plan should be separated and included in a Policy Document that is used to further implement throughout the entire Engineering Division under Inspections and Permits Letterhead.
   a. I stated that I have been working hard to get training by co-workers and to complete all of my assignments while still learning the way Anne Arundel County is doing the review processes. I also stated that I requested Anne Arundel County trainings by email and would like to still take the remaining trainings which were requested and that are still available for me to take. I specified how I separately went to the following people on different dates with different project to learn more about how the County does things:
      i. John Bory, who is specifically good with utilities and critical area project. I even was able to do my own critical area project.
      ii. I sat down with Rania Carriker, and looked the soil boring reviews with stormwater management facilities, as well as peak management calculations from her perspective.
      iii. I went to John Kagiri, who spoke to me about how to check whether the proper amount of cover is being used for the inlets in the storm drain profiles.
      iv. I went to Subhash Dhir, who let me know how sometimes it is not a big deal to on a project to get additional calculations if it is a very small project.

v. Sarah Fowler and Kirsten Cook to learn the way the County is doing the Traffic Reviews and the Adequacy of Public Facilities for Road Reviews;
vi. I even went to Robert Murphy to see what he knows about TR-20 models.

b. While I have read and understand the Anne Arundel County Code, the Arundel County Design Manual, the Anne Arundel County Stormwater Practices and Procedures Manual, and the Maryland Department of Environment Manuals, I also have specialized education, experience, and certifications in the Engineering and Traffic areas. This shows that I have taken initiative to learn about the Anne Arundel County policies.

4. On Page 4 of the evaluation, the Below Average Overall Competencies **Work Behaviors/Habits** was identified as a negative point and I was told that I am being placed "On Notice" for sick leave use. While a pattern of submitting leave slips is difficult to prove, and I disagree with the way in which this was presented; please see comment 6(c) below to see a response in my defense for this comment.
i.

5. Below Average Overall Competencies comment for **Judgement** –

a. Eva Kerchner stated that I received a negative Below Average Standard for item number 6 below because I need to continue to let David Braun see my comments after this review and it was determine back on March 10, 2017 that David Braun should see all of my reviews. Even though this discussion point did not really have a basis for being below average standard, I stated that I was providing David Braun with all of my comments as requested. In my defense, please refer to comment 6 below which provides a more in-depth analysis on this subject.

6. On Page 4 of the Evaluation, under the Employee Development Plan section, it states See attached. While it would have been better for me to see this plan prior to the meeting we just had, I would like to discuss the information in this sheet:

a. Under paragraph 1, it states that meetings will be scheduled regularly with the Engineer Manager to review memos and discuss any resulting comments. It further makes reference to a March 10, 2017, email. I would like to put on record that I sent a reply email to this March 10, 2017, email asking what specifically is wrong with my reviews, if anything is wrong at all. Even though I was already providing David Braun with my documents to review, he still wants to have an extended continuous close observation of comments for Engineering and Traffic for potentially another year. This is unfair.

i. I stated that the reason why I started sending my 21 day draft comments directly to the consultant was because Dan Kane came to one of our Engineer Meetings and told all Engineers that they "do not have to go to David Braun to have him review their comments and that our projects should be treated like our own babies." It is unfair that the draft 21 day comments have to be so closely evaluated when the final 45 day letter does not go out for an additional 23 days. The review process used to be 30 days but was changed in early January 2017. Also, the Grading Permit comments review process was changed.

ii. I also stated that the consultants wanted to get Adequacy of Public Facilities for Schools at the time when there were complaint that the consultants used to manipulate their plan reviews through for Sketch approval. Eva Kerchner was unfamiliar with this process, and this asserts my statement in the meeting that she is a bit removed from our reviews but I was shocked that David Braun didn't say anything; The consultants need Adequacy of Public Facilities for Roads, Storm Drainage, and Utilities, prior to

being able to obtain Adequacy of Public Facilities for Schools, and the County regulators had just passed a rule requiring the closing of the possibility to get Adequacy of Public Facilites for Schools for 6 years (must be verified for the exact date) on a date near to the time when Eva Kerchner discusses where they had complaints. More documentation can be provided upon request, but I was instructed to do my rebuttal very quickly since my annual increase will take time to be processed and back-dated.

    iii. I believe it is unfair to apply complaints made in an effort to get a Sketch Plan approval for an adequacy of Public Facilities for school deadline to be used against me for my reviews and to be closely reviewed for another year.

    iv. Even more specifically, the March 10th email from David Braun arose from the Chestnut Avenue Meeting where we discussed email sent out. Both John Bory and I were looking at these plans and stating that the plans were wrong. Then, I typed up comments that we both saw as wrong. I would also like to state that I studies water resources with a minor in statistics for my Master of Engineering Degree where I learned how to run stormwater management models and I did entire FEMA Letter of Map Revision Reviews in my previous engineering position prior to working for Anne Arundel County, so I have even more specialized experience in this area.

b. Under paragraph 2, it states that limiting the scope of my comments to those appropriate to Engineering Review and/or Traffic Review

    i. This comment is something I would like looked into because we have been told by David to work with the Planner in OPZ to make sure our approval or unapproval are aligned. Head people and people that work under the head people (subordinates) in the Fire Marshal Department, DPW Traffic Engineering Division, the Office of Transportation, The OPZ Planners, and the MDOT SHA have all expressed how they believe we should be working with them where our areas overlap rather than to establish territories or state that we have the overall final decision and not work towards an agreement where all issues area addressed. More specific instances can be provided upon request. The initial instruction to contact the Fire Marshal for Private Roads because the Fire Marshal has the power to overrule our decision and the law that can be used is Rania Carriker. From this, I established the contact. The next thing is that there are specific projects that are being used as examples to show that I am the one going outside, however, the people whom I work with that have been working in the County for many years outline what the rules have been. For instance:

    ii. With Summerfield Village and the Summerfield Road requirement to allow parking on one side of the road versus no parking, Kirsten Cook is the one who interjected and stated that DPW Traffic Engineering Division stated they only enforce the signs that are put up as a result of the Fire Marshal and the Fire Marshal says the road should have parking on one side. She stated that she thinks the County has really been messing up on the Townhouse Developments as it relates to parking. Dan Verrette in DPW Traffic Engineering Division has stated that people have been complaining about communities like Tanyard Cove South because there are not enough parking spaces. I think would not be accurate to write a memo stating No Parking should be required, when this is true, and honestly it doesn't make any sense to put up 250+ Townhomes and provide at least street parking on the main road.

iii. In our Traffic meeting with DPW ever Wednesday we are told that it would be best is we allow Nestor, Dan, and Bo the opportunity to look at the scoping by email, however it has been difficult to relay this information successfully to David.

iv. The Office of Transportation TIS Reviewers Brian Ulrich, Jon Mayer, and Martha Arzu-McIntosh have expressed their concerns about their comments not being addressed and them not getting an additional review of the plans. They then state we approve the TIS and the Traffic Review without letting them see the plans and they never get to see the Public Plan Reviews. I have explained the importance of this but it has net been received well.

v. The OPZ Planners will come to me and express her concern where our comments overlap, and want to know how best to include the comment, but David believes it is not our job to look at an issue of this nature and to let the comment just go away.

vi. The areas where comments overlap, I have suggested that we relay the comment to the other agency rather than ultimately remove the comment.

vii. I would like to know if David Braun is the established decision maker overtop of all other agency comments where our issues overlap.

viii. It is unclear how the role of the Office of Transportation will be implemented as it relates to our Traffic Reviews, Frontage Improvements, and Comments.

ix. It is unfair to remove my ability to do my due diligence in my review and determine if the consultant is trying to get approvals of the plans without all comments being addressed that are related to my review area.

c. Under paragraph 3, it states that "I should reduce as much as possible the incidence of same-day notice of the use of disability leave. I would like specific dates that are being used against me on this accusation. This is a surprise issue that has been presented. It is unfair to generalize the use of the sick leave that I have used in this particular manner. I humbly request a copy of all documents being used to validate this information be provided. Also, the last sentence is very unclear, I would like to know specific holidays that are being discussed. Separate from the information above, I provide the following information and response in my defense:

i. I provide the following recollection of the information provided and in my defense for this comment we have the following:

1. Eva Kerchner states that I was using sick leave in a pattern for Monday Morning as an excuse to being late to work. The proof that was provided vaguely showed and didn't provide a copy of was a spreadsheet said to be completed by Dana Wooten that did not show the times for the sick leave that was used, nor did it show the purpose that was provided on the leave slip. I requested that a copy of all of my leave slips be provided in my defense. Then, Eva Kerchner further stated that the information she has shows that there were 34 occurrences of sick leave, 11 of which were on Mondays, and 24 of the sick leave situations were done with same day emails. I stated that David Braun in the Annual Evaluation meeting I had with him on August 23, 2017, that is currently under grievance review for this meeting, stated that there was no pattern in the use of my sick leave. I then asked what the rules will be for me as we proceed through the year; more specifically- "Do I need to submit a doctor's note prior to the use of sick leave?" and Eva Kerchner then stated that I do not

have to do this right now. I am just on notice. I asked that a policy be provided if possible so I will know the rules I have to follow.

2. In my defense, I stated that David Braun did not inform me that I was not allowed to use sick leave until the week of November 14, 2017, where he stated that Dana Wooten just notified him that I am not allowed to use sick leave within the first 6 months of employment. To that end, all of the related sick leave slips used prior to this week should not count. Also, David Braun stated that "I could use whatever annual and sick leave I wanted after the 6 month probation has ended." After the 6 month probation, I was never informed that I was using sick leave incorrectly. At the annual review dated August 23, 2017, I was told that I should have kept 40 hours of sick leave during the prior year and this is something being used for the annual evaluation. This is not fair, because no information was provided to me prior to the evaluation to let me know what the rules were for I&P and using sick leave as well as the spreadsheet not provided all the information showing times and reasons for using the sick leave. David Braun stated that he really didn't know these rules existed as well. Then, I stated that this was not brought up in the August 23, 2017, meeting before and this is as if it is a landslide shock of new information being used against me.

7. The delineation of items that are fair to comment on have not been outlined in a policy that I am aware, therefore the application of such policy has a moving limitation, which is not fair either.



Marcus Gaskins <ipgask87@aacounty.org>

# Grievance Document and Email to Appointing Authority
6 messages

**Marcus Gaskins** <ipgask87@aacounty.org>                                      Tue, Sep 5, 2017 at 9:47 PM
To: sroxas@aacounty.org

Ms. Sherri Roxas:

Please see the attached documents provided to initiate my Grievance Appeal on the Appointing Authority, who was said to be David Braun, Eva Kerchner, and Dan Kane in a meeting on August 23, 2017, by Eva Kerchner. I have detailed many of my concerns directly to them, however, there are additional concerns that I have which need to be provided to the Personnel Officer or whomever is reviewing my Grievance Appeal. I would like to provide supportive documentation showing that David Braun's evaluation comments are incorrect and any additional documents required. I want to make sure my appeal is timely, and therefore could not wait any longer for a response from the Appointing Authority in the Department of Inspections and Permits. When is there time to set up a meeting to discuss additional concerns?

See attachments.

Very Respectfully,

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

---

2 attachments

📄 **Marcus Gaskins Grievance Document.pdf**
1812K

📄 **09-04-2017 Marcus Gaskins' Email to Appointing Authority to Resolve Issues Prior to Appeal.pdf**
332K

---

**Marcus Gaskins** <ipgask87@aacounty.org>                                      Wed, Sep 6, 2017 at 5:59 AM
To: Sherri Roxas <sroxas@aacounty.org>

Sherri:

Could the Personnel Officer also provide me with responses to the following questions:

A. Is this a negative review? The evaluation indicates that I am not competent to perform the basic duties of the Engineer III job. Even though this is completely incorrect, what is the overall perception from the Department of Inspections and Permits on my capabilities and competancies?
B. What will be the result of the 90 day situation when David Braun wants to re-evaluate my performance if he deems that I am still not meeting the competancies?
C. David Braun states that he will be monitoring me closely for the next 90 days. Am I being placed on a Performance Improvement Plan?

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Sherri Roxas** <peroxa23@aacounty.org>
To: Marcus Gaskins <ipgask87@aacounty.org>

Wed, Sep 6, 2017 at 10:36 AM

Dear Mr. Gaskins,

Our Office received your grievance as of September 6, 2017. Please note that in the future, grievances must be submitted to the Office of Personnel either in-person, by mail, or by facsimile.

Your grievance will be reviewed by this Office and processed accordingly.

In response to your additional questions:

Non-represented employees receive either a Pass (Satisfactory) or Fail (Unsatisfactory) overall rating on the annual Performance Planning and Appraisal evaluation. An overall Fail/Unsatisfactory rating means that there were some areas where you received a "Below Standards" rating. I cannot speak to the Department's perception on your capabilities or competencies, but a "Below Standards" rating is defined as "The employee fails to perform work assignments that meet job standards or requirements. Employee needs constant supervision and direction, quality and/or quantity does not meet job standards, and performance is below expectation." When an employee rates overall Fail/Unsatisfactory, use of an Individual Development Plan can be a useful tool in identifying strengths and areas that could benefit from development, and is recommended but not required. However, you should be working to improve those areas where deficient performance was noted in your evaluation to a satisfactory level within the 90-day re-evaluation period. If you fail to improve performance within that time, a second 90-day re-evaluation period may be provided at the discretion of the Department, and you will remain ineligible for any merit increase at that time. It will be up to the Department to address continued unsatisfactory performance.

Please let me know if I can be of any further assistance.

Sincerely,
Sherri Roxas

On Tue, Sep 5, 2017 at 9:47 PM, Marcus Gaskins <ipgask87@aacounty.org> wrote:
[Quoted text hidden]

--
Sherri Roxas
Senior Personnel Analyst
Employee and Labor Relations
Anne Arundel County, Office of Personnel
Phone: (410) 222-7595
Fax: (410) 222-7650

Confidentiality Notice:
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**Marcus Gaskins** <ipgask87@aacounty.org>
To: Sherri Roxas <peroxa23@aacounty.org>

Wed, Sep 6, 2017 at 6:56 PM

Sherri:

Could you provide a response to another question?

I am currently in the process of applying for other positions internally. Does this negative evaluation that I am appealing put me in a category to not be eligible to apply for other positions to be able to interview and be selected for higher

positions and/or positions similar in title under a different department?

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]

---

**Sherri Roxas** <peroxa23@aacounty.org>
To: Marcus Gaskins <ipgask87@aacounty.org>                    Thu, Sep 7, 2017 at 9:55 AM

Dear Mr. Gaskins,

I do not want to give you incorrect information, so suggest you contact the Recruitment Department in the Office of Personnel with this question.  What I can say is that any employee who feels they meet the minimum qualifications and requirements of an open position may apply for that position. Information obtained during a reference check or background investigation may or may not have an impact on selection.

Sincerely,
Sherri
[Quoted text hidden]

---

**Marcus Gaskins** <ipgask87@aacounty.org>
To: Sherri Roxas <peroxa23@aacounty.org>                    Thu, Sep 7, 2017 at 11:02 AM

Ms. Roxas:

Another item I need to find out is:

How can David Braun use a 6 month review rather than the annual review to give me the negative annual evaluation?

I also would like more details/information from David Braun on what he means in his annual review comments.

Marcus Gaskins
Engineer III
Engineering Division
Department of Inspection and Permits
2664 Riva Road
Annapolis, MD 21401
(410)222-6841

[Quoted text hidden]



**Anne Arundel County, Office of Personnel**
**Appeal of Personnel Practices**

**Appellant:** MARCUS CHRISTOPHER GASKINS      **Date Filed:** 09/06/2017

**Department:** INSPECTIONS & PERMITS      **Step:** NR-18-2343

**Specific Rule Violated:** §F-02(III) A(1) AND A(2) FOR NON-REPRESENTED EM.

**Contract Article Violated:** N/A      **Section:** _____
*(Union Employees Only)*

\* **Nature of Grievance:** I RECEIVED AN ANNUAL EVALUATION ON AUGUST 23, 2017,
*(Be Very Specific)*
WHICH WAS VERY VAGUE ON METHODS PERTAINING TO EXAMINATION,
CERTIFICATION, & PREPARATION OF ELIGIBILITY LISTS FOR PROMOTION, EVEN
THOUGH I WAS TOLD I WOULD BE PLACED IN LINE FOR PAY INCREASE/DESK AUDIT.
DAVID BRAUN, EVA KERCHNER, AND DAN KANE DID NOT PROVIDE ME WITH
INTERPRETATION ON WHETHER MY REVIEW IS A DISCIPLINARY ACTION, AND INDICATED
I WILL NOT HAVE THE MERIT INCREASE ENTITLED TO ME FOR PERFORMING WELL.

**Date of Occurrence:** 08/23/2017      I DISPUTE THE ENTIRE EVALUATION,
AND WANT TO BE TIMELY WITH MY
APPEAL & REQUEST A MEETING TO
PROVIDE FURTHER DETAILS

\* **Relief Requested:** I REQUEST THAT MY POSITION BE EVALUATED MORE
*(Be Very Specific)*
CLOSELY AGAINST OTHER ENGINEER III, SUCH AS SARAH FOWLER, WITH
REGARDS TO EQUAL EMPLOYMENT OPPORTUNITY; THAT MY CONCERNS AGAINST DAVID
BRAUN BE INVESTIGATED; THAT DAVID BRAUN STOP MICRO-MANAGING ME AND THAT MY PAY
INCREASE BE PROVIDED SINCE DAVID BRAUNS COMMENTS ON MY EVALUATION ARE FALSE.

The grievance has been filed at Step(s) APPOINTING AUTHORITY (I&P) Date(s) 9/4/2017
Name of Supervisor(s) who heard grievance and action taken:
DAVID BRAUN, EVA KERCHNER, AND DAN KANE

**Signed** Marcus C. Gaskins
                                                    *Appellant*

**Witnesses Appearing for the Appellant**

| Name | Division/Department | Appellant's Address |
|---|---|---|
| 1. DANA WOOTEN | INSPECTIONS & PERMITS | 2664 RIVA ROAD, 2ND FLOOR |
| 2. SHERRI ROXAS | PERSONNEL | HERITAGE COMPLEX |
| 3. MARCIA PORTER | PERSONNEL | HERITAGE COMPLEX |
| 4. BRIAN ULRIC | OFFICE OF TRANSPORTATION | 2664 RIVA ROAD, 3RD FLOOR |
| RAMOND ROBINSON | OFFICE OF TRANSPORTATION | 2664 RIVA ROAD, 3RD FLOOR |



**ANNE
ARUNDEL
COUNTY**
M A R Y L A N D
Office of Personnel

2660 Riva Road, 1ᵈᵗ Floor
Annapolis, MD 21401
Phone (410) 222-7595

VIA CERTIFIED MAIL

September 22, 2017

Marcus Gaskins
8650 Willow Leaf Lane
Odenton, Maryland 21113

Dear Mr. Gaskins:

This letter addresses your Step I grievance received in the Office of Personnel on September 6, 2017 regarding your Performance Planning and Appraisal ("PPA") evaluation. The grievance states in pertinent part that you "dispute the entire evaluation." You are requesting that your "position be evaluated more closely against other Engineer III[s], such as Sarah Fowler...and that my pay increase be provided since David Braun's comments on my evaluation are false.[1]"

County policy regarding the grievance process can be found in the Employee Relations Manual ("ERM"), Section F-02. Issues that may be grieved by non-represented employees include:

> (1) any action pertaining to the methods of examination, certification, or preparation of eligibility lists for appointment or promotion; or (2) disciplinary action suspending, reducing in rank or pay, or removing any officer or employee in the classified service, and any other action designated by law.

**ERM, F-02.III.A.** Though you state on your grievance form that you "received an annual evaluation on August 23, 2017, which was very vague on the methods pertaining to examination, certification & preparation of eligibility lists for promotion," the underlying basis of your grievance is your PPA evaluation and rating. The outcome of a PPA evaluation is not included

---

[1] The grievance form also alleges an inequity with regards to "Equal Employment Opportunity," and requests that "my concerns against David Braun be investigated; that David Braun stop micro-managing me..." A separate and distinct process exists for investigation of harassment or discrimination allegations. An independent investigation will be conducted on any complaint of harassment or discrimination filed by the Employee.

in the items that may be grieved by a non-represented employee. Any differences or disagreement an employee has with the evaluation process or rating may be resolved informally through discussion as outlined in the <u>Performance Planning and Appraisal Program Guidelines for Non-Represented Classified Employees</u>. The Appointing Authority is the final authority in resolving any appraisal differences. Consequently, this matter is not grievable, and your grievance cannot be entertained or processed. No further action will be taken at this time.

If you have additional questions, please feel free to contact Sherri Roxas, Hearing Officer, at (410) 222-7595.

Sincerely,

Andrea M. Rhodes
Personnel Officer

Sherri Roxas
Hearing Officer

cc:    Dan Kane, Director, I&P
       Susan Herrold, Assistant Personnel Officer