EXHIBIT 41



**ANNE ARUNDEL COUNTY**
M A R Y L A N D
Office of Transportation
2664 Riva Road – 3rd Floor – MS-6600
Annapolis, MD 21401

DATE:     December 5, 2017

To Whom It May Concern:

It is my great pleasure to recommend Marcus Gaskins for employment. In the short time that Marcus has been with the County he has demonstrated his commitment to his career and always gives maximum effort. He strives to ensure his job is well done and often goes the extra mile to guarantee every aspect of his work tasks have been given the required attention. It is refreshing to see someone self-motivated and eager to accept new assignments.

Marcus has been a valuable partner for our office during the development review process. He often goes out of his way to inform us of plan revisions or offline discussions between official plan submittals. He makes sure the Maryland State Highway Administration District 5 Access Review and County staff regularly communicate, sharing ideas throughout the entire review process. Likewise, he reaches out to other departments, such as Public Works, ensuring they are involved and have a voice at the table on matters of their concern.

Marcus is a tremendous asset for our organization and is invaluable in the collaborative process that is required for this field. Marcus will enhance the productivity of any office he is a part of and always makes it a pleasurable experience when working together. He is always looking to learn whenever possible and optimize any work flow processes he participates in. Motivation and desire to excel are Marcus's strengths. I strongly endorse Marcus to any organization seeking these qualities in a candidate.

Please reach out to me to discuss this recommendation or if you would like to ask any questions you may have at (410) 222-7711 or trulri44@aacounty.org.

Sincerely,

*Brian Ulrich*

Brian Ulrich, PE
Planning Administrator

Ramond Robinson
9101 Little Stone Drive
Fort Washington, MD 20744

December 5, 2017

To Whom It May Concern,

I worked with Marcus Gaskins in Anne Arundel County. Marcus is a versatile, flexible, and capable worker. He quickly adapts to changes in the work place and will volunteer his time to help others even if it means reorganizing his day or week. He gladly takes on new assignments integrating them into part of his daily routine. Marcus demonstrates obvious qualifications for advancement and has shown great commitment to his department and to Anne Arundel County.

Marcus has strong project management and leadership skills. He has worked to develop and promote himself into new and challenging roles. He continuously takes an active leadership role within and outside of the organization that he serves.

Marcus has been proactive in ensuring that he remains an assets to any organization with his continuing education and his recent efforts to become a professional engineer. Based on my recommendation Marcus Gaskins would be a great addition to your organization.

Respectfully,

Ramond A. Robinson