EXHIBIT 42 HAS BEEN OMITTED FOR NOW