**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**

August 26, 2020

LETTER TO PLAINTIFF AND COUNSEL

RE:     Gaskins v. Hager, et al.
        Civil Case No. SAG-20-1977

Dear Mr. Gaskins and Counsel:

Currently pending is Defendants' Motion to Dismiss, ECF 14.  The clerk issued a notice dated July 24, 2020, advising Plaintiff that he has the right to file a response to this motion within twenty−eight (28) days from the date of the notice.  On August 25, 2020, the court received Plaintiff's Submittal of Statement of Allegation (Facts) in Anne Arundel County Case, ECF 16. Plaintiff states that he has a response for Defendants but is holding it "to see if this case is really going to happen."

The deadline for Plaintiff to respond to Defendants' Motion to Dismiss, was August 21, 2020.  However, I will allow Plaintiff additional time, until **September 8, 2020**, to file his response to the Motion.  If he chooses not to do so, I will consider what has been submitted, in addition to any reply filed by Defendants.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge